1   THERESE Y. CANNATA (SBN 88032)
    MICHAEL M. CHING (SBN 209426)
2   CAROLYN A. JOHNSTON (SBN 121571)
    CANNATA, CHING & O'TOOLE LLP
3   100 Pine Street, Suite 1775
    San Francisco, CA 94111
4   Telephone: (415) 409-8900
    Facsimile: (415) 409-8904
5   Email: tcannata@ccolaw.com

6   Attorneys for Plaintiffs
    ALEXANDER GRAHAM-SULT and DAVID GRAHAM

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12  ALEXANDER GRAHAM-SULT, an                CASE NO.
    individual, and DAVID GRAHAM, an
13  individual,                              **COMPLAINT FOR BREACH OF
                                             FIDUCIARY DUTY, BREACH OF TRUST,
14             Plaintiffs,                    CONVERSION, FRAUD, NEGLIGENT
                                             MISREPRESENTATION,
15       v.                                  CONCEALMENT, UNJUST
                                             ENRICHMENT, DECLARATORY
16  NICHOLAS P. CLAINOS, an individual,      RELIEF, AND COPYRIGHT
    RICHARD L. GREENE, an individual,        INFRINGEMENT**
17  LINDA McCALL, an individual, GREENE
    RADOVSKY MALONEY SHARE &
18  HENNIGH LLP, a limited liability
    partnership, BILL GRAHAM ARCHIVES
19  LLC, d/b/a WOLFGANG'S VAULT , a          **DEMAND FOR JURY TRIAL**
    limited liability company, NORTON LLC, a
20  limited liability company, and WILLIAM E.
    SAGAN, an individual,
21
               Defendants.
22  _____/

23
         Plaintiffs ALEXANDER GRAHAM-SULT (aka Alex Graham) and DAVID GRAHAM
24
    (collectively "plaintiffs") allege for their Complaint herein as follows:
25
                     **JURISDICTION AND VENUE**
26
         1.      Jurisdiction. This Court has subject matter jurisdiction over this case based on the
27
    parties' diversity of citizenship, pursuant to 28 U.S.C. section 1332, and pursuant to 28 U.S.C.
28
    section 1338(a) because this action arises under the copyright laws of the United States of

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415) 409-8900 • FAX: (415) 409-8904

1   America.  The amount in controversy exceeds, exclusive of interest and costs, the sum of

2   $75,000.00.

3        2.      Plaintiffs are individual citizens of New York and Pennsylvania, respectively.

4   Plaintiffs are informed and believe that individual defendants Nicholas Clainos, Richard Greene,

5   Linda McCall, and William E. Sagan are citizens of California residing in or near San Francisco.

6   Plaintiffs are informed and believe that defendant business entities are citizens of, by virtue of

7   being  incorporated in and having their principal places of business in, California, Minnesota and

8   Delaware.

9        3.      This Court has personal jurisdiction over each defendant named herein by virtue of

10  their transacting, operating and soliciting business in this District.

11       4.      Venue in this District is proper under 28 U.S.C. § 1391(b) because the events

12  giving rise to the claims herein occurred in this District, and under 28 U.S.C. § 1400(a) because

13  all defendants and/or their agents reside or may be found in this District.

14       5.      Intradistrict Assignment.  A substantial part of the acts or omissions occurred in

15  Marin and/or San Francisco counties.

16                                    **PARTIES**

17       6.      Plaintiffs Alexander Graham-Sult ("Alex") and David Graham ("David") are the

18  sons of the late legendary music and concert promoter, Bill Graham, and each is a named

19  beneficiary in Bill Graham's last will and testamentary trust.

20       7.      Defendant Nicholas Clainos ("Clainos")  was the executor of Bill Graham's estate

21  and trustee of the testamentary trust established for the benefit of Alex and David.  At the time of

22  Bill Graham's death, Clainos was also an executive and employee of Bill Graham Enterprises,

23  Inc. ("BGE") and an attorney, licensed to practice law in the State of California.

24       8.      Defendants Richard Greene and Linda McCall are attorneys licensed to practice

25  law in the State of California.  At all times relevant to the facts alleged herein, Richard Greene

26  and Linda McCall were members of the law firm Greene Radovsky Maloney Share & Hennigh

27  LLP (formerly known as Greene, Rodovsky, Maloney & Share), which has its principal place of

28  business in San Francisco, California.  Richard Greene represented Bill Graham, assisting him in

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco 0, CA 94111
TEL: (415)409-8900 • Fax: (415)409-8904

1   various business and estate planning matters.  Richard Greene and Linda McCall represented and

2   counseled Clainos in his capacity as executor of Bill Graham's estate and trustee.  Plaintiffs are

3   informed and believe that Richard Greene and/or his firm also represented Clainos as an

4   individual in connection with certain business ventures, including matters related to Clainos's

5   employment and consulting work.

6         9.     Plaintiffs are informed and believe that defendant Bill Graham Archives LLC,

7   d/b/a Wolfgang's Vault, is a limited liability company organized under the laws of the State of

8   Delaware with its principal places of business in Wayzata, Minnesota and San Francisco,

9   California.

10        10.    Plaintiffs are informed and believe that defendant Norton LLC is a limited liability

11  company organized under the laws of the State of Minnesota with its principal places of business

12  in Wayzata, Minnesota and San Francisco, California.

13        11.    Plaintiffs are informed and believe that defendant William E. Sagan is an

14  individual and maintains a residence in or near San Francisco.  Plaintiffs are further informed and

15  believe that Sagan owns a controlling interest in Norton LLC and Bill Graham Archives LLC, and

16  authorized, ratified and participated in each of the acts by said corporate entities complained of

17  herein.

18        12.    Plaintiffs are informed and believe that defendants Bill Graham Archives LLC,

19  Norton LLC and Sagan own and operate a website under the name of "Wolfgang's Vault," located

20  at the domain name www.wolfgangsvault.com.

21                              **NATURE OF THE ACTION**

22        13.    Dating back to his days with the San Francisco Mime Troupe, Bill Graham

23  meticulously preserved the memorabilia of his life as well as the events and concerts that he

24  organized and promoted.  This collection became known as the Bill Graham Archives ("the

25  Archives") and belonged to Bill Graham personally.  Bill Graham also obtained, in his own

26  individual name, copyright registrations for many of the priceless rock and roll concert posters

27  and other concert-related artwork he had commissioned since the 1960's.  Among his most

28  cherished archival possessions were his posters and personal scrapbooks, which chronicled the

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415) 409-8900 • FAX: (415) 409-8904

1  story of Bill Graham's life as he promoted and participated in countless historic moments of the

2  rock and roll music scene in the San Francisco Bay Area and throughout the world.

3      14.    Bill Graham died in a helicopter crash on October 25, 1991. He had two sons,

4  plaintiffs Alex Graham (then aged 14) and David Graham (then aged 23). Bill Graham's estate

5  plan included the appointment of Clainos as executor of his Estate and trustee for his two sons,

6  plaintiffs. Bill Graham's personal estate planning attorneys, Richard Greene, Linda McCall, and

7  the law firm of Greene Radovsky, Maloney, Share & Hennigh LLP (collectively "the Greene

8  firm") were hired by Clainos to represent him as executor of the estate and trustee. Unbeknownst

9  to plaintiffs, Clainos and the Greene firm conspired to secretly transfer possession, control and

10 title to all of the Archives from Bill Graham's Estate ("the Estate") to Bill Graham's concert

11 promoting company, Bill Graham Enterprises, Inc. ("BGE"). Clainos and the Greene firm filed,

12 on repeated occasions, incomplete inventories and accountings of the Estate's assets, and in the

13 context deliberately obfuscated what comprised the Archives. Clainos and the Greene firm also

14 concealed from plaintiffs and the other beneficiaries the existence of certain items in the Archives

15 collection, including the copyrights and trademarks registered in Bill Graham's individual name,

16 the total number of Bill Graham's personal scrapbooks, and Bill Graham's personal 100 sets of

17 the original early poster series. Clainos and the Greene firm concurrently willfully understated the

18 value of the Archives, notwithstanding valuations in their possession at the time stating a much

19 higher value.

20     15.    In or about late 1994, Clainos, wearing his hat as an employee of BGE and assisted

21 by the Greene firm, completed his own purchase of a majority interest in BGE. Thereafter, in or

22 about August 1995, Clainos, now President and a majority shareholder of BGE, switched hats – to

23 that of the executor of the Bill Graham Estate – and executed a written assignment ("the

24 Assignment"), prepared by the Greene firm, conveying, inter alia, all right and title to copyrights

25 ("the Copyrights") and "The Fillmore" trademark then claimed by or registered in Bill Graham's

26 name to BGE, all without notice to the beneficiaries of the Estate or approval of the Marin County

27 Superior Court ("the Probate Court"). Clainos and the Greene firm arranged for another BGE

28 executive to "accept" the assignment on behalf of BGE. From there, Clainos negotiated a

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415) 409-8900 • FAX: (415) 409-8904

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco o, CA 94111
TEL: (415)409-8900 ■ FAX: (415)409-8904

1  lucrative sale in 1997 of the Bill Graham companies, which now included all of the Copyrights

2  and "The Fillmore" trademark. Clainos then followed the Archives, including the copyrights and

3  poster collections, to the new company, by negotiating a consultant agreement so that he would

4  continue to participate in the profits derived from the eventual sale of the Archives. Clainos

5  served as the executor of the Estate as well as Alex's and David's trustee during the years in

6  which Clainos was engaging in the aforementioned acts of fraud, concealment, self dealing, gross

7  negligence, and willful misconduct.

8       16.    Defendant William Sagan and Norton, LLC (collectively "Sagan") purchased Bill

9  Graham Archives, LLC from BGE. Prior to completing his purchase, Sagan and his attorneys

10  spent several months reviewing the Archives, with access to corporate records, probate filings,

11  and various inventories, as well as interviewing former BGE employees including Clainos, to

12  evaluate what Sagan was purchasing as well as the status of BGE's right and title to the Archives.

13  Upon the close of this deal, Sagan obtained control and possession of the Archives, including the

14  aforementioned wrongfully converted Copyrights, ten (10) or more of Bill Graham's personal

15  scrapbooks, and numerous other items which Sagan agreed by written contract were excluded

16  from the sale of the Archives because they were personal to the members of Bill Graham's family.

17  Sagan knew or should have known that the conveyance of title of the copyrights made without

18  notice to the beneficiaries or approval of the Probate Court was defective and/or required further

19  inquiry because he had direct access to all pertinent information, including the assignment and the

20  assignor – Clainos - who was both the executor of the Estate and a former officer of BGE. Sagan

21  knew or should have known that the ten or more scrapbooks offered by Clainos as part of the

22  Archive sale were not owned by BGE and in fact belonged to plaintiffs. Sagan knew or should

23  have known that he had no right and title to the personal effects of the decedent, Bill Graham.

24       17.    Clainos and the Greene firm intended to and did conceal their misdeeds from

25  plaintiffs and the other Bill Graham heirs for many years. However, they made the mistake of

26  leaving behind the evidence, which plaintiffs came upon by sheer happenstance in or about mid-

27  November 2008, when they obtained approximately 50 boxes of documents slated for destruction

28  at what was once the headquarters of BGE. Plaintiffs' initial concern was only that their executor

720232.pldg.Complaint FINAL.tyc.wpd
**COMPLAINT**

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415)409-8900 • FAX: (415)409-8904

1   and trustee had left behind in publicly accessible areas confidential documents that were personal

2   to them and their father's Estate.  Several months later, in February 2009, when they began to

3   review the contents of the boxes that they had secured, plaintiffs discovered the Assignment

4   buried among numerous other documents – none of which had been disclosed to them by the

5   people whom their father had entrusted to look after his Estate and his sons.  Plaintiffs seek in this

6   action to recover what was wrongfully taken from them as well as all damages suffered as a result

7   of defendants' wrongdoing.

8   .                          **GENERAL ALLEGATIONS**

9       18.    Bill Graham spent nearly three decades creating, preserving, protecting and

10  archiving artwork, photographs, audio/video recordings, gifts, and many other priceless items that

11  memorialized the many concert and benefit events he organized as well as many significant

12  chapters in his personal life.  It was common knowledge among BGE employees, including his

13  right hand man, Clainos, that this massive collection of rock and roll memorabilia was Bill

14  Graham's own personal property, and did not belong to any of the Bill Graham businesses.  In or

15  about 1991, just months before the tragic accident that took his life, Bill Graham worked with his

16  personal attorneys, the Greene firm, on revising his estate plan and negotiating to donate a portion

17  of the Archives to a San Francisco Bay Area museum.  Over the course of that work, the Greene

18  firm became familiar with the Archives – that the Archives were owned by Bill Graham and that

19  Bill Graham had an intense personal attachment to them.  The Greene firm, through its work in

20  connection with the proposed donation to the museum, was also privy to the immense monetary

21  value of the Archives.

22      19.    Among Bill Graham's most personal archival items were scrapbooks created over

23  three decades and memorializing Bill Graham's life and times in the San Francisco music scene.

24  Bill Graham created in excess of 100 personal scrapbooks that recorded his colorful career in the

25  music and concert promotion world as well as many of the concerts and tours that he promoted.

26  Bill Graham saved countless articles, posters, handbills, concert tickets, notes, letters, and the like

27  – all intended for his scrapbooks.  He was known to stay up late at night after a concert personally

28  preparing pages for the scrapbooks.  The scrapbooks were unique and unmistakable – large,

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
Tel: (415)409-8900 • Fax: (415)409-8904

1  oversized, bound black books, each containing mementos of Bill Graham's life and career. It was

2  common knowledge to all who knew and worked with Bill Graham that these were his personal

3  scrapbooks – meant only for him and his immediate family. In or about 1994 and 1995, Clainos

4  and the Greene firm agreed and promised to distribute all of the scrapbooks to plaintiffs.

5  Plaintiffs believed at the time that they in fact were given all of the scrapbooks. Clainos had

6  exclusive control and knowledge of the scrapbooks, including their total number. Clainos

7  concealed from plaintiffs that he had decided to retain an unknown quantity of Bill Graham's

8  scrapbooks in order to enhance the value of the Archives, which Clainos intended to sell after he

9  acquired his ownership interest in BGE. In or about January 2010, plaintiffs first learned that

10  defendant Sagan claimed to have at least ten (10) of their father's scrapbooks – which he referred

11  to as "Bill Graham's personal poster collection, which he created and maintained himself during

12  his lifetime." Plaintiffs also learned in or about early 2009 that Bill Graham had collected and

13  preserved 100 complete sets of the original poster series, which belonged to him and not to be

14  touched by any employee without his express permission. However, Clainos had arranged in the

15  months immediately following Bill Graham's death to dismantle those sets and scatter them

16  among existing corporate poster stock in order to greatly enhance the value of that merchandise.

17      20.    Bill Graham over the years hired talented artists to design posters for the concerts he

18  promoted. These iconic rock and roll posters were a personal project for Bill Graham – he was

19  involved in the selection of the poster artist and design phase of the poster. He permitted his

20  businesses to use the poster design for the referenced concert. The poster design, including all

21  intellectual property rights, were the personal property of Bill Graham, and he affirmed this by

22  registering the copyrights of hundreds of valuable and historic posters dating back to the 1960's.

23  The list of these copyright registrations, which are referred to herein as "the Copyrights," is

24  attached as **Exhibit A**, and incorporated by reference. Bill Graham registered each of the

25  Copyrights in his own name (*i.e.* not in the name of his businesses). He also registered "The

26  Fillmore" trademark in his own name and again, "The Fillmore" was a brand, name and image

27  personally created and developed by Bill Graham. At the time of Bill Graham's death, Clainos

28  and the Greene firm were well aware of these registrations and the decedent's intent with respect

720232.pldg.Complaint FINAL.tyc.wpd

1   to them.  Plaintiffs, however, were not aware that their father had taken these important steps to

2   preserve his personal ownership interest in the poster art and "The Fillmore" trademark.  Clainos

3   and the Greene firm conspired to keep plaintiffs and other beneficiaries of the Estate in the dark

4   about these facts at all relevant times stated herein.  Plaintiffs first learned about the Copyrights

5   and "The Fillmore" trademark, and in particular that they were registered in their father's

6   individual name, in February 2009, when they saw for the first time the Assignment among the

7   boxes plaintiffs obtained in late 2008, as alleged herein.

8       21.    Bill Graham consulted his two closest advisors – Clainos and Richard Greene –

9   about his estate plans, and about how he intended to provide for his sons in the event of his death.

10  Clainos had worked for Bill Graham for many years and was second only to Bill Graham at BGE.

11  Bill Graham had such high regard and respect for Clainos that he entrusted him to be the executor

12  of his estate and trustee for the testamentary trust established for Bill Graham's two young sons,

13  Alex and David.  Because Richard Greene was assisting Bill Graham in updating his estate plan,

14  Bill Graham provided the Greene firm with all relevant information pertaining to Bill Graham's

15  assets, including information regarding the value and his intent with respect to the Archives.   The

16  Greene firm drafted a revised will for Bill Graham that was ready to be signed – indeed, Bill

17  Graham had it on his desk for review at the time of his death.  The revised estate plan continued

18  with Bill Graham's general intent to give all of his estate to his family members, but he expressed

19  his clear intent to make his two sons – David and Alex – the centerpiece of his estate plan.  Bill

20  Graham's concert promoting businesses continued to be owned 100% by Bill Graham as of the

21  date of his death.  By the terms of the executed will as well as the draft will that was never signed,

22  Bill Graham's testamentary intent was clear – he intended to give his entire estate to his family,

23  with the majority going to his sons, David and Alex.

24      22.    When Bill Graham died in October 1991, Clainos assumed his professional duties

25  and fiduciary responsibilities to Alex and David as well as the other beneficiaries.  However,

26  Clainos was situated in a special position to David and Alex because he was also their trustee.

27  Consistent with the terms of trust, Clainos served as David's trustee until late 1993, when David

28  turned 25, and as Alex's trustee until late 2002, shortly after Alex turned 25.

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415) 409-8900 ▪ FAX: (415) 409-8904

23.     In the years that followed Bill Graham's death, Clainos directly controlled the business affairs of BGE while having exclusive access to and control of all of the assets of Bill Graham's estate and testamentary trust. The Greene firm and Clainos assumed their work on the Estate in November 1991, and appeared to be operating the Estate in a professional and appropriate manner. They filed regular accountings and inventories, they communicated regularly to the beneficiaries and their respective counsel, and moved relatively quickly through the various tasks necessary to wrap up a large estate. Plaintiffs had no reason to suspect during these years that Clainos and the Greene firm were filing incomplete inventories, hiding assets or planning to wrongfully convert valuable intellectual property for the personal benefit and profit of Clainos. In fact, Clainos and the Greene firm repeatedly assured plaintiffs that they were doing everything they could to be transparent and fair to all beneficiaries.

24.     Unbeknownst to plaintiffs, Clainos and the Greene firm had entered into an unlawful agreement to conceal the true facts about the Archives, so that Clainos would be able to enrich himself. To this end, Clainos and the Greene firm arranged to surreptitiously transferred valuable intellectual and personal property from the Estate to BGE. The Greene law firm, on behalf of Clainos, also specifically represented to plaintiffs and the other beneficiaries that they had determined – based on their investigation and review of various documents over which Clainos and the Greene firm had exclusive access and control – that all of the Archives belonged to BGE. The Greene firm knew at the time that this was not true. They further advised that they were excluding from the Archives the scrapbooks and other personal memorabilia located at Bill Graham's home, which they believed Bill Graham had intended for his sons and other family members. In numerous Estate related court filings, the Greene firm and Clainos falsely represented to plaintiffs and the Probate Court that the inventories and accountings of Estate assets were complete and accurate. Plaintiffs believed and relied upon these representations and suffered financial harm as a result. The Greene firm thereby substantially assisted Clainos to deceive plaintiffs and convert property belonging to the Estate.

25.     Clainos, as executor, had a duty to plaintiffs to identify and fully disclose all of the assets of the Estate, as well as to obtain accurate appraisals of the value of such assets. But again,

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415) 409-8900 • FAX: (415) 409-8904

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
Tel.: (415)409-8900 • Fax: (415)409-8904

1  Clainos cast aside that duty in deference to his personal plan to own and ultimately sell at a profit

2  his stake in BGE.  To that end, Clainos, aided and facilitated by the Greene firm, made during his

3  tenure as executor of the Estate various disclosures to plaintiffs and the other beneficiaries about

4  the extent and value of the Archives – some were informally provided and others presented as

5  formal filings, such as the 706 Estate Tax Return or inventories, accountings and petitions filed

6  with the Probate Court.  None were complete and accurate.  For example, in the 706 Estate Tax

7  Return, which both Richard Greene and Clainos signed on July 23, 1992, they represented that the

8  entire Bill Graham Archives were worth only $305,000.  Richard Greene knew this was untrue

9  because he had earlier represented to the Oakland Museum, shortly before Bill Graham died, that

10 just a portion of the Archives was worth several million dollars.  In the many inventories and

11 accountings filed with the Probate Court, in which Clainos and the Greene firm purported to

12 provide a complete list of all Estate assets, there was no mention of the Copyrights and "The

13 Fillmore" trademark.  Clainos and the Greene firm concealed the existence the total number of

14 Bill Graham's personal scrapbooks, and kept for BGE ten (10) or more scrapbooks, which not

15 coincidentally contained an estimated 800 to 900 original prints of some of the most valuable

16 items in the poster collection.  Clainos and the Greene firm further concealed the existence of Bill

17 Graham's collection of 100 complete sets of his earliest and most valuable posters in order to

18 retain those for eventual sale as part of the Archives.  In or about 2009, plaintiffs also learned for

19 the first time that their father had stored his scrapbooks and 100 sets of original posters, among

20 other personal archival items, at a warehouse near Bill Graham's home in Marin County,

21 California.  Plaintiffs further learned that shortly after Bill Graham died, Clainos emptied and

22 merged the contents of Bill Graham's personal warehouse with the Archives stored at a BGE

23 offsite corporate warehouse – all to enhance the value of assets that Clainos intended to convert

24 and exploit for his own profit.

25     26.     Very soon after Bill's death, Clainos and the Greene firm reported to the

26 beneficiaries that it was necessary for the Estate to sell BGE to a select group of management

27 level employees, who would not otherwise agree to stay on with the business and who would seek

28 to directly compete with BGE if not placated.  Bill Graham's death placed Clainos in an unusual

1   position. It was obviously in the heirs' best interests to get the highest possible price for those

2   businesses.  On the other hand, Clainos wanted to buy a controlling stake in the businesses for

3   himself at the lowest possible price.  Clainos chose to enrich himself to the detriment of

4   beneficiaries and in breach of Clainos's fiduciary duties.  Aided and abetted by the Greene firm,

5   Clainos negotiated to take a majority share of BGE and then, as alleged herein, converted the

6   Archives, including the Copyrights and "The Fillmore" trademark.

7          27.      Specifically, Clainos, assisted by the Greene firm, declared as "fact" that BGE

8   owned the Archives and then together they concealed the extent and value of those assets.

9   Clainos, in collusion with the Greene firm, also deliberately omitted all reference to the

10  Copyrights and "The Fillmore" trademark from the inventories and accountings they provided to

11  the beneficiaries and filed with the Probate Court.  In furtherance of this conspiracy against the

12  direct interests of the Estate and beneficiaries of the Estate, in or about August 1995, Clainos,

13  again assisted by the Greene firm, prepared and executed the Assignment of the Copyrights and

14  "The Fillmore" trademark to BGE.  A copy of the Assignment is attached hereto as **Exhibit B**.

15  Clainos executed the document in his capacity as executor of the Estate without notice to the

16  beneficiaries or the approval of the Probate Court.

17         28.      In 1997, Clainos, again assisted by the Greene firm, arranged to sell BGE and the

18  Archives, including the Copyrights and "The Fillmore" trademark, to a large corporate interest,

19  SFX Entertainment, Inc.  Although Alex and David were both minority shareholders of BGE

20  (having purchased their shares from the Bill Graham Estate), Clainos and the Greene firm

21  concealed from plaintiffs all information concerning the Copyrights, "The Fillmore" trademark

22  and the Assignment.  After the sale to SFX, David and Alex packed up and left the Bay Area,

23  along with their hope and dream of carrying on their father's legacy.  They did not know at the

24  time that the man who their father had entrusted to protect them had, assisted by his father's estate

25  planning lawyer, concealed a well planned scheme to convert valuable assets of the Estate.  They

26  did not know, and could not have known, until February 2009, that their executor and trustee had

27  engaged in the gross acts of self dealing and breaches of fiduciary duty.

28

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415)409-8900 • FAX: (415)409-8904

29.     BGE was resold to Clear Channel Communications, Inc. ("Clear Channel") a few years later, and again the Archives were part of the package.  In early or about early 2001, Clear Channel decided to sell the Archives.  In that regard, Clear Channel retained "The Fillmore" trademark along with a few other selected archival items, and just before the sale, in July 2002, moved the balance of the Archives, including the Copyrights and scrapbooks, into a separate entity known as Bill Graham Archives LLC in anticipation of the sale of the Archives to defendants Sagan and Norton, LLC.  On or about July 29, 2002, Clear Channel completed the sale of the Archives, through its sale of Bill Graham Archives LLC, for approximately $5 million to Norton LLC, a company owned and controlled by Sagan.  As alleged herein, Sagan and his team of consultants and attorneys, assisted by Clainos, who was paid as a consultant and contractually due a significant sales commission upon the sale of the Archives, conducted significant research and interviews concerning the Archives, tracing the history and confirming what Sagan was actually purchasing.  Sagan had access to the Archives, various records pertaining to BGE's right and title to the Archives, and Clainos – the executor of the Estate.  Sagan and his team knew or should have known that the Assignment, executed by Clainos without any sign of notice to the beneficiaries or approval of the Probate Court, was defective.  Sagan nonetheless elected to take possession of and title to the Copyrights, and exploit those intellectual property rights for his own unjust enrichment.

30.     As executor of Bill Graham's Estate, Clainos had a fiduciary duty to resolve all doubts about how to characterize and value assets of the Estate in favor of the Estate and its beneficiaries.  He had a fiduciary duty as executor and trustee to refrain from self dealing and an affirmative duty to disclose all material facts to the beneficiaries.  Instead, Clainos not only resolved all doubts in favor of himself but actively converted assets from the Estate for his own personal enrichment.

31.     Clainos had an obligation, as executor and trustee to plaintiffs, to disclose to plaintiffs that their father was the actual and registered owner of the Copyrights and "The Fillmore" trademark.  Instead of doing so, Clainos, with the Greene firm's knowledge, assistance, and approval, concealed that evidence from plaintiffs for his own personal enrichment.

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415)409-8900 • FAX: (415)409-8904

32.   Plaintiffs reasonably believed and trusted that Clainos and the Greene firm had disclosed to them all material information pertaining to the characterization and valuation of all assets of the Estate.  Had plaintiffs known that Clainos and the Greene firm were concealing valuable assets of the Estate, they would objected to the 1995 sale of BGE to Clainos and the other employees and to Clainos's continued control over BGE and their father's Estate.  Had plaintiffs known of this fraudulent scheme, apparently dating back to mere weeks after their father died, they would never have consented to Clainos serving as their executor and trustee.  Had Alex Graham known of these bad acts, he would never have consented to Clainos serving as the trustee of his testamentary and personal trust until September 2002.

## FIRST CAUSE OF ACTION
### Breach of Fiduciary Duty
### As Against Nicholas Clainos

33.   Plaintiffs re-allege and incorporate by reference paragraphs 1 through 32 as though set forth fully herein.

34.   Clainos owed a fiduciary duty to plaintiffs, to wit:

a.   Clainos was a fiduciary to plaintiffs by operation of law due to his position as executor of Bill Graham's Estate and as trustee to plaintiffs;

b.   Clainos was a fiduciary to plaintiffs because plaintiffs placed trust and confidence in Clainos as their father's long-term, trusted friend and colleague, and Clainos voluntarily accepted and encouraged plaintiffs' trust and confidence in Clainos;

35.   Clainos breached his fiduciary duties to plaintiffs by withholding known material facts that would have revealed the existence of valuable assets owned and controlled by the Estate, all done in contravention of the requirements of Bill Graham's testamentary intent as stated in his will and trust.  Clainos further breached his duties as trustee of plaintiffs by engaging in repeated acts of self dealing and concealing information from plaintiffs that he was obligated to affirmatively disclose.  Clainos further breached his duties as a fiduciary by repeatedly assuring plaintiffs that he was acting in their best interests and protecting their rights as beneficiaries of the Estate, including the testamentary trust.

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415)409-8900 • FAX: (415)409-8904

36. Clainos additionally breached his fiduciary duty to plaintiffs by engineering a sale of BGE to himself and other key employees while secretly transferring the Copyrights and "The Fillmore" trademark to BGE, for his own personal enrichment and to the detriment of plaintiffs.

37. Clainos additionally breached his fiduciary duty to plaintiffs by failing to use due care in characterizing, valuing and distributing the assets of the Bill Graham Estate.

38. As a direct and proximate result of Clainos's breach of his fiduciary duties, plaintiffs have suffered and will suffer damages in an amount to be proven at trial. In addition, as a direct and proximate result of Clainos's breaches of his fiduciary duties, plaintiffs have incurred, and will incur, attorneys fees, professional fees and other related expenses to unearth these misdeeds, trace the wrongfully converted assets and recover ownership of some or all of said assets.

39. Clainos acted as alleged herein with the intention of causing injury to plaintiffs, with a willful and conscious disregard of the rights of plaintiffs, and with the intention of depriving plaintiffs of property and legal rights, and otherwise causing injury to plaintiffs through intentional misrepresentation, deceit or concealment of material facts known to Clainos. Moreover, Clainos's actions as alleged herein constitute despicable conduct that subjected plaintiffs to cruel and unjust hardship in conscious disregard of plaintiffs' rights. Plaintiffs are thereby entitled to exemplary and punitive damages.

Wherefore, plaintiffs seek damages as set forth below.

**SECOND CAUSE OF ACTION**
**Aiding and Abetting Breach of Fiduciary Duty**
**As Against Richard Greene, Linda McCall and**
**Greene Radovsky Maloney Share & Hennigh LLP**

40. Plaintiffs re-allege and incorporate by reference paragraphs 1 through 39, inclusive, as though fully set forth herein.

41. The Greene firm actually knew that Clainos breached his fiduciary duties to plaintiffs as follows: (a) by misrepresenting and withholding material facts that would have revealed that the characterization, valuation, and distributions of assets of Bill Graham's Estate was not done in good faith, was not fair to plaintiffs, and did not conform to the requirements of Bill Graham's will and trust; (b) by not using due diligence and care in acts performed on behalf

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
Tel.: (415)409-8900 • Fax: (415)409-8904

1   of plaintiffs; and (c) by controlling assets of Bill Graham's Estate in a manner that favored

2   Clainos over plaintiffs.

3       42.     The Greene firm substantially assisted Clainos' breaches of fiduciary duty through

4   various wrongful actions including, but not limited to:

5           a.      Representing to plaintiffs that the Archives belonged to BGE, when the

6                   Greene firm knew, by virtue of their prior representation of Bill Graham in

7                   his business and estate planning matters, that such statements were false

8                   and contrary to the wishes of the decedent;

9           b.      Failing to include reference to valuable intellectual property – to wit, the

10                  Copyrights and "The Fillmore" trademark – on any Estate inventories or

11                  accountings, or otherwise disclosing such information to plaintiffs;

12          c.      Intentionally understating the value of the Archives and other Estate assets

13                  on the 706 Estate Tax Return;

14          d.      Assisting Clainos in executing an assignment of valuable intellectual

15                  property – to wit, the Copyrights and "The Fillmore" trademark – to BGE

16                  in August 1995, and concealing the Assignment from the Probate Court and

17                  the beneficiaries; and

18          e.      Assisting Clainos in various acts of self dealing, whereby he was unjustly

19                  enriched through the herein alleged breaches of fiduciary duty and

20                  conversion of Estate assets.

21      43.     As a direct and proximate result of Clainos' breaches of his fiduciary duties, in

22   which the Greene firm substantially assisted, plaintiffs have suffered and will suffer damages in

23   an amount to be proven at trial.

24      44.     The Greene firm acted as alleged herein with the intention of causing injury to

25   plaintiffs, with a willful and conscious disregard of the rights of plaintiffs, and with the intention

26   of depriving plaintiffs of property and legal rights, and otherwise causing injury to plaintiffs

27   through intentional misrepresentation, deceit or concealment of material facts known to the

28   Greene firm.  Moreover, the Greene firm's actions as alleged herein constitute despicable conduct

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415)409-8900 • FAX: (415)409-8904

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL.: (415)409-8900 • FAX: (415)409-8904

1   that subjected plaintiffs to cruel and unjust hardship in conscious disregard of plaintiffs' rights.

2   Plaintiffs are thereby entitled to exemplary and punitive damages.

3       Wherefore, plaintiffs seek damages as set forth below.

### THIRD CAUSE OF ACTION
**Breach of Trust**
**(Probate Code §§ 16002, 16004, 16006, 16007, 16009, 16010, 16040, 16060)**
**As Against Nicholas Clainos**

45.     Plaintiffs re-allege and incorporate by reference paragraphs 1 through 44 as though set forth fully herein.

46.     By virtue of his role as trustee of a testamentary trust for the benefit of plaintiffs, Clainos owed plaintiffs various duties under California law, including but not limited to:

    a.     a duty to administer the trust solely in the interest of the beneficiary;

    b.     a duty not to use or deal with trust property for the trustee's own profit or for any other purpose unconnected with the trust, nor to take part in any transaction in which the trustee had an interest adverse to the beneficiary;

    c.     a duty to take and keep control of and to preserve the trust property;

    d.     a duty to make the trust property productive under the circumstances and in furtherance of the purposes of the trust;

    e.     a duty to keep trust property separate from other property not subject to the trust, and to see that trust proerty is designated as property of the trust;

    f.     a duty to enforce claims that are part of the trust property;

    g.     a duty to administer the trust with reasonable care, skill and caution; and

    h.     a duty to keep the beneficiary reasonably informed of the trust and its administration.

47.     Clainos owed all of these duties to plaintiff David Graham at least until the time of Clainos's resignation as David's trustee in or about late 1993, and to plaintiff Alex Graham at least until the time of Clainos's resignation as Alex Graham's trustee in or about late 2002. Clainos breached his duties as trustee as set forth herein by advancing his own interests at the expense of plaintiffs' interests in the characterization, valuation and distribution of assets. Clainos had a duty to advocate for plaintiffs, to maximize, preserve and make productive the trust

assets.  Instead of fulfilling that duty, Clainos continually looked for ways to minimize distributions to the trust, and to divert distributions to BGE, so that Clainos could increase his own personal wealth.

48.     Probate Code section 16400 states: "[a] violation by the trustee of any duty that the trustee owes the beneficiary is a breach of trust."

49.     Clainos acted as alleged herein with the intention of causing injury to plaintiffs, with a willful and conscious disregard of plaintiffs' rights, and with the intention of depriving plaintiffs of property and legal rights and otherwise causing injury to plaintiffs through intentional misrepresentation, deceit or concealment of material facts known to Clainos.  Moreover, Clainos's actions as alleged herein constitute despicable conduct that subjected plaintiffs to cruel and unjust hardship in conscious disregard of plaintiffs' rights.  Plaintiffs are thereby entitled to exemplary and punitive damages.

Wherefore, plaintiffs seek damages as set forth below.

**FOURTH CAUSE OF ACTION**
**Conversion**
**As Against Nicholas Clainos, Richard Greene, Linda McCall,**
**Greene Radovsky Maloney Share & Hennigh LLP,**
**William Sagan, Norton LLC and Bill Graham Archives, LLC**

50.     Plaintiffs refer to and incorporate by reference the allegations of paragraphs 1 through 49 of this complaint.

51.     When Bill Graham died on October 25, 1991, he personally owned the Copyrights and "The Fillmore" trademark.  By virtue of his ownership of the converted intellectual property, Bill Graham was entitled to possession of the converted personal property.  Such rights of possession and ownership passed directly to Bill Graham's Estate upon his death.  Similarly, Bill Graham personally owned the scrapbooks and his 100 complete sets of the original poster series, and such rights of ownership and possession passed to the Estate upon Bill Graham's death.  As executor of the Estate, Clainos was obligated to disclose to the Probate Court and beneficiaries of the Estate, all assets, account for all assets, including all distributions, sales and transfers.  Clainos had no right or authority to distribute, sell, transfer or assign assets of the Estate without such

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415)409-8900 • FAX: (415)409-8904

disclosures and the approval of the Probate Court.  Plaintiffs as beneficiaries of the Estate had a right to the use and enjoyment of their pro rata share of the converted intellectual and personal property by orders of the Probate Court dated December 29, 1994 and August 8, 1995.

52.    Through the wrongful acts of Clainos, as alleged herein, without the consent or knowledge of the heirs of Bill Graham's Estate, including plaintiffs, Clainos took possession of the converted intellectual and personal property from the Estate, and converted such property for the use, enjoyment and benefit of BGE.  Clainos then engineered a series of transactions whereby Clainos individually was able to purchase, and then sell at a huge profit, the converted intellectual and personal property.   Notably, the purchase price of the Bill Graham businesses in 1995 was approximately $5 million.  Just two (2) years later, in 1997, the sales price to SFX was in excess of $67 million.  Specifically, Clainos negotiated for himself an ongoing consulting agreement, after he left the employment of BGE, whereby he would maintain control and oversight over the Archives and ultimately receive a percentage of the proceeds of the sale of the Archives, including the Copyrights.  Clainos was at all relevant times aided and abetted by the Greene firm in the commission of these wrongful acts.

53.    The Greene law firm aided and abetted Clainos in the commission of these wrongful acts by, inter alia: (a)  preparing and filing false inventories and accountings with the Probate Court; (b) assisting with the preparation of the Assignment; (c) assisting Clainos in concealing from plaintiffs the existence of and/or whereabouts of the converted intellectual and personal property; (d)  making intentionally false representations to plaintiffs and the Probate Court about the completeness of all disclosures of Estate property; and (e)  assisting Clainos in exploiting for profit his use and possession of the converted intellectual and personal property, as herein alleged.

54.    The Greene law firm also conspired with Clainos to wrongfully deliver possession of the converted intellectual and personal property to BGE and subject to Clainos's use and control.  The Greene firm committed overt acts in furtherance of said conspiracy, including:  (a) preparing and filing false inventories and accountings with the Probate Court; (b) assisting with the preparation of the Assignment; (c) assisting Clainos in concealing from plaintiffs the existence

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415)409-8900 ▪ FAX: (415)409-8904

1 of and/or whereabouts of the converted intellectual and personal property; (d) making

2 intentionally false representations to plaintiffs and the Probate Court about the completeness of all

3 disclosures of Estate property; and (e) assisting Clainos in exploiting for profit his use and

4 possession of the converted intellectual and personal property, as herein alleged.

5      55.    Commencing in or around 2002, defendants Sagan and Bill Graham Archives LLC

6 entered into a conspiracy with Clainos to wrongfully deliver possession of the converted

7 intellectual and personal property to Sagan and/or Bill Graham Archives LLC, by commission of

8 the following overt acts in further of said conspiracy, including: (a) notwithstanding the wholly

9 defective conveyance of title Sagan took possession of a portion of said converted intellectual and

10 personal property – to wit, the Copyrights and at least ten (10) scrapbooks – through its purchase

11 of the holding company, Bill Graham Archives, Inc.; (b) Sagan and/or Bill Graham Archives LLC

12 paid to Clainos (through BGE) approximately $600,000 under a consulting agreement in order to

13 assure Clainos's support, assistance, and cooperation in the continued exploitation of the

14 converted intellectual and personal property.

15      56.    Given that he was both the executor of the Estate and a paid consultant to Sagan

16 and/or Bill Graham Archives LLC, Clainos shared information with Sagan and Bill Graham

17 Archives LLC that was within his possession and control concerning BGE's right, title and

18 ownership of the converted property– including any known defects in title. Sagan and Bill

19 Graham Archives LLC therefore knew or should have known that plaintiffs and the other

20 beneficiaries were the rightful owners and entitled to possession of the Copyrights and the

21 scrapbooks. As such defendants Sagan and Bill Graham Archives LLC are not bona fide

22 purchasers of the Copyrights and the scrapbooks. Plaintiffs are therefore entitled to impose a

23 constructive trust over the the Copyrights and the scrapbooks, and seek any resulting damage, as

24 further alleged herein.

25      57.    Defendants and each of them have caused and continue to cause injury to plaintiffs

26 by their continued claim of ownership of said wrongfully acquired and converted property.

27 Defendants and each of them have acted as alleged herein with the intention of causing injury to

28 plaintiffs, with a willful and conscious disregard of the rights of plaintiffs, and with the intention

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415)409-8900 • FAX: (415)409-8904

1    of depriving plaintiffs of property and legal rights, and otherwise causing injury to plaintiffs

2    through intentional misrepresentation, deceit or concealment of material facts known to

3    defendants and each of them.  Moreover, defendants' actions as alleged herein constitute

4    despicable conduct that subjected plaintiffs to cruel and unjust hardship in conscious disregard of

5    plaintiffs' rights.  Plaintiffs are thereby entitled to exemplary and punitive damages.

6        Wherefore, plaintiffs seek the return of said converted property as well as damages as set

7    forth below.

8

9                    **FIFTH CAUSE OF ACTION**
                    **Deceit - Intentional Misrepresentation**
            **As Against Nicholas Clainos, Richard Greene, Linda McCall, and**

10                  **Greene Radovsky Maloney Share & Hennigh LLP**

11       58.    Plaintiffs refer to and incorporate by reference the allegations of paragraphs 1

12   through 57 of this complaint.

13       59.    In the years following Bill Graham's death, in which Clainos, assisted by the

14   Greene firm, served as the executor of the Estate and trustee, Clainos and the Greene firm made

15   false representations to plaintiffs, including:

16           a.    that all right and title to the Archives belonged to BGE;

17           b.    that the Archives were worth only about $305,000 as of the date of Bill

18                 Graham's death;

19           c.    that there were only two complete sets of original posters in existence at the

20                 time of Bill Graham's death;

21           d.    that all scrapbooks completed up until the date of Bill Graham's death were

22                 distributed to and delivered to plaintiffs;

23           e.    that the 706 Estate Tax Return, signed under penalty of perjury by both

24                 Clainos and Richard Greene, was complete, true and accurate when made;

25           f.    that inventories and accounting of Estate assets disclosed to the

26                 beneficiaries and filed the Probate Court was complete, true and accurate

27                 when made;

28

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL.: (415)409-8900 • FAX: (415)409-8904

g.   that the disclosures to the beneficiaries about valuations of the assets of the

Estate were complete, true and accurate when made;

h.   that the petition for final distribution, signed by Linda McCall and verified

under penalty of perjury by Clainos on November 10, 1994, was complete,

true and accurate when made; and

i.   the petition for modification of the order for final distribution, signed by

Linda McCall and verified under penalty of perjury by Clainos on July 20,

1994, was complete, true and accurate when made.

60.   When Clainos and the Greene firm made these representations, they knew that

such representations were false.

61.   Clainos and the Greene firm made these false representations with the intent to

induce plaintiffs to trust and rely on them when giving their consent and approval to various

actions by Clainos, as executor and trustee, including, inter alia: (a) the 1995 sale of the Bill

Graham businesses to the employees; (b) the inventories, accountings, final distribution, and

modification of the final distribution filed with the Probate Court; (c) Clainos's and Greene's

compensation for extraordinary fees in the probate proceedings; (d) Clainos's continued service as

the sole executor; (e) Clainos continued service as plaintiffs' trustee; and (f) Clainos's continued

service as the president of BGE.

62.   Plaintiffs reasonably and justifiably relied on the foregoing false representations by

consenting to, inter alia: (a) the 1995 sale of the Bill Graham businesses to the employees; (b) the

inventories, accountings, final distribution, and modification of the final distribution filed with the

Probate Court; (c) Clainos's and Greene's compensation for extraordinary fees in the probate

proceedings; (d) Clainos's continued service as the sole executor; (e) Clainos's continued service

as plaintiffs' trustee; and (f) Clainos's continued service as the president of BGE.

63.   At the time plaintiffs accepted and relied on Clainos's and the Greene firm's false

representations, plaintiffs were unaware of the falsity of such representations, and believed them

to be true.  Had plaintiffs known of Clainos's and the Greene firm's intent to deceive them and the

true facts, plaintiffs would not have consented to, inter alia: (a) the 1995 sale of the Bill Graham

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415) 409-8900 • FAX: (415) 409-8904

businesses to the employees; (b) the inventories, accountings, final distribution, and modification of the final distribution filed with the Probate Court; (c) Clainos's and Greene's compensation for extraordinary fees in the probate proceedings; (d) Clainos's continued service as the sole executor; (e) Clainos's continued service as plaintiffs' trustee; and (f) Clainos's continued service as the president of BGE.

64. Clainos and the Greene firm, at all relevant times, knew that: (a) these statements were false; (b) plaintiffs were unaware of the true facts; and (c) plaintiffs would rely on defendants' false representations. Further, with respect to the material facts that Clainos and the Greene firm concealed from plaintiffs, Clainos and the Greene firm knew that plaintiffs did not know and/or could not reasonably discover such facts. Clainos and the Greene firm also knew that insofar as Clainos was a fiduciary to plaintiffs, they would trust and rely on the information and representations Clainos and/or his counsel provided in connection with Bill Graham's Estate, the Archives, and related business transactions.

65. Plaintiffs' reliance on Clainos's and the Greene firm's representations, as alleged herein, was a substantial factor in causing plaintiffs harm.

66. The aforementioned acts of Clainos and the Greene firm were wilful, wanton, malicious, and oppressive, undertaken with the intent to defraud, and justify the awarding of exemplary and punitive damages in an amount to be determined at trial.

Wherefore, plaintiffs seek damages as set forth below.

## SIXTH CAUSE OF ACTION
### Deceit - Negligent Misrepresentation
### (Cal.Civ.Code §1710)
### As Against Nicholas Clainos, Richard Greene, Linda McCall and
### Greene Radovsky Maloney Share & Hennigh LLP

67. Plaintiffs refer to and incorporates by reference the allegations of paragraphs 1 through 66 of this complaint.

68. In the years following Bill Graham's death, in which Clainos, assisted by the Greene firm, served as the executor of the Estate and trustee, Clainos and the Greene firm made false representations to plaintiffs, including:

    a. that all right and title to the Archives belonged to BGE;

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415)409-8900 • FAX: (415)409-8904

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415)409-8900 • FAX: (415)409-8904

b.     that the Archives were worth approximately $305,000 as of the date of Bill Graham's death;

c.     that there were only two complete sets of original posters in existence at the time of Bill Graham's death;

d.     that all scrapbooks completed up until the date of Bill Graham's death were distributed to and delivered to plaintiffs;

e.     that the 706 Estate Tax Return, signed under penalty of perjury by both Clainos and Richard Greene, was complete, true and accurate when made;

f.     that inventories and accounting of Estate assets disclosed to the beneficiaries and filed the Probate Court was complete, true and accurate when made;

g.     that the disclosures to the beneficiaries about valuations of the assets of the Estate were complete, true and accurate when made;

h.     that the petition for final distribution, signed by Linda McCall and verified under penalty of perjury by Clainos on November 10, 1994, was complete, true and accurate when made; and

i.     that the petition for modification of the order for final distribution, signed by Linda McCall and verified under penalty of perjury by Clainos on July 20, 1994,  was complete, true and accurate when made.

69.     Plaintiffs are informed and believe that Clainos and the Greene firm had no reasonable ground for believing that these representations were true when they made such representations to plaintiffs.  Further, Clainos and the Greene firm made the representations with the intent to induce plaintiffs to consent to, inter alia: (a) the 1995 sale of the Bill Graham businesses to the employees; (b) the inventories, accountings, final distribution, and modification of the final distribution filed with the Probate Court; (c) Clainos's and Greene's compensation for extraordinary fees in the probate proceedings; (d) Clainos's continued service as the sole executor; (e) Clainos's continued service as plaintiffs' trustee; and (f) Clainos's continued service as the president of BGE.

70.     Plaintiffs reasonably and foreseeably relied on Clainos's and the Greene firm's false representations by consenting to, inter alia: (a) the 1995 sale of the Bill Graham businesses to the employees; (b) the inventories, accountings, final distribution, and modification of the final distribution filed with the Probate Court; (c) Clainos's and Greene's compensation for extraordinary fees in the probate proceedings; (d) Clainos's continued service as the sole executor; (e) Clainos's continued service as plaintiffs' trustee; and (f) Clainos's continued service as the president of BGE.

71.     At the time plaintiffs that plaintiffs accepted and relied on Clainos's and the Greene firm's false representations, plaintiffs were unaware of the falsity of the representations described above, and believed them to be true.  Had plaintiffs known of Clainos's and the Greene firm's intent to deceive them, plaintiffs would not have consented to, inter alia: (a) the 1995 sale of the Bill Graham businesses to the employees; (b) the inventories, accountings, final distribution, and modification of the final distribution filed with the Probate Court; (c) Clainos's and Greene's compensation for extraordinary fees in the probate proceedings; (d) Clainos's continued service as the sole executor; (e) Clainos's continued service as plaintiffs' trustee; and (f) Clainos's continued service as the president of BGE.

72.     Plaintiffs' reliance on Clainos's and the Greene firm's representations was a substantial factor in causing plaintiffs harm.

Wherefore, plaintiffs seek damages as set forth below.

**SEVENTH CAUSE OF ACTION**
**Fraud/Concealment**
**(Cal.Civ.Code §1572)**
**As Against Nicholas Clainos, Richard Greene. Linda McCall and**
**Greene Radovsky Maloney Share & Hennigh  LLP**

73.     Plaintiffs refer to and incorporate by reference the allegations of paragraphs 1 through 72 of this complaint.

74.     Clainos, assisted and encouraged by the Greene firm, concealed numerous facts from plaintiffs, including that the Copyrights and "The Fillmore" trademark were registered to Bill Graham individually and therefore not owned by BGE, that Bill Graham personally owned 100 complete sets of the original poster series, and that Clainos had withheld ten (10) or more of

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415)409-8900 • FAX: (415)409-8904

1  Bill Graham's most valuable scrapbooks in order to include those scrapbooks in the eventual sale

2  of the Archives. Clainos and the Greene firm continued to conceal these facts for over 17 years

3  until plaintiffs discovered them in February 2009.

4       75.    Clainos had a duty to disclose all material facts concerning the Estate to plaintiffs

5  because he was a fiduciary to plaintiffs, as stated herein. He also owed a fiduciary duty to

6  plaintiffs insofar as he served as a trustee to plaintiffs. The Greene firm had a duty to speak the

7  truth when they wrote letters claiming that BGE owned all of the Archives, when making

8  representations to the beneficiaries about the inventories and value of Estate assets, and when

9  filing inventories and accountings with the Probate Court.

10       76.    At all relevant times, with the intent to deceive plaintiffs and induce reliance on the

11  facts as represented, Clainos and the Greene firm knew and failed to disclose these facts to

12  plaintiffs. Clainos and the Greene firm intentionally concealed or suppressed these facts with the

13  intent to defraud plaintiffs and induce their consent to, inter alia: (a) the 1995 sale of the Bill

14  Graham businesses to the employees; (b) the inventories, accountings, final distribution, and

15  modification of the final distribution filed with the Probate Court; (c) Clainos's and Greene's

16  compensation for extraordinary fees in the probate proceedings; (d) Clainos's continued service as

17  the sole executor; (e) Clainos's continued service as plaintiffs' trustee; and (f) Clainos's continued

18  service as the president of BGE.

19       77.    Clainos and the Greene firm, at all relevant times, knew that plaintiffs were

20  unaware of the true facts, and that plaintiffs would not have consented to, inter alia: (a) the 1995

21  sale of the Bill Graham businesses to the employees; (b) the inventories, accountings, final

22  distribution, and modification of the final distribution filed with the Probate Court; (c) Clainos's

23  and Greene's compensation for extraordinary fees in the probate proceedings; (d) Clainos's

24  continued service as the sole executor; (e) Clainos's continued service as plaintiffs' trustee; and

25  (f) Clainos's continued service as the president of BGE.

26       78.    Plaintiffs' reliance on Clainos's and the Green firm's representations was a

27  substantial factor in causing plaintiffs harm.

28

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415)409-8900 • FAX: (415)409-8904

720232.pldg.Complaint FINAL.tyc.wpd
**COMPLAINT**

79.     The aforementioned acts of Clainos and the Greene firm were wilful, wanton, malicious, and oppressive, were undertaken with the intent to defraud, and justify the awarding of exemplary and punitive damages in an amount to be determined at trial.

Wherefore, plaintiffs seek damages as set forth below.

### EIGHTH CAUSE OF ACTION
**Promissory Estoppel**
**As Against Nicholas Clainos,**
**William Sagan, Norton LLC and Bill Graham Archives, LLC**

80.     Plaintiffs refer to and incorporate by reference the allegations of paragraphs 1 through 79 of this complaint.

81.     As part of the distribution of the assets of the Estate, in or about late 1991 or early 1992, Clainos, in his capacity as executor of the Estate and assisted by the Greene firm, promised plaintiffs that all of Bill Graham's scrapbooks would be given to plaintiffs, and not to any other beneficiary, person or corporate entity.

82.     Clainos's knew or should have known that plaintiffs would rely on Clainos's and the Green firm's promise by consenting to Clainos's final distribution plan, filed in November 1994, and modified in July 1995.

83.     Plaintiffs did in fact reasonably rely on Clainos's and the Greene firm's promise to deliver all the scrapbooks to plaintiffs and consented to the distribution of Estate assets as confirmed by final order of the Probate Court, dated August 8, 1995.  Plaintiffs' reliance on Clainos's and the Greene firm's promise was reasonable, since Clainos was acting as their fiduciary at the time – both in his role as executor and as trustee.  Clainos obfuscated the total number of scrapbooks in various inventories and concealed from plaintiffs the fact that Clainos retained ten (10) or more of Bill Graham's scrapbooks to remain at the BGE offices for eventual sale as part of the Archives, from which sale Clainos would personally profit.

84.     In or about January 2010, plaintiffs learned for the first time that Clainos had arranged for and facilitated the sale of ten (10) or more of the scrapbooks to Sagan and/or Bill Graham Archives LLC.  As alleged herein, Sagan and Bill Graham Archives LLC are not bona fide purchasers of the scrapbooks because they agreed when purchasing the Archives that such items were excluded from the sale of the Archives because they were personal to the members of

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415)409-8900 • FAX: (415)409-8904

1   Bill Graham's family.  A substantial injustice can be avoided only by enforcing Clainos's promise

2   completely, and declaring that the ten (10) or more scrapbooks now in the possession of

3   defendants Sagan and/or Bill Graham Archives LLC in fact belong to plaintiffs, and that Sagan

4   and/or Bill Graham Archives LLC must  deliver to plaintiffs the ten (10) or more converted

5   scrapbooks.

6          85.     Further, as a proximate result of Clainos's promise and failure to perform his

7   promise to plaintiffs to deliver all of their father's scrapbooks, plaintiffs have suffered substantial

8   damages in an amount to be proven at trial.

9          Wherefore, plaintiffs seek damages as set forth below.

10                          **NINTH CAUSE OF ACTION**
                            **Unjust Enrichment**
11                          **As Against Nicholas Clainos**

12         86.     Plaintiffs incorporate by reference herein the allegations set forth in paragraphs 1 to

13   85  of this complaint.

14         87.     During the period during which he served as the executor of Bill Graham's Estate,

15   and as trustee to Bill Graham's sons, David and Alex, Clainos misappropriated and converted

16   asserts of the Estate for purposes of reselling them for his own personal enrichment.  These

17   converted assets included Bill Graham's  copyright registrations, "The Fillmore" trademark, ten

18   (10) or more of Bill Graham's scrapbooks, and 100 complete sets of the original poster series.

19   These assets rightfully belonged to plaintiffs and the other beneficiaries of the Bill Graham Estate.

20         88.     In or about 1997, Clainos sold his shares in BGE for approximately $8.125 million

21   plus a $1 million signing bonus.  Plaintiffs now know, but did not know then, that the value of the

22   shares was substantially higher because the assets of BGE included the Archives, including the

23   Copyrights, "The Fillmore" trademark, ten or more of Bill Graham's scrapbooks, and the 100

24   complete sets of the original poster series, all of which Clainos wrongfully misappropriated and

25   wrongfully converted.  Clainos also negotiated for himself a lucrative consulting contract tied to

26   the Archives and providing for a sizable commission upon the sale of the Archives. The amount

27   Clainos received in exchange for the shares was thereby substantially increased because of

28   Clainos's wrongful acts in an amount to be determined according to proof at trial.

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco o, CA 94111
TEL.: (415)409-8900 • FAX: (415)409-8904

- 27 -                                            720232.pldg.Complaint FINAL.tyc.wpd
**COMPLAINT**

89. Subsequently, Clainos used these ill-gotten gains to purchase personal and real property, stocks, and other investments, all of which is currently unknown to plaintiffs.

90. By virtue of these wrongful acts, Clainos has been unjustly enriched and is in possession of money that belongs to plaintiffs. In order therefore to prevent said unjust enrichment, plaintiffs seek the imposition of a constructive trust for the benefit of plaintiffs on any and all revenues and profits Clainos has derived from the above-mentioned misappropriation of intellectual and personal property.

Wherefore, plaintiffs pray for judgment as follows.

## TENTH CAUSE OF ACTION
### Unjust Enrichment
### As Against William Sagan, Norton LLC and Bill Graham Archives, LLC

91. Plaintiffs incorporate by reference herein all allegations set forth in paragraphs 1 to 90 of this complaint.

92. In or about July 2002, Sagan purchased Bill Graham Archives, LLC, a holding company apparently formed to receive the Archives. As a result of Sagan's extensive due diligence prior to the purchase, as alleged herein, Sagan knew or reasonably should have known that Clainos had misappropriated and converted the Copyrights and at least ten (10) scrapbooks transferred from Bill Graham's Estate without court approval and without the knowledge or consent of the beneficiaries of the Estate, including plaintiffs. These assets rightfully belonged to plaintiffs and the other beneficiaries of the Bill Graham Estate.

93. Since wrongfully acquiring the copyrights and scrapbooks, to which plaintiffs are entitled to possession, Sagan and Bill Graham Archives, LLC have used and exploited the converted intellectual property (*i.e.* the Copyrights) as a source of revenue, and have deposited those revenues in bank accounts.

94. By virtue of Sagan's and Bill Graham Archives, LLC's wrongful acts, they presently hold misappropriated property and have thereby been unjustly enriched. In order therefore to prevent said unjust enrichment, plaintiffs seek the imposition of a constructive trust for the benefit of plaintiffs on the Copyrights and Bill Graham's scrapbooks, as described herein. Plaintiffs further seek the imposition of a constructive trust over any and all revenues and profits

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415) 409-8900 • FAX: (415) 409-8904

1 that Sagan and Bill Graham Archives, LLC have derived from the aforementioned

2 misappropriation of intellectual and personal property.

3      Wherefore, plaintiffs pray for judgment against as follows.

4 **ELEVENTH CAUSE OF ACTION**<br>**Copyright Infringement**

5 **As Against William Sagan, Norton LLC and Bill Graham Archives, LLC**

6     95.     Plaintiffs incorporate by reference herein all allegations set forth in paragraphs 1 to

7 94 of this complaint.

8     96.     Between 1988 and 1991, Bill Graham registered in his own name the Copyrights

9 listed and attached hereto as **Exhibit A** to this complaint and incorporated by reference.

10     97.     In or about August 1995, Clainos, assisted by the Greene firm, executed the

11 Assignment of the Copyrights to BGE without notice to the beneficiaries or approval of the

12 Probate Court. Clainos knew or should have known at the time that he had no right or authority to

13 make such transfer of title of the Copyrights, and that by executing the Assignment, he was

14 misappropriating property that rightfully belonged to plaintiffs and the other beneficiaries of the

15 Estate.

16     98.     In or about July 2002, registrations for the Copyrights were amended to reflect

17 purported transfers into an entity known as Bill Graham Archives, LLC. On or about July 29,

18 2002, Sagan purchased Bill Graham Archives LLC, knowing at the time that the assets of the

19 company included the Copyrights. Sagan conducted extensive due diligence about the right and

20 title all of assets of Bill Graham Archives, LLC, and, as herein alleged, Sagan was in direct

21 communication with Clainos – the executor of the Estate – about BGE's right and title to the

22 Copyrights. Sagan and Bill Graham Archives, LLC knew or should have known about the

23 Assignment, that it was executed and recorded without the consent of the beneficiaries or

24 approval of the Probate Court, by someone who was neither the owner nor the duly authorized

25 agent thereof, and that as a result thereof, it was a wholly defective conveyance of title.

26     99.     Within the last four years, defendants Sagan and Bill Graham Archives, LLC

27 reproduced, offered and sold to the public, without plaintiffs' consent, said copyrighted posters.

28

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415)409-8900 ● FAX: (415)409-8904

100. As a direct and proximate result of defendants Sagan's and Bill Graham Archives, LLC's conduct, plaintiffs have been injured by infringements of their common law and statutory rights as owners of the Copyrights.

Wherefore, plaintiffs pray for judgment against as follows.

## TWELFTH CAUSE OF ACTION
### Declaratory Relief
### As Against William Sagan, Norton LLC and Bill Graham Archives, LLC

101. Plaintiffs incorporate by reference herein all allegations set forth in paragraphs 1 to 100 of this complaint.

102. There is presently a dispute over the ownership of certain assets, to wit the Copyrights and approximately ten (10) scrapbooks which were wrongfully converted from Bill Graham's Estate.

103. Plaintiffs require a judicial declaration that plaintiffs and/or the Estate of Bill Graham are the rightful owners of the Copyrights and scrapbooks so that they and defendants know their rights and responsibilities with respect to these assets.

Wherefore, plaintiffs pray judgment against defendants Sagan, Norton LLC, and Bill Graham Archives, LLC as follows.

## RELIEF REQUESTED

1. As to the first, second, third, fourth, fifth, sixth, and seventh causes of action, for all special and general damages as well as consequential and economic damages in a sum in excess of the minimum jurisdiction of this court, together with prejudgment interest accrued thereon at the statutory rate, and such further sums as will be shown according to proof;

2. As to the first, second, third, fourth, fifth, and sixth causes of action for an award of exemplary and/or punitive damages;

3. As to the eighth cause of action, for specific enforcement of defendant Clainos's agreement to distribute the ten (10) or more scrapbooks, referenced therein, to plaintiffs, for an declaration that said scrapbooks now in the possession of defendants Sagan, Norton LLC and/or Bill Graham Archives LLC in fact belong to plaintiffs, and for an order compelling Sagan, Norton

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415)409-8900 • FAX: (415)409-8904

720232.pldg.Complaint FINAL.tyc.wpd

1  LLC and Bill Graham Archives LLC to deliver the ten (10) or more converted scrapbooks to

2  plaintiffs.

3      4.    As to the ninth cause of action for unjust enrichment, for the imposition of a

4  constructive trust in favor of plaintiffs including all revenue and profits derived from

5  misappropriation and exploitation of the converted intellectual and personal property, therein

6  alleged, together with interest at the maximum legal rate, and an accounting as may be necessary

7  and appropriate to determine said amounts;

8      5.    As to the tenth cause of action for unjust enrichment, for the imposition of a

9  constructive trust in favor of plaintiff on the Copyrights and scrapbooks, including all revenue and

10  profits derived from the misappropriation and exploitation of the Copyrights, therein alleged,

11  together with interest at the maximum legal rate, and an accounting as may be necessary and

12  appropriate to determine said amounts;

13      6.    As to the eleventh cause of action for copyright infringement, plaintiffs seek the

14  following:

15      (a) Until this case is decided, defendants Sagan, Norton LLC and Bill Graham

16      Archives, LLC, their agents and representatives be enjoined from continuing to

17      publish, reproduce, offer and sell to the public said copyrighted posters;

18      (b) That defendants Sagan, Norton LLC and Bill Graham Archives, LLC account

19      for and pay as damages to plaintiffs, at their election, all statutory damages under

20      17 U.S.C. §504(c) or, in the alternative, all damages proximately caused by

21      defendants Sagan, Norton LLC and Bill Graham Archives, LLC, including profits

22      and advantages gained from said wrongful conduct under 17 U.S.C. §504(b).

23      (c) That defendants Sagan, Norton LLC and Bill Graham Archives, LLC deliver

24      all plates, molds and other materials used for making infringing copies.

25      (d) That defendants Sagan, Norton LLC and Bill Graham Archives, LLC pay all

26      damages permitted, interest thereon, costs, and reasonable attorneys' fees incurred

27      in the prosecution of this action.

28

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415)409-8900 ▪ FAX: (415)409-8904

720232.pldg.Complaint FINAL.tyc.wpd

7.    As to the twelfth cause of action for declaratory relief, for a judicial declaration that plaintiffs are the rightful owners of the Copyrights, or their pro rata share of the Copyrights under the final order of distribution of the Estate, and the ten (10) or more scrapbooks, and for injunctive relief as may be necessary and appropriate preventing defendants and each of them from further exploiting the Copyrights;

8.    For attorneys' fees and costs incurred by plaintiffs in responding to and protecting plaintiffs' rights in connection with the harm caused by defendants, and incurred by plaintiffs as a result of defendants' wrongful conduct, as set forth herein; and

9.    For costs of suit herein incurred, and for such other and further relief as the court may deem just and proper.

10.    Plaintiffs demand a jury trial.

Dated: October 27, 2010                    CANNATA, CHING & O'TOOLE LLP

THERESE Y. CANNATA
Attorneys for Plaintiffs
ALEXANDER GRAHAM-SULT
and DAVID GRAHAM

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415)409-8900 ▪ FAX: (415)409-8904

720232.pldg.Complaint FINAL.tyc.wpd

# EXHIBIT A

**ORIGINAL SERIES — 224 REGISTRATIONS**

| BGF# | VAU | REG. DATE | CLAIMANT | 1st PUBLICATION DATE (NATION USA UNLESS INDICATED) / SPECIAL NOTES | ARTIST | PERFORMER | SHOW DATE | VENUE |
|---|---|---|---|---|---|---|---|---|
| 0 | | PUBLIC | PUBLIC | | Bonnie MacLean | Grass Roots/Quicksilver | 4/22/66 - 4/23/66 | Fillmore Auditorium |
| 1 | | PUBLIC | PUBLIC | | Peter Bailey | Jefferson Airplane | 2/4/66 - 2/6/66 | Fillmore Auditorium |
| 2 | | PUBLIC | PUBLIC | | Wes Wilson | Quicksilver Messenger Service | 3/18/66 - 3/20/66 | Fillmore Auditorium |
| 3 | | PUBLIC | PUBLIC | (BATMAN FEST) | Wes Wilson | Paul Butterfield Blues Band/Airplane | 4/15/66 - 4/17/66 | Fillmore/Harmon Gym (4/16) |
| 4 | | PUBLIC | PUBLIC | (BLUES ROCK BASH) | Wes Wilson | Airplane/Quicksilver | 4/29/66 - 4/30/66 | Fillmore Auditorium |
| 5 | | PUBLIC | PUBLIC | | Wes Wilson | Airplane/Jay Walkers | 5/6/66 - 5/7/66 | Fillmore Auditorium |
| 6 | | PUBLIC | PUBLIC | | Wes Wilson | New Generation/Jay Walkers | 5/13/66 - 5/14/66 | Fillmore Auditorium |
| 7 | | PUBLIC | PUBLIC | | Wes Wilson | Quicksilver/Paul Solution | 5/20/66 - 5/21/66 | Fillmore Auditorium |
| 8 | | PUBLIC | PUBLIC | (PCP ON ROCK) | Wes Wilson | Andy Warhol/Velvet Underground | 5/27/66 - 5/29/66 | Fillmore Auditorium |
| 9 | | PUBLIC | PUBLIC | | Wes Wilson | Quicksilver/Grateful Dead | 6/3/66 - 6/4/66 | Fillmore Auditorium |
| 10 | | PUBLIC | PUBLIC | | Wes Wilson | Airplane/Grass Society | 6/10/66 - 6/11/66 | Fillmore Auditorium |
| 11 | | PUBLIC | PUBLIC | | Wes Wilson | Wailers/Quicksilver | 6/17/66 - 6/18/66 | Fillmore Auditorium |
| 12 | | PUBLIC | PUBLIC | | Wes Wilson | The Mothers/Brothers | 6/24/66 - 6/25/66 | Fillmore Auditorium |
| 13 | | PUBLIC | PUBLIC | | Wes Wilson | Lenny Bruce/Mothers | 7/1/66 - 7/2/66 | Fillmore Auditorium |
| 14 | | PUBLIC | PUBLIC | (INDEPENDENCE BALL) | Wes Wilson | Quicksilver/Great Society/Love | 7/8/66 | Fillmore Auditorium |
| 15 | | PUBLIC | PUBLIC | | Wes Wilson | Turtles/Oxford Circle | 7/8/66 - 7/9/66 | Fillmore Auditorium |
| 16 | | PUBLIC | PUBLIC | | Wes Wilson | Mindbenders/Chocolate Watchband | 7/15/66 - 7/17/66 | Fillmore Auditorium |
| 17 | | PUBLIC | PUBLIC | | Wes Wilson | Airplane/Dead | 7/22/66 - 7/23/66 | Fillmore Auditorium |
| 18 | | PUBLIC | PUBLIC | | Wes Wilson | Association/Quicksilver | 7/24/66 | Fillmore Auditorium |
| 19 | | PUBLIC | PUBLIC | | Wes Wilson | The Board (American Theater) | 7/28/66 - 7/30/66 | Fillmore Auditorium |
| 20 | | PUBLIC | PUBLIC | | Wes Wilson | Them/Sons of Champlin | 7/29/66 - 7/30/66 | Fillmore Auditorium |
| 21 | | PUBLIC | PUBLIC | | Wes Wilson | Love/Everpresent Fullness | 8/5/66 - 8/6/66 | Fillmore Auditorium |
| 22 | | PUBLIC | PUBLIC | | Wes Wilson | Sam the Sham/G-Kes | 8/10/66 | Fillmore Auditorium |
| 23 | | PUBLIC | PUBLIC | (photo) | Wes Wilson/Herb Greene | Airplane/Dead | 8/12/66 - 8/13/66 | Fillmore Auditorium |
| 24 | | PUBLIC | PUBLIC | | Wes Wilson | Young Rascals/Quicksilver | 8/19/66 - 8/20/66 | Fillmore Auditorium |
| 25 | | PUBLIC | PUBLIC | (photo) | Wes Wilson/Herb Greene | 13th Floor Elevators/Great Society | 8/26/66 - 8/27/66 | Fillmore Auditorium |
| 26 | | PUBLIC | PUBLIC | | Wes Wilson | Airplane/Dead/Martha and Vandellas | 8/26/66 - 8/28/66 | Fillmore Auditorium |
| 27 | | PUBLIC | PUBLIC | | John H. Myers | Mothers/Oxford Circle | 9/9/66 - 9/10/66 | Fillmore Auditorium |
| 28 | | PUBLIC | PUBLIC | | Wes Wilson | Byrds/Wildflower | 9/16/66 - 9/17/66 | Fillmore Auditorium |
| 29 | | PUBLIC | PUBLIC | (THE SOUND) | Wes Wilson | Airplane/Butterfield | 9/23/66 - 10/2/66 (& above) | Fillmore Auditorium |
| 30 | 253-703 | Sep 18, 1996 | Wes Wilson | | Wes Wilson | Butterfield/Airplane/Dead | 10/7/66 - 10/8/66 | Winterland/Fillmore |
| 31 | 472-400 | Sep 20, 1996 | Wes Wilson | | Wes Wilson | Butterfield/Big Brother/Jim Thornton | 10/14/66 - 10/16/66 | Winterland |
| 32 | 255-347 | Not Reg. | Wes Wilson | | John H. Myers | Dead/Lightning Hopkins | 10/21/66 - 10/22/66 | Fillmore Auditorium |
| 33 | 255-347 | Sep 18, 1996 | Wes Wilson | | John H. Myers | Yardbirds/Country Joe and the Fish | 10/23/66 | Fillmore Auditorium |
| 34 | 255-352 | Sep 16, 1996 | Wes Wilson | | Wes Wilson | Captain Beefheart/Chocolate Watchband | 10/28/66 - 10/30/66 | Fillmore Auditorium |
| 35 | 255-352 | Sep 16, 1996 | Wes Wilson | | Wes Wilson | Muddy Waters/Quicksilver | 11/4/66 - 11/6/66 | Fillmore Auditorium |
| 36 | 255-341 | Sep 18, 1996 | Wes Wilson | | Wes Wilson | Bola Sete/Country Joe | 11/11/66 - 11/13/66 | Fillmore Auditorium |
| 37 | 255-341 | Sep 18, 1996 | Wes Wilson | | Wes Wilson | Airplane/Butterfield | 12/2/66 - 12/4/66 | Fillmore Auditorium |
| 38 | 255-350 | Sep 18, 1996 | Wes Wilson | | Wes Wilson | Dead/James Cotton Blues Band | 11/18/66 - 11/20/66 | Fillmore Auditorium |
| 39 | 257-702 | Sep 18, 1996 | Wes Wilson | | Wes Wilson | Airplane/James Cotton | 11/25/66 - 11/27/66 | Fillmore Auditorium |
| 40 | 255-349 | Sep 18, 1996 | Wes Wilson | | Wes Wilson | Love/Moby Grape/Lee Michaels | 12/2/66 - 12/4/66 | Fillmore Auditorium |
| 41 | 257-704 | Sep 18, 1996 | Wes Wilson | | Wes Wilson | Dead/Big Mama Mae Thornton/Tim Rose | 12/9/66 - 12/11/66 | Fillmore Auditorium |
| 42 | N/A | N/A | "Wes Wilson (notice only)" | | Wes Wilson | Airplane/Junior Wells/Tim Rose | 12/16/66 - 12/18/66 | Fillmore Auditorium |
| 43 | 255-351 | Sep 16, 1996 | Wes Wilson | (photo) | Wes Wilson/Herb Greene | Otis Rush/Big Dead | 12/22/66 - 12/23/66 | Fillmore Auditorium |
| 44 | 255-347 | Sep 16, 1996 | Wes Wilson & Bill Graham | | Wes Wilson | Young Rascals/Sopwith Camel/Doors | 1/6/67 - 1/8/67 | Fillmore Auditorium |
| 45 | 470-356 | Apr 8, 1991 | Bill Graham | Jan 20, 1967 | Wes Wilson | Dead/Junior Wells/Doors | 1/13/67 - 1/15/67 | Fillmore Auditorium |
| 46 | 448-892 | Apr 8, 1991 | Bill Graham | Feb 1, 1967 | Wes Wilson | Butterfield/Charles Lloyd Quartet | 1/20/67 - 1/22/67 | Fillmore Auditorium |
| 47 | 448-891 | Apr 8, 1991 | Bill Graham | PUBLIC DOMAIN | Wes Wilson | Butterfield/Charles Lloyd Quartet | 1/27/67 - 1/29/67 | Fillmore Auditorium |
| 48 | | PUBLIC | Bill Graham | Feb 10, 1967 | Wes Wilson | Airplane/Quicksilver | 2/3/67 - 2/5/67 | Fillmore Auditorium |
| 49 | 448-890 | Apr 8, 1991 | Bill Graham | Feb 15, 1967 | Peter Bailey | Blues Project/Jimmy Reed | 2/10/67 - 2/12/67 | Fillmore Auditorium |
| 50 | 442-617 | Apr 9, 1991 | Bill Graham | | Wes Wilson | Blues Project/Mothers | 2/17/67 - 2/19/67 | Fillmore Auditorium |
| 51 | 448-888 | Apr 8, 1991 | Bill Graham | | Wes Wilson | Otis Rush/Grateful Dead West | 2/24/67 - 2/26/67 | Fillmore Auditorium |
| 52 | 448-881 | Aug 5, 1991 | John H. Myers | | John H. Myers | B.B. King/Moby Grape/Steve Miller | 2/26/67 | Fillmore Auditorium |
| 53 | 470-357 | Apr 8, 1991 | John Myers | Mar 1, 1967 | Wes Wilson | Otis Rush/Mothers/Morning Glory | 3/3/67 - 3/5/67 | Fillmore Auditorium |
| 54 | 442-638 | Apr 8, 1991 | Bill Graham | May 5, 1967 | Wes Wilson | Airplane/Jimmy Reed/John Lee Hooker | 3/10/67 - 3/12/67 | Winterland/Fillmore (3/12) |
| 55 | 442-637 | Apr 8, 1991 | Bill Graham | Mar 10, 1967 | Wes Wilson | Chuck Berry/Dead | 3/17/67 - 3/19/67 | Winterland/Fillmore (3/19) |
| 56 | 448-888 | Apr 8, 1991 | Bill Graham | Mar 20, 1967 | Wes Wilson | Moby Grape/Chambers Bros./Chanturas | 3/24/67 - 3/26/67 | Winterland/Fillmore (3/26) |
| 57 | 448-971 | Apr 8, 1991 | Bill Graham | Mar 21, 1967 | Wes Wilson | Byrds/Moby Grape/Andrew Staples | 3/31/67 - 4/2/67 | Winterland/Fillmore (4/2) |
| 58 | 442-947 | Apr 8, 1991 | Bill Graham | Apr 1, 1967 | Wes Wilson | Chambers Bros/Iron Butterfly | 4/7/67 - 4/9/67 | Fillmore Auditorium |
| 59 | 448-947 | Apr 8, 1991 | Bill Graham | Apr 10, 1967 | Peter Bailey | Howlin' Wolf/Country Joe/Loading Zone | 4/14/67 - 4/16/67 | Fillmore Auditorium |
| 60 | 442-618 | Apr 8, 1991 | Bill Graham | | Wes Wilson | Howlin' Wolf/Big Brother and Holding Co. | 4/21/67 - 4/23/67 | Fillmore Auditorium |
| 61 | 442-620 | Apr 9, 1991 | Bill Graham | PUBLIC DOMAIN | Wes Wilson | Buffalo Springfield/Steve Miller | 4/28/67 - 4/30/67 | Fillmore Auditorium |
| 62 | 442-617 | | PUBLIC | May 1, 1967 | John H. Myers | Dead/Paupers | 5/5/67 - 5/6/67 | Fillmore Auditorium |
| 63 | 448-869 | Apr 8, 1991 | Bill Graham | May 1, 1967 | Bonnie MacLean/Herb Greene (photo) | Airplane/Paupers | 5/12/67 - 5/14/67 | Fillmore Auditorium |

| BGF# | VA# | REG. DATE | CLAIMANT | SPECIAL NOTES | | ARTIST | PERFORMER | SHOW/DATE | VENUE |
|---|---|---|---|---|---|---|---|---|---|
| 64 | 448 861 | Apr 8, 1991 | Bill Graham | | May 10, 1967 | Bonnie MacLean | Martha & the Vandellas/Paupers | 5/10/67 - 5/20/67 | Fillmore Auditorium |
| 65 | 448 932 | Apr 8, 1991 | Bill Graham | | May 20, 1967 | Bonnie MacLean | Big Brother/Jim Kweskin | 5/22/67 - 5/27/67 | Fillmore Auditorium |
| 66 | 448 618 | Apr 8, 1991 | Bill Graham | | Jun 1, 1967 | Bonnie MacLean | Jim Kweskin Jug Band/Paul Butterfield | 6/1/67 - 6/4/67 | Fillmore Auditorium |
| 67 | 442 633 | Apr 8, 1991 | Bill Graham | | Jun 1, 1967 | Bonnie MacLean | Doors/Jim Kweskin Jug Band | 6/9/67 - 6/10/67 | Fillmore Auditorium |
| 68 | 442 632 | Apr 8, 1991 | Bill Graham | | Jun 10, 1967 | Bonnie MacLean | Who/Loading Zone | 6/16/67 - 6/17/67 | Fillmore Auditorium |
| 69 | 448 862 | Apr 8, 1991 | Bill Graham | OPENING SUMMER SERIES | Jun 10, 1968 | Clifford C Seeley | Airplane/Gabor Szabo/Jimi Hendrix | 6/20/67 - 6/25/67 | Fillmore Auditorium |
| 70 | 448 862 | Apr 8, 1991 | Bill Graham | | Jun 20, 1967 | Greg Irons | Chuck Berry/Eric Burdon and Animals | 6/27/67 - 7/2/67 | Fillmore Auditorium |
| 71 | 448 863 | Apr 8, 1991 | Bill Graham | | Jun 20, 1967 | Bonnie MacLean | Bo Diddley/Big Brother/Quicksilver | 7/4/67 - 7/9/67 | Fillmore Auditorium |
| 72 | 448 864 | Apr 8, 1991 | Bill Graham | | Jul 5, 1967 | Bonnie MacLean | Butterfield/Roland Kirk Quartet | 7/11/67 - 7/16/67 | Fillmore Auditorium |
| 73 | 442 624 | Apr 8, 1991 | Bill Graham | | Jul 10, 1967 | Bonnie MacLean | Sam and Dave/James Cotton | 7/18/67 - 7/23/67 | Fillmore Auditorium |
| 74 | 448 865 | Apr 8, 1991 | Bill Graham | CANADA 1st PUBLICATION 7/16/1967 | Jul 20, 1967 | James H. Gardner/Herb Greene (photo) | Airplane/Dead | 7/31/67-8/6/67 | O'Keefe Centre-TORONTO |
| 75 | 448 866 | Apr 8, 1991 | Bill Graham | | Jul 20, 1967 | Bonnie MacLean | Yardbirds/Doors/James Cotton | 7/25/67 - 7/30/67 | Fillmore Auditorium |
| 76 | 448 867 | Apr 8, 1991 | Bill Graham | | Aug 1, 1967 | Bonnie MacLean | Muddy Waters/Buffalo Springfield | 8/1/67 - 8/6/67 | Fillmore Auditorium |
| 77 | 448 921 | Apr 8, 1991 | Bill Graham | | Aug 1, 1967 | Bonnie MacLean | Electric Flag/Moby Grape/Steve Miller | 8/8/67 - 8/13/67 | Fillmore Auditorium |
| 78 | 448 858 | Apr 8, 1991 | Bill Graham | | Aug 15, 1967 | Jim Blashfield | Cream/Electric Flag/Chuck Berry | 8/15/67 - 8/21/67 | Fillmore Auditorium |
| 79 | 448 860 | Apr 8, 1991 | Bill Graham | | Aug 15, 1967 | Jim Blashfield | Butterfield/Cream | 8/22/67 - 8/27/67 | Fillmore Auditorium |
| 80 | 448 859 | Apr 8, 1991 | Bill Graham | | Aug 20, 1967 | Jim Blashfield | Cream/Electric Flag | 8/29/67 - 9/3/67 | Fillmore Auditorium |
| 81 | 442 635 | Apr 8, 1991 | Bill Graham | | Sep 10, 1967 | Jim Blashfield/Herb Greene (photo) | Airplane/Dead/Big Brother | 9/1/67 | Hollywood Bowl |
| 82 | 448 857 | Apr 8, 1991 | Bill Graham | | Sep 1, 1967 | Bonnie MacLean | Byrds/Loading Zone | 9/7/67 - 9/9/67 | Fillmore Auditorium |
| 83 | 448 920 | Apr 8, 1991 | Bill Graham | | Sep 10, 1967 | Greg Irons | Electric Flag/Mother Earth | 9/14/67 - 9/16/67 | Fillmore Auditorium |
| 84 | 448 856 | Apr 8, 1991 | Bill Graham | | Sep 10, 1967 | Bonnie MacLean | Blue Cheer/Vanilla Fudge | 9/21/67 - 9/23/67 | Fillmore Auditorium |
| 85 | 442 623 | Apr 8, 1991 | Bill Graham | | Sep 16, 1967 | Bonnie MacLean | Airplane/Mother Earth/Flamin' Groovies | 9/26/67 - 9/30/67 | Winterland/Fillmore (9028) |
| 86 | 442 622 | Apr 8, 1991 | Bill Graham | | Sep 20, 1967 | Bonnie MacLean | Cream | 10/2/67 | Fillmore Auditorium |
| 87 | 448 855 | Apr 8, 1991 | Bill Graham | | Oct 1, 1967 | Bonnie MacLean | Quicksilver/Grass Roots/Mother Earth | 10/5/67 - 10/7/67 | Fillmore Auditorium |
| 88 | 442 627 | Apr 8, 1991 | Bill Graham | | Oct 1, 1967 | Bonnie MacLean/Herb Greene (photo) | Airplane/Charlatans/Blue Cheer | 10/11/67 - 10/14/67 | Winterland/Fillmore (10/11,12) |
| 89 | 448 854 | Apr 8, 1991 | Bill Graham | | Oct 10, 1967 | Bonnie MacLean | Eric Burdon Animals/Mother Earth | 10/19/67 - 10/21/67 | Fillmore Auditorium |
| 90 | 442 645 | Apr 8, 1991 | Bill Graham | | Oct 20, 1967 | Bonnie MacLean | Pink Floyd/Lee Michaels/Clear Light | 10/26/67 - 10/28/67 | Winterland/Fillmore (11/2) |
| 91 | 442 646 | Apr 8, 1991 | Bill Graham | | Oct 20, 1967 | Bonnie MacLean | Big Brother/Pink Floyd/Richie Havens | 11/2/67 - 11/4/67 | Winterland/Fillmore (11/2) |
| 92 | 442 625 | Apr 8, 1991 | Bill Graham | | Nov 10, 1967 | Nicholas Kouninos | Procol Harum/The Who/Cream Light | 11/9/67 - 11/11/67 | Winterland/Fillmore (11/9) |
| 93 | 448 852 | Apr 8, 1991 | Bill Graham | | Nov 20, 1967 | Jim Blashfield | Doors/Procol Harum/Mt. Rushmore | 11/16/67 - 11/11/67 | Winterland/Fillmore (11/16) |
| 94 | 448 851 | Apr 8, 1991 | Bill Graham | | Nov 20, 1967 | Bonnie MacLean | Donovan/H.P. Lovecraft/Mother Earth | 11/23/67 - 11/25/67 | Winterland/Fillmore (11/23) |
| 95 | 448 850 | Apr 8, 1991 | Bill Graham | | Nov 26, 1967 | Bonnie MacLean | Ney Dirty Dirt Band/Clear Light | 11/30/67 - 12/2/67 | Fillmore Auditorium |
| 96 | 448 849 | Apr 8, 1991 | Bill Graham | | Dec 1, 1967 | Bonnie MacLean | Byrds/Electric Flag/B.B. King | 12/7/67 - 12/9/67 | Fillmore Auditorium |
| 97 | 448 848 | Apr 8, 1991 | Bill Graham | | Dec 1, 1967 | Bonnie MacLean | Mothers of Invention/Tim Buckley | 12/14/67 - 12/16/67 | Winterland/Fillmore (12/14) |
| 98 | 448 919 | Apr 8, 1991 | Bill Graham | | Dec 15, 1967 | Stanley Mouse | Cream/Electric Flag/B.B. King | 12/21/67 - 12/23/67 | Fillmore Auditorium |
| 99 | 442 619 | Apr 8, 1991 | Bill Graham | | Dec 15, 1967 | Alton Kelley, Stanley Mouse | Guitars Unlimited/Collectors | 12/26/67 - 12/31/67 | Winterland |
| 100 | 442 634 | Apr 8, 1991 | Bill Graham | "JAN 1, 31 DAYS OF SOUND" | Dec 21, 1967 | Bonnie MacLean | Cream/Big Brother/Eric Burdon | 12/26/67 - 12/31/67 | Winterland |
| 101 | 448 936 | Apr 8, 1991 | Bill Graham | "NEW YEAR'S EVE 67-68" | Jan 1, 1968 | Bonnie MacLean | Airplane/Big Brother/Quicksilver | 12/31/67 - | Winterland |
| 102 | 448 935 | Apr 8, 1991 | Bill Graham | | Jan 5, 1968 | Lee Conklin | Vanilla Fudge/Steve Miller Band | 1/4/68 - 1/6/68 | Winterland/Fillmore (1/4) |
| 103 | 448 899 | Apr 8, 1991 | Bill Graham | | Jan 10, 1968 | Bonnie MacLean | Chambers Brothers/Sunshine Company | 1/11/68 - 1/13/68 | Fillmore Auditorium |
| 104 | 442 642 | Apr 8, 1991 | Bill Graham | | Jan 20, 1968 | Jack Hatfield/Louis Sazzi (photo) | Butterfield/Charles Lloyd Quartet | 1/18/68 - 1/20/68 | Winterland/Fillmore (1/19) |
| 105 | 448 898 | Apr 8, 1991 | Bill Graham | | Jan 20, 1968 | Jack Hatfield | Big Brother/Electric Flag | 1/25/68 - 1/27/68 | Winterland/Fillmore (1/25) |
| 106 | 448 847 | Apr 8, 1991 | Bill Graham | | Feb 1, 1968 | Stanley Mouse | Cream/Loading Zone/John Mayall | 2/1/68 - 2/4/68 | Winterland/Fillmore (2/1 A) |
| 107 | 448 846 | Apr 8, 1991 | Bill Graham | | Feb 10, 1968 | Lee Conklin | John Mayall/Otis Rush/Loading Zone | 2/8/68 - 2/11/68 | Winterland/Fillmore (2/8) |
| 108 | 448 845 | Apr 8, 1991 | Bill Graham | | Feb 15, 1968 | Lee Conklin | Butterfield/James Cotton/Albert King | 2/15/68 - 2/17/68 | Winterland/Fillmore (2/15) |
| 109 | 448 844 | Apr 8, 1991 | Bill Graham | | Feb 20, 1968 | Lee Conklin | Who/Cannonball Adderly/Vagrants | 2/22/68 - 2/24/68 | Winterland/Fillmore (2/22) |
| 110 | 442 616 | Apr 8, 1991 | Bill Graham | | Mar 1, 1968 | Stanley Mouse | Cream/Big/Loading Zone | 2/29/68 - 3/3/68 | Winterland/Fillmore (3/0) |
| 111 | 442 615 | Apr 8, 1991 | Bill Graham | | Mar 1, 1968 | Lee Conklin/Bob Seidemann photo | Cream/James Cotton/Jeremy Steig's | 3/7/68 - 3/10/68 | Winterland/Fillmore (3/7) |
| 112 | 442 648 | Apr 8, 1991 | Bill Graham | | Mar 15, 1968 | Lee Conklin | Traffic/H. P. Lovecraft/Blue Cheer | 3/14/68 - 3/16/68 | Winterland/Fillmore (3/14) |
| 113 | 448 843 | Apr 8, 1991 | Bill Graham | | Mar 20, 1968 | Dana W. Johnson | Moby Grape/Traffic/Lemon Pipers | 3/21/68 - 3/23/68 | Winterland/Fillmore (3/21) |
| 114 | 448 842 | Apr 8, 1991 | Bill Graham | | Apr 1, 1968 | Dana W. Johnson | Country Joe/Steppenwolf | 3/28/68 - 3/30/68 | Fillmore Auditorium |
| 115 | 442 611 | Apr 8, 1991 | Bill Graham | | Apr 5, 1968 | Patrick Lofthouse/Thomas Weir (photo) | Eric Burdon (Animals)/Quicksilver | 4/4/68 - 4/6/68 | Winterland/Fillmore (4/4) |
| 116 | 448 841 | Apr 8, 1991 | Bill Graham | | Apr 10, 1968 | Patrick Lofthouse | Big Brother/Iron Butterfly | 4/11/68 - 4/13/68 | Winterland/Fillmore (4/11) |
| 117 | 448 840 | Apr 8, 1991 | Bill Graham | | Apr 10, 1968 | Mail Topper | Love/Staple Singers/Roland Kirk | 4/18/68 - 4/20/68 | Winterland/Fillmore (4/18) |
| 118 | 448 935 | Apr 8, 1991 | Bill Graham | | Apr 20, 1968 | Mail Topper | Albert King/Electric Flag/Collection | 4/25/68 - 4/27/68 | Winterland/Fillmore (4/25) |
| 119 | 442 611 | Apr 8, 1991 | Bill Graham | | May 1, 1968 | Webster | Moby Grape/Country Joe/Crazy Glass | 5/2/68 - 5/4/68 | Fillmore Auditorium |
| 120 | 448 841 | Apr 8, 1991 | Bill Graham | | May 1, 1968 | Webster | Loading Zone/Chrome Syrcus | 5/9/68 - 5/11/68 | Fillmore Auditorium |
| 121 | 448 840 | Apr 8, 1991 | Bill Graham | | May 15, 1968 | Lee Conklin | Country Joe/Incredible String Band | 5/16/68 - 5/18/68 | Winterland/Fillmore (5/09,30) |
| 122 | 448 839 | Apr 8, 1991 | Bill Graham | | May 20, 1968 | Lee Conklin | Buffalo Springfield/Chambers Bros. | 5/23/68 - 5/25/68 | Winterland/Fillmore (9/6) |
| 123 | 448 935 | Apr 8, 1991 | Bill Graham | | Jun 10, 1968 | Bob Fried | Mothers of Invention/B.B. King/Booker T. | 5/29/68 - 6/1/68 | Winterland/Fillmore (5/29) |
| 124 | 448 838 | Apr 8, 1991 | Bill Graham | | Jun 10, 1968 | Bob Fried/Jonathan Julien (photo) | Big Brother/Crazy World of Arthur Brown | 6/6/68 - 6/8/68 | Winterland/Fillmore (9/0) |
| 125 | 448 837 | Apr 8, 1991 | Bill Graham | "SUMMER SERIES" | Jun 20, 1968 | Lee Conklin | Cream/Jose Feliciano | 6/13/68 - 6/15/68 | Winterland/Fillmore (6/13) |
| 126 | 448-807 | Apr 8, 1991 | Bill Graham | | Jun 28, 1968 | Lee Conklin | Albert King/Ten Years After/Canned Heat | 6/25/68 - 6/30/68 | Winterland/Fillmore (6/25) |
| 127 | 448-808 | Apr 8, 1991 | Bill Graham | | Jul 10, 1968 | Lee Conklin | Creedence Clearwater Revival/Butterfield | 7/2/68 - 7/7/68 | Fillmore Auditorium |
| 128 | 448 836 | Apr 8, 1991 | Bill Graham | "BLUES BASH 1968" | Jul 10, 1968 | Lee Conklin | Electric Flag/Blue Cheer/Ike+Tina Turner | 7/9/68 - 7/14/68 | Fillmore Auditorium |
| 129 | PUBLIC | | PUBLIC | | | Lee Conklin | Big Brother/My Stone/Jeff Beck Group | 7/16/68 - 7/21/68 | Fillmore - Carousel |
| 130 | PUBLIC | | PUBLIC | PUBLIC DOMAIN | | Lee Conklin | Moby Grape/Jeff Beck/Charles Lloyd | 7/23/68 - 7/28/68 | Fillmore - Carousel |

| BGP | VA# | REG. DATE | CLAIMANT | SPECIAL NOTES | ARTIST | PERFORMER | SHOW DATE | VENUE |
|---|---|---|---|---|---|---|---|---|
| 131 | 448 821 | Apr 8, 1991 | Bill Graham | Jul 25, 1968 | Lee Conklin | Butterfield/Quicksilver/Ten Years | 7/25/68 - 8/4/68 | Fillmore West |
| 132 | 473 953 | Apr 8, 1991 | Bill Graham | Aug 1, 1968 | Lee Conklin | Chambers Bros (Eric Burdon (Animals) | 8/8/68 - 8/11/68 | Fillmore West |
| 133 | 442 626 | Apr 8, 1991 | Bill Graham | Aug 1, 1968 | Lee Conklin | Who/Creedence/Dead/Quicksilver | 8/13/68 - 8/25/68 | Fillmore West |
| 134 | 473 952 | Apr 9, 1991 | Bill Graham | Aug 20, 1968 | Lee Conklin | Steppenwolf/Dead/Santana | 8/27/68 - 9/1/68 | Fillmore West |
| 135 | 448 820 | Apr 8, 1991 | Bill Graham | Sep 1, 1968 | Rick Griffin | Chuck Berry/Steve Miller Band | 9/5/68 - 9/7/68 | Fillmore West |
| 136 | 448 803 | Apr 8, 1991 | Bill Graham | Sep 10, 1968 | Rick Griffin ("HEART & TORCH") | Big Brother and the Holding Co./Santana | 9/12/68 - 9/14/68 | Fillmore West |
| 137 | 448 805 | Apr 8, 1991 | Bill Graham | Sep 18, 1968 | Rick Griffin ("BULL'S EYE") | Albert King/Creedence Clearwater | 9/19/68 - 9/21/68 | Fillmore West |
| 138 | 448 819 | Apr 8, 1991 | Bill Graham | Sep 20, 1968 | Lee Conklin ("SUPER SESSION") | Mike Bloomfield/Paul Butterfield/Stu Mike/Day | 9/26/68 - 9/28/68 | Fillmore West |
| 139 | | Apr 8, 1991 | Bill Graham | Oct 1, 1968 | Lee Conklin | Canned Heat/GL Lighthouse/Cold Blood | 10/3/68 - 10/5/68 | Fillmore West |
| 140A | | PUBLIC | PUBLIC | Oct 1, 1968 | Rick Griffin, Victor Moscoso | Jimi Hendrix Experience/Buddy Miles | 10/10/68 - 10/12/68 | Winterland |
| 140 | 448 817 | Apr 8, 1991 | Bill Graham | | Pat Hanks | Back Owens and his Buckaroos | 10/11/68 + 10/12/68 | Fillmore West |
| 141 | 448 816 | Apr 8, 1991 | Bill Graham | Oct 10, 1968 | Rick Griffin, Victor Moscoso | Iron Butterfly/Sir Douglas Quintet | 10/17/68 - 10/19/68 | Fillmore West |
| 142 | 448 808 | Apr 9, 1991 | Bill Graham | Oct 20, 1968 | Lee Conklin | Airplane/Ballet Afro-Haiti | 10/24/68 - 10/26/68 | Fillmore West |
| 143 | | PUBLIC DOMAIN | Bill Graham | Oct 25, 1968 | Lee Conklin | Procol Harum/Santana | 10/24/68 - 11/2/68 | Fillmore West |
| 144 | 448 814 | Apr 9, 1991 | Bill Graham | Nov 1, 1968 | Lee Conklin | Quicksilver/Dead | 10/31/68 - 11/2/68 | Fillmore West |
| 145 | 473 951 | Apr 9, 1991 | Bill Graham | Nov 10, 1968 | Lee Conklin | Ten Years After/Country/Weather | 11/14/68 - 11/17/68 | Fillmore West |
| 146 | 448 804 | Apr 9, 1991 | Bill Graham | Nov 15, 1968 | Rick Griffin, Alton Kelley | Moody Blues/Chicago Transit Authority | 11/21/68 - 11/24/68 | Fillmore West |
| 147 | 473 949 | Apr 9, 1991 | Bill Graham | Nov 20, 1968 | Alton Kelley, Rick Griffin | Beautiful Day/Deep Purple/Cold Blood | 11/28/68 - 12/1/68 | Fillmore West |
| 148 | 473 948 | Apr 9, 1991 | Bill Graham | Dec 1, 1968 | Lee Conklin | Jeff Beck Group/Spirit | 12/5/68 - 12/8/68 | Fillmore West |
| 149 | 473 947 | Apr 9, 1991 | Bill Graham | Dec 5, 1968 | Lee Conklin | Country Joe/Terry Reid/Sons Ton | 12/12/68 - 12/15/68 | Fillmore West |
| 150 | 473 946 | Apr 9, 1991 | Bill Graham | Dec 10, 1968 | Lee Conklin | Santana/Canned Heat/Procol Harum | 12/19/68 - 12/22/68 | Fillmore West |
| 151 | 473 945 | Apr 9, 1991 | Bill Graham | Dec 20, 1968 | Wes Wilson | Steve Miller/Sly and the Family Stone | 12/26/68 - 12/29/68 | Fillmore West |
| 152 | 473 944 | Apr 9, 1991 | Bill Graham | Dec 25, 1968 | Lee Conklin ("NEW YEARS EVE '68-'69") | Dead/Quicksilver/Beautiful Day/Santana | 12/31/68 | Winterland |
| 153 | 473 943 | Apr 9, 1991 | Bill Graham | Dec 25, 1968 | Lee Conklin ("NEW YEARS EVE '68-'69") | Vanilla Fudge/It. Hovna/Youngbloods | 12/31/68 | Winterland |
| 154 | 473 942 | Apr 9, 1991 | Bill Graham | Jan 1, 1969 | Randy Tuten | Dead/Bread /Sweun /Janis/Spirit | 1/2/69 - 1/4/69 | Fillmore West |
| 155 | 473 941 | Apr 9, 1991 | Bill Graham | Jan 1, 1969 | Lee Conklin, D. Bread/P. Pynchon (photo) | Country Joe/Led Zeppelin/Taj Mahal | 1/9/69 - 1/11/69 | Fillmore West |
| 156 | 473 940 | Apr 9, 1991 | Bill Graham | Jan 10, 1969 | Lee Conklin | Creedence/Fleetwood Mac/Albert Collins | 1/16/69 - 1/19/69 | Fillmore West |
| 157 | 473 939 | Apr 9, 1991 | Bill Graham | Jan 20, 1969 | Lee Conklin | Iron Butterfly/James Cotton/A. B. King | 1/23/69 - 1/26/69 | Fillmore West |
| 158 | 448 804 | Apr 9, 1991 | Bill Graham | Jan 20, 1969 | Randy Tuten | Chuck Berry/A. Bloomfield/Neal Grace | 1/30/69 - 2/2/69 | Fillmore West |
| 159 | 473 938 | Apr 9, 1991 | Bill Graham | Feb 1, 1969 | Randy Tuten/P. Pynchon (photo) | M. Bloomfield/Byrds/Pacific Gas & Electric | 2/6/69 - 2/9/69 | Fillmore West |
| 160 | 473 937 | Apr 9, 1991 | Bill Graham | Feb 10, 1969 | Greg Irons | Santana/Collectors/Melanie | 2/13/69 - 2/16/69 | Fillmore West |
| 161 | 473 936 | Apr 9, 1991 | Bill Graham | Feb 10, 1967 | Greg Irons | The Move/Cold Blood/Albert King | 2/20/69 - 2/23/69 | Fillmore West |
| 162 | 473 935 | Apr 9, 1991 | Bill Graham | Feb 20, 1969 | Lee Conklin/Herb Greene (photo) | Dead/Pentangle/Sir Douglas Quintet | 2/27/69 - 3/2/69 | Fillmore West |
| 163 | 473 934 | Apr 9, 1991 | Bill Graham | Mar 1, 1969 | Lee Conklin | Spirit/Ten Years After/Country/Weather | 3/6/69 - 3/9/69 | Fillmore West |
| 164 | 473 933 | Apr 9, 1991 | Bill Graham | Mar 10, 1969 | Randy Tuten | Creedence/Aum/Pacific Gas & Electric | 3/13/69 - 3/16/69 | Fillmore West |
| 165 | 473 932 | Apr 9, 1991 | Bill Graham | Mar 10, 1969 | Randy Tuten, D. Bread | Janis Joplin/Savoy Brown | 3/20/69 - 3/23/69 | Fillmore West |
| 166 | 473 931 | Apr 9, 1991 | Bill Graham | Mar 20, 1969 | Greg Irons | Butterfield/Bonded/Sun | 3/27/69 - 3/30/69 | Fillmore West |
| 167 | 473 969 | Apr 9, 1991 | Bill Graham | Apr 1, 1969 | Greg Irons | Procol Harum/Buddy Miles/Blues Image | 4/3/69 - 4/6/69 | Fillmore West |
| 168 | 473 968 | Apr 9, 1991 | Bill Graham | Apr 5, 1969 | Randy Tuten | Jeff Beck/Vanilla Fudge/Zephyr | 4/10/69 - 4/13/69 | Fillmore West |
| 169 | 473 967 | Apr 9, 1991 | Bill Graham | Apr 10, 1969 | Randy Tuten | The Bands/Sons of Champlin/Ace of Cups | 4/17/69 - 4/19/69 | Fillmore West |
| 170 | 473 966 | Apr 9, 1991 | Bill Graham | Apr 20, 1969 | Randy Tuten, P. Pynchon (photo) | Led Zeppelin/Julie Driscoll/Roger | 4/24/69 - 4/27/69 | Winterland/Fillmore (4/24,27) |
| 171 | 473 959 | Apr 9, 1991 | Bill Graham | May 1, 1969 | Randy Tuten | Airplane/Dead/Mungo Santamaria | 5/1/69 - 5/4/69 | Winterland/Fillmore (5/1,4) |
| 172 | 473 958 | Apr 9, 1991 | Bill Graham | May 1, 1969 | Lee Conklin | Albert King/It's a Beautiful Day/Aum | 5/8/69 - 5/11/69 | Fillmore West |
| 173 | 473 957 | Apr 9, 1991 | Bill Graham | May 10, 1969 | Randy Tuten | Santana/Youngbloods/Women Joy | 5/15/69 - 5/18/69 | Fillmore West |
| 174 | 473 956 | Apr 9, 1991 | Bill Graham | May 20, 1969 | Lee Conklin | Creedence/N. C.A. State Youth Choir | 5/22/69 - 5/25/69 | Winterland/Fillmore West (5/22,25) |
| 175 | 473 955 | Apr 9, 1991 | Bill Graham | May 20, 1969 | Randy Tuten | Steve Miller/Chicago T. A./Charlatans | 5/29/69 - 6/1/69 | Fillmore West |
| 176 | 473 954 | Apr 9, 1991 | Bill Graham | Jun 1, 1969 | Randy Tuten | General Dead/Jr. Walker/Elvin Bishop | 6/5/69 - 6/8/69 | Fillmore West |
| 177 | 473 962 | Apr 9, 1991 | Bill Graham | Jun 10, 1969 | Randy Tuten | Byrds/Joe Cocker/Pacific Gas + Electric | 6/12/69 - 6/15/69 | Fillmore West |
| 178 | 473 961 | Apr 9, 1991 | Bill Graham | Jun 10, 1969 | Randy Tuten | Who/Santana/Impressions/L.+T. Turner | 6/17/69 - 6/22/69 | Fillmore West |
| 179 | 473 960 | Apr 9, 1991 | Bill Graham | Jun 20, 1969 | David Singer | Iron Butterfly/Spirit/Cold Blood/Sanpaku | 6/24/69 - 6/29/69 | Fillmore West |
| 180 | 473 982 | Apr 9, 1991 | Bill Graham | Jun 20, 1969 | David Singer | Airplane/Dead/Mungo Santamaria | 7/1/69 - 7/6/69 | Fillmore West |
| 181 | 473 981 | Apr 9, 1991 | Bill Graham | Jul 1, 1969 | Randy Tuten/Jim Marshall (photo) | B.B. King/Santana/Aum/Taj Mahal/Frost | 7/1/69 - 7/15/69 | Fillmore West |
| 182 | 473 980 | Apr 9, 1991 | Bill Graham | Jul 10, 1969 | David Singer | B.B. King/Santana/Aum/Taj Mahal/Frost | 7/15/69 - 7/20/69 | Fillmore West |
| 183 | 473 979 | Apr 9, 1991 | Bill Graham | Jul 10, 1969 | David Singer | Jonny Winter/Eric Burdon/Lonnie Mack | 7/15/69 - 7/20/69 | Fillmore West |
| 184 | 473 978 | Apr 9, 1991 | Bill Graham | Jul 20, 1969 | David Singer | Ten Years After/Steve Miller/L+T Turner | 7/22/69 - 7/27/69 | Fillmore West |
| 185 | 473 977 | Apr 9, 1991 | Bill Graham | Jul 20, 1969 | David Singer | Canned Heat/Savoy Brown | 7/29/69 - 8/3/69 | Fillmore West |
| 186 | 442 608 | Apr 9, 1991 | Bill Graham | Aug 1, 1969 | Randy Tuten | Fleetwood Mac/Jr. Walker/Lee Michaels | 8/5/69 - 8/10/69 | Fillmore West |
| 187 | 473 976 | Apr 9, 1991 | Bill Graham | Aug 10, 1969 | David Singer | The Doors/Lonnie Mack/Elvin Bishop | 7/25/69 | Cow Palace |
| 188 | 473 975 | Apr 9, 1991 | Bill Graham | Aug 10, 1969 | David Singer (Park shows cancelled) | Chuck Berry/Chicago/Johny Tu/L. Zone | 8/12/69 - 8/17/69 | Fillmore West/G. Park (8/22-24) |
| 189 | 473 974 | Apr 9, 1991 | Bill Graham | Aug 20, 1969 | David Singer | John Mayall/Mother Earth/Will Heat | 8/19/69 - 8/24/69 | Fillmore West/G.G. Park (8/22-24) |
| 190 | 473 973 | Apr 9, 1991 | Bill Graham | Sep 1, 1969 | David Singer | Ten Years After/Spirit/T. Reid/L. Brown | 8/26/69 - 8/31/69 | Fillmore West |
| 191 | 473 972 | Apr 9, 1991 | Bill Graham | Sep 1, 1969 | David Singer | Santana/Joe Cocker/Isaac | 9/4/69 - 9/7/69 | Fillmore West |
| 192 | 473 971 | Apr 9, 1991 | Bill Graham | Sep 10, 1969 | Randy Tuten/Jim Marshall (photo) | Steve Miller/Jethro Tull/Lazell | 9/11/69 - 9/14/69 | Fillmore West |
| 193 | 473 970 | Apr 9, 1991 | Bill Graham | Sep 10, 1969 | Greg Irons | Taj Mahal/Buddy Guy/Spooky Tooth | 9/16/69 - 9/21/69 | Fillmore West |
| 194 | 473 994 | Apr 9, 1991 | Bill Graham | Oct 1, 1969 | Greg Irons | Chuck Berry/Leading Zone | 9/25/69 - 9/28/69 | Fillmore West |
| 195 | 473 993 | Apr 9, 1991 | Bill Graham | Oct 1, 1969 | Randy Tuten | Crosby,Stills,Nash+Young/Blues Image | 10/2/69 - 10/4/69 | Winterland/Fillmore West (10/2) |
| 196 | 473 986 | Apr 9, 1991 | Bill Graham | Oct 10, 1969 | David Singer, Randy Tuten | Joe Cocker/Little Richard/The Move | 10/16/69 - 10/19/69 | Fillmore West |

| BG# | VAF | REG. DATE | CLAIMANT | SPECIAL NOTES | ARTIST | PERFORMER | SHOW DATE | VENUE |
|---|---|---|---|---|---|---|---|---|
| 197 | 473 095 | Apr 9, 1991 | Bill Graham | | Bonnie MacLean Graham | Airplane/Dead/Sons of Champlin | 10/24/69 - 10/25/69 | Winterland |
| 198 | 473 096 | Apr 9, 1991 | Bill Graham | | Bonnie MacLean Graham | Beautiful Day/Lt. T. Turner/Alice Cooper | 10/10/69 - 10/11/69 | Fillmore West |
| 199 | 473 095 | Apr 9, 1991 | Bill Graham | | Randy Tuten | Led Zeppelin/Bonzo Dog/Roland Kirk | 11/6/69 - 11/8/69 | Winterland |
| 200 | 473 027 | Apr 9, 1991 | Bill Graham | | Randy Tuten | C.S.N.Y/Cold Blood/Joy of Cooking | 11/13/69 - 11/16/69 | Oakland Coliseum |
| 201 | 473 030 | Apr 9, 1991 | Bill Graham | | Randy Tuten/Ron Raffaelli (photo) | The Rolling Stones | 11/9/69 - 2nd show-same nite | Oakland Coliseum |
| 202 | 513 118 | Apr 9, 1991 | Bill Graham | | Randy Tuten/Ron Raffaelli (photo) | The Rolling Stones | 11/10/69 - 11/11/69 | San Diego Int. Sports Arena |
| 203 | 473 056 | Apr 9, 1991 | Bill Graham | | Randy Tuten/Ron Raffaelli (photo) | The Rolling Stones | 11/10/69 - 11/11/69 | Oakland Coliseum |
| 204 | 473 094 | Apr 9, 1991 | Bill Graham | | Randy Tuten | John Tuten/Chicago | 11/20/69 - 11/23/69 | Fillmore West |
| 205 | 473 093 | Apr 9, 1991 | Bill Graham | | David Singer | The Who/The Kinks/King Crimson | 11/27/69 - 11/30/69 | Fillmore West |
| 206 | 473 099 | Apr 9, 1991 | Bill Graham | | David Singer | Grateful Dead/Flock/Humble Pie | 12/4/69 - 12/7/69 | Fillmore West |
| 207 | 473 092 | Apr 9, 1991 | Bill Graham | | David Singer | Chambers Bros./The Nice/King Crimson | 12/11/69 - 12/14/69 | Fillmore West |
| 208 | 473 090 | Apr 9, 1991 | Bill Graham | | David Singer | Santana/Grand Funk Railroad | 12/18/69 - 12/21/69 | Fillmore West |
| 209 | 473 060 | Apr 9, 1991 | Bill Graham | Dec 20, 1969 | Bonnie MacLean Graham | Sly Stone/Spirit/Southwind/Salt'n Jack | 12/26/69 - 12/28/69 | Winterland |
| 210 | 471 510 | Apr 9, 1991 | Bill Graham | Dec 21, 1969 | David Singer | Santana/Airplane/Bt. Day/Quicksilver | 12/31/69 | Fillmore West |
| 211 | 473 054 | Apr 9, 1991 | Bill Graham | Jan 1, 1970 | David Singer | Byrds/Raymond Mazdek/Hammond | 1/2/70 - 1/4/70 | Fillmore West |
| 212 | Net. Reg. | "see note" | Bill Graham (c)notice | PUBLIC DOMAIN | David Singer | Chicago/Cactus/Santana & | 1/15/69 - 1/18/69 | Fillmore West |
| 213 | Net. Reg. | "see note" | Bill Graham (c)notice | PUBLIC DOMAIN | David Singer | Aldert King/Savoy Brown/Zephyr | 1/22/69 - 1/25/69 | Fillmore West |
| 214 | 473 051 | Apr 9, 1991 | Bill Graham | Jan 1, 1970 | David Singer | Steve Miller/Sha-Na-Na/Ten Wheel Drive | 1/29/70 - 2/1/70 | Fillmore West |
| 215 | 473 054 | Apr 9, 1991 | Bill Graham | Jan 1, 1970 | Bonnie MacLean Graham, Pat Hanks | Laura Nyro/The Band | 1/24/70 - 1/31/70 | Berkeley Community Center |
| 216 | 473 991 | Apr 9, 1991 | Bill Graham | Feb 1, 1970 | David Singer | Grateful Dead/Taj Mahal/Bigfoot | 2/5/70 - 2/8/70 | Fillmore West |
| 217 | 473 932 | Apr 9, 1991 | Bill Graham | Feb 1, 1970 | David Singer | Country Joe and Fish/Seals | 2/12/70 - 2/15/70 | Fillmore West |
| 218 | 473 930 | Apr 9, 1991 | Bill Graham | Feb 1, 1970 | David Singer | Delaney & Bonnie/Friends w/ Eric Clapton | 2/19/70 - 2/22/70 | Fillmore West |
| 219 | 473 928 | Apr 9, 1991 | Bill Graham | Feb 1, 1970 | Randy Tuten/Joel Brodsky (photo) | The Doors/Cold Blood/Doug Kershaw | 2/26/70 - 2/8/70 | Fillmore West |
| 220 | 440 268 | Apr 24, 1991 | Bill Graham | Feb 1, 1970 | David Singer | Jack Bruce/Johnny Winter/Mountain | 2/26/70 - 3/1/70 | Winterland |
| 221 | 440 268 | Nov 8, 1990 | Bill Graham | Mar 1, 1970 | David Singer | Butterfield Blues Band/Savoy Brown | 3/5/70 - 3/8/70 | Fillmore West Winterland (2/27.28) |
| 222 | 441 220 | Nov 8, 1990 | Bill Graham | Feb 1, 1970 | David Singer BENEFIT FOR THE GRATEFUL DEAD | Airplane/Quicksilver/Santana/Bt. Day | 2/27/70 | Winterland |
| 223 | 441 176 | Nov 8, 1990 | Bill Graham | Mar 1, 1970 | David Singer | Ten Years After/Buddy Rich/Sea Train | 3/12/69 - 3/15/69 | Fillmore West |
| 224 | 441 217 | Nov 8, 1990 | Bill Graham | Mar 1, 1970 | David Singer | Beautiful Day/Chuck Berry/Loading Zone | 3/19/69 - 3/22/69 | Fillmore West |
| 225 | 441 216 | Nov 8, 1990 | Bill Graham | Mar 1, 1970 | David Singer | Chicago/James Cotton/Family/Fritz | 3/26/69 - 3/29/69 | Fillmore West Winterland (3/27.28) |
| 226 | 441 204 | Nov 8, 1990 | Bill Graham | Apr 1, 1970 | David Singer | Jethro Tull/Manfred Mann | 4/2/70 - 4/5/70 | Fillmore West |
| 227 | 441 203 | Nov 8, 1990 | Bill Graham | Apr 1, 1970 | David Singer | Grateful Dead/Miles Davis Quintet | 4/9/70 - 4/12/70 | Fillmore West |
| 228 | 441 191 | Nov 8, 1990 | Bill Graham | Apr 1, 1970 | David Singer | John Mayall/Larry Coryell/Aum | 4/16/69 - 4/19/69 | Fillmore West |
| 229 | 441 194 | Nov 8, 1990 | Bill Graham | Apr 1, 1970 | David Singer | Joe Cocker/Van Morrison/Stonemans | 4/23/70 - 4/26/70 | Fillmore West Winterland (4/24.25) |
| 230 | 441 193 | Nov 8, 1990 | Bill Graham | Apr 1, 1970 | Pat Hanks | Pink Floyd | 4/28/70 | Fillmore West |
| 231 | 441 212 | Nov 8, 1990 | Bill Graham | Apr 1, 1970 | David Singer | Victor's Tull/Kozmic Convention | 4/30/70 - 5/3/70 | Fillmore West |
| 232 | 441 213 | Nov 8, 1990 | Bill Graham | May 1, 1970 | David Singer | Lee Michaels/Small Faces/Cactus/Shorty | 5/7/70 - 5/10/70 | Fillmore West |
| 233A | 441 192 | Nov 8, 1990 | Bill Graham | May 1, 1970 | Pat Hanks | The Incredible String Band | 5/11/70 - 5/13/70 | Fillmore West |
| 233A | 441 191 | Nov 8, 1990 | Bill Graham | May 1, 1970 | David Singer | Spirit/Poco/Gypsy | 5/14/70 - 5/17/69 | Fillmore West |
| 234 | --DOES NOT EXIST/WAS NEVER CREATED/SHOW WAS CANCELLED-- | | | | | | | |
| 236 | 441 176 | Nov 8, 1990 | Bill Graham | Jun 1, 1970 | David Singer, Wilfred Satty | B.B. King/Albert King/Mendelbaum | 5/21/70 - 5/24/70 | Fillmore West |
| 237 | 441 177 | Nov 8, 1990 | Bill Graham | Jun 1, 1970 | David Singer | Country Joe/Sons of Champlin/Mott | 5/28/70 - 5/31/70 | Fillmore West |
| 238 | 441 190 | Nov 8, 1990 | Bill Graham | Jun 1, 1970 | David Singer | Dead/New Riders of the Purple Sage | 6/4/70 - 6/7/70 | Fillmore West |
| 239 | 441 189 | Nov 8, 1990 | Bill Graham | Jun 1, 1970 | David Singer | John Sebastian/Buddy Miles/Big | 6/11/70 - 6/14/70 | Fillmore West |
| 240 | 441 188 | Nov 8, 1990 | Bill Graham | Jun 1, 1970 | David Singer | Quicksilver/Don Ellis/Rockwell | 6/18/70 - 6/21/70 | Fillmore West |
| 241 | 441 182 | Nov 8, 1990 | Bill Graham | Jun 1, 1970 | David Singer / (Special Mid-Week Show*) | Sha-Na-Na/P.G.&E/Truffle/Leon Russell | 6/25/70 - 7/0/70 | Fillmore West |
| 242 | 442 605 | Nov 8, 1990 | Bill Graham | Sep 20, 1970 | David Singer / Multiple shows | Traffic/John Hammond/Lamb | 6/30/70 - 7/2/70 | Fillmore West |
| 243 | 441 200 | Nov 8, 1990 | Bill Graham | Jul 1, 1970 | Norman Orr | Quicksilver/Hot Tuna/Elvin Bishop | 7/9/70 - 7/12/70 | Fillmore West |
| 244 | 441 187 | Nov 8, 1990 | Bill Graham | Jul 1, 1970 | David Singer / (Show in Scroll) | Jethro Tull/Cactus/Steve Miller Metre | 7/16/70 - 7/19/70 | Fillmore West |
| 245 | 441 184 | Apr 8, 1991 | Bill Graham | Jul 20, 1970 | David Singer / (Multiple shows) | Leon Russell/Miles Davis/Sea Train | 7/23/70 - 7/26/70 | Fillmore West |
| 246 | 442 606 | Apr 9, 1991 | Bill Graham | Aug 1, 1970 | David Singer | 10 Years After/Procol Harum/Bt.Day/F.Mac | 7/28/70 - 8/9/70 | Fillmore West |
| 247A | 441 186 | Nov 8, 1990 | Bill Graham | Aug 10, 1970 | Allen Kelley/ (Multiple shows) | Byrds/V.Morrison/Zephyr/A.King/J.Brdly | 8/13/70 - 9/2/70 | Fillmore West/BCC/Oak. Coliseum |
| 248 | 441 188 | Nov 8, 1990 | Bill Graham | Sep 1, 1970 | Pat Hanks | L.Buttons/S. Brown/J. Mayall/J. Winter | 8/24/70 - 9/6/70 | Fillmore West |
| 249 | 441 183 | Sep 1, 1970 | Bill Graham | Sep 1, 1970 | David Singer | Jefferson Airplane | 9/14/70 - 9/15/70 | Fillmore West |
| 250 | 442 605 | Apr 8, 1991 | Bill Graham | Sep 20, 1970 | David Singer / Multiple shows | Santana/Dr. John/Luther Allison | 9/10/70 - 9/13/70 | Fillmore West |
| 251 | 441 182 | Nov 8, 1990 | Bill Graham | Oct 1, 1970 | Norman Orr | Quicksilver/Buddy Miles/Bo Scaggs | 9/17/70 - 9/20/70 | Fillmore West |
| 252 | 441 228 | Nov 8, 1990 | Bill Graham | Oct 1, 1970 | David Singer/ (Show in Scroll) | Chuck Berry/Buddy Miles/Eric Burdon | 10/8/70 - 10/11/70 | Fillmore West |
| 253 | 441 229 | Nov 8, 1990 | Bill Graham | Oct 1, 1970 | David Singer/ (Show in Scroll) | Van Morrison/Captain Beefheart | 10/15/70 - 10/18/70 | Fillmore West |
| 254 | 441 230 | Nov 8, 1990 | Bill Graham | Oct 1, 1970 | Norman Orr | Leon Russell/Miles Davis/Sea Train | 10/21/70 - 10/28/70 | Fillmore West |
| 255 | 441 220 | Nov 8, 1990 | Bill Graham | Nov 1, 1970 | David Singer | Bo Diddley/Lightnig Hopkins/P. Floyd | 10/28/70 - 11/1/70 | Fillmore West |
| 256 | 441 232 | Apr 9, 1991 | Bill Graham | #257298 | November 1, 1970 | Procol Harum/Poco/Small Faces | 11/5/70 - 11/8/70 | Fillmore West |
| 259 | 442 604 | Nov 8, 1990 | Bill Graham | Dec 1, 1970 | David Singer/ (Multiple shows) | Frank Zappa/Mothers/Bo Scaggs | 11/12/70 - 11/15/70 | Fillmore West |
| 260 | 441 185 | Nov 8, 1990 | Bill Graham | Dec 1, 1970 | David Singer/ (Multiple shows) | Kinks/Elton John/Ballin' Jack/Stony Lucy | 11/17/70 - 11/22/70 | Fillmore West |
| 261 | 441 196 | Nov 8, 1990 | Bill Graham | Dec 1, 1970 | David Singer | Savoy Brown/Sea Train/Ry Cooder | 12/3/70 - 12/6/70 | Fillmore West |
| 262 | 441 197 | Nov 8, 1990 | Bill Graham | Dec 1, 1970 | Norman Orr/ (Multiple shows) | Lee Michaels/Albert King/Aum | 12/10/70 - 12/13/70 | Fillmore West |

| BGF# | VAU | REG. DATE | CLAIMANT | SPECIAL NOTES | ARTIST | PERFORMER | SHOW/DATE | VENUE |
|---|---|---|---|---|---|---|---|---|
| 263 | 442 615 | Apr 8, 1991 | Bill Graham | Dec 21, 1970 | David Singer (New Year's Eve '70 - '71) | Cold Blood/Boz Scaggs/Voices & Harlem | 12/31/70 - 1/2/71 | Fillmore West/Winterland |
| 264 | 441 198 | Nov 8, 1990 | Bill Graham | Dec 1, 1970 | Norman Orr | Cold Blood/Boz Scaggs/Kwane | 12/31/70 - 1/2/71 | Fillmore West |
| 265 | 441 199 | Nov 8, 1990 | Bill Graham | Jan 1, 1971 | Norman Orr | Spirit/Elvin Bishop Group/Kwane | 1/7/71 - 1/10/71 | Fillmore West |
| 1 | 441 179 | Nov 8, 1990 | Bill Graham | #286/287   January 1, 1971 | David Singer   (2 Bills) | Free/Boodoos/Spencer Davis/Taj Mahal | 1/14/71 - 1/24/71 | Fillmore West |
| 268 | 441 222 | Nov 8, 1990 | Bill Graham | Jan 1, 1971 | Norman Orr | Hot Tuna/Allman Brothers | 1/28/71 - 1/31/71 | Fillmore West |
| 266 | 441 214 | Nov 6, 1990 | Bill Graham | Feb 1, 1971 | Norman Orr | B.B. King/Ballin'Jack/Christian Rapid | 2/4/71 - 2/7/71 | Fillmore West |
| 270 | 442 614 | Apr 8, 1991 | Bill Graham | Feb 1, 1971 | Pleiref   (Multiple shows) | Fleetwood Mac/Shepenwolf/B. Day | 2/11/71 - 2/21/71 | Fillmore West/Winterland (2/12,13) |
| 271 | 441 215 | Nov 8, 1990 | Bill Graham | Feb 1, 1971 | David Singer, Wilfred Siety | New Riders of Purple Sage/Boz Scaggs | 2/25/71 - 2/28/71 | Fillmore West |
| 272 | 441 323 | Nov 8, 1990 | Bill Graham | Mar 1, 1971 | David Singer | Aretha/Kng Curtis/Tower of Power | 3/6/71 - 3/7/71 | Fillmore West/S.L.A. Ballroom (3/27/71) |
| 1 | 442 613 | Apr 8, 1991 | Bill Graham | #273/274   March 1, 1971 | Norman Orr/   (2 Bills) | Procol/Siegel Schwall/Sons of Champlin | 3/11/71 - 3/21/71 | Fillmore West |
| 275 | 442 622 | Apr 8, 1991 | Bill Graham | Mar 20, 1971 | David Singer/   (Multiple shows) | Eric Burdon(War)/Santana/Buddy Miles | 3/25/71 - 4/4/71 | Fillmore West/Winterland (3/26,27) |
| 276 | 442 630 | Apr 8, 1991 | Bill Graham | Registration #276 not 276A   April 1, 1971 | Wilyum Rowe/   (Multiple shows) | J. Mayall/J.Winter/D. Mason/Grand Funk | 4/8/71 - 4/18/71 | Fillmore West/Winterland(4/6,10,16) |
| 276 | N/A | N/A | *Bill Graham (replica only) see line inserted above | | | | | |
| (276A) | (442 630) | Apr 8, 1991 | Bill Graham | [Registration is 276 not 276A] | Wilyum Rowe/ V.Morrison replaces D.Mason | J. Mayall/J.Winter/J. Morrison/G. Funk | 4/8/71 - 4/18/71 | Fillmore West/Winterland(4/6,10,16) |
| 277 | 441 224 | Nov 8, 1990 | Bill Graham | Apr 1, 1971 | Randy Tuten/, D. Bread/   (2 Bills) | Taj Mahal/Stoneground/Ten Years After | 4/22/71 - 5/1/71 | Fillmore West/Winterland(4/30,5/1) |
| 279 | 441 225 | Nov 8, 1990 | Bill Graham | Apr 1, 1971 | Randy Tuten/   (2 Bills) | Mike Bloomfield/Ten Years After | 4/29/71 - 5/2/71 | Fillmore West/Winterland(4/30,5/1) |
| 279 | 442 623 | Apr 8, 1991 | Bill Graham | May 1, 1971 | David Singer | Miles Davis/Elvin Bishop/Mandrill | 5/6/71 - 5/9/71 | Fillmore West |
| 280 | 442 612 | Apr 8, 1991 | Bill Graham | May 1, 1971 | Randy Tuten | Humble Pie/Swamp Dog/Shanti | 5/13/71 - 5/16/71 | Fillmore West |
| 281 | 441 226 | Nov 8, 1990 | Bill Graham | May 1, 1971 | Randy Tuten | The Flacela/Grootna/Grin | 5/20/71 - 5/23/71 | Fillmore West |
| 282 | 441 221 | Nov 8, 1990 | Bill Graham | May 1, 1971 | David Singer | Cold Blood/Dead/New Riders | 5/27/71 - 5/30/71 | Fillmore West/Winterland (5/28,29) |
| 283 | 441 227 | Nov 8, 1990 | Bill Graham | Jun 1, 1971 | Wilyum Rowe | Alpert/Kingfish/the Hoppiah/Freddie Kng | 6/3/71 - 6/6/71 | Fillmore West |
| 284 | 441 220 | Nov 8, 1990 | Bill Graham | Jun 1, 1971 | Wilyum Rowe | Cactus/Flamin' Grooves/Redeye | 6/10/71 - 6/13/71 | Fillmore West |
| 285 | 441 180 | Nov 8, 1990 | Bill Graham | Jun 1, 1971 | David Singer | Boz Scaggs/Tower of Power/M. Pacific | 6/17/71 - 6/20/71 | Fillmore West |
| | 443 842 | Nov 8, 1990 | Bill Graham | Jun 1, 1971 | David Singer | Moby Grape/Spencer Davis+P. Jamison | 6/24/71 - 6/27/71 | Fillmore West |
| 287 | 442 841 | Apr 8, 1991 | Bill Graham | Jun 20, 1971 | David Singer/ Closing concerts | B.Scaggs/B.Day/Dead/QuickWin/Santana | 6/30/71 - 7/4/71 | Fillmore West |
| 288 | 441 357 | Nov 8, 1990 | Bill Graham | Last day in time   March 1, 1973 | David Byrd/   ("Dancers") | Grateful Dead | 3/15/73 à 3/16/73 | Nassau Coliseum, N.Y. |
| 289 | 441 233 | Nov 8, 1990 | Bill Graham | Jun 1, 1972 | David Singer/   ("Tumbling Dice") | The Rolling Stones | 6/6/72 à 6/8/72 | Winterland |

**BGP SERIES — Total 48 Registrations**

| BGP# | VAR | REG DATE | CLAIMANT | SPECIAL NOTES | ARTIST | PERFORMER | SHOW DATE | VENUE |
|---|---|---|---|---|---|---|---|---|
| 0 | 311-904 | April 8, 1986 | Bill Graham | | Arlene Owseichik | Ruben Blades | 11/22/85 + 11/23/85 | Filmore/Zellerbach Auditorium |
| 1 | 330-971 | April 8, 1986 | Bill Graham | | Arlene Owseichik | Public Image Limited | 7/2/86 | S.F. Civic |
| 2 | 330-970 | April 8, 1986 | Bill Graham | | Arlene Owseichik | UB40/Fine Young Cannibals | 8/13/86 | Greek Theatre |
| 3 | 330-958 | April 8, 1986 | Bill Graham | | Arlene Owseichik | R.E.M./Guadalcanal Diary | 9/26/86 | Greek Theatre |
| 4 | 330-969 | April 8, 1986 | Bill Graham | | Arlene Owseichik | Andreas Vollenweider | 9/27/86 | Greek Theatre |
| 5 | 302-943 | April 21, 1988 | Bill Graham | | Arlene Owseichik | Moorhead/Megadeath/Du-Megs | 11/01/08 - | Henry J. Kaiser Auditorium |
| 6 | 302-934 | April 21, 1988 | Bill Graham | | Arlene Owseichik | The Pretenders/Iggy Pop | 3/27/87 + 3/28/87 | Arco Arena/Oakland Coliseum |
| 7 | 302-932 | April 21, 1988 | Bill Graham | | Arlene Owseichik | Big Audio Dynamite/The Bearings | 3/12/87 + 3/13/87 | The Galleria |
| 8 | 302-935 | April 21, 1988 | Bill Graham | | Arlene Owseichik | Crowded House | 4/7/87 + 4/8/87 | Wolfgang's |
| 9 | 302-942 | April 21, 1988 | Bill Graham | | Arlene Owseichik | Europe | 4/15/87 + 4/22/87 | Warfield/Wiltern |
| 10 | 302-941 | April 21, 1988 | Bill Graham | | Arlene Owseichik | Grateful Dead/Bruce Hornsby/Ry Cooder | 5/8/87 + 9/16/87 | Laguna Seca Raceway |
| 11 | 302-940 | April 21, 1988 | Bill Graham | | Arlene Owseichik | The Psychedelic Furs | 5/16/87 + 5/17/87 | Warfield Theatre |
| 12 | 302-931 | April 21, 1988 | Bill Graham | | Arlene Owseichik | Huey Lewis/Stevie Ray Vaughan | 5/31/87 - | Laguna Seca Raceway |
| 13 | 302-939 | April 21, 1988 | Bill Graham | | Arlene Owseichik | The Bangles/Cutting Crew | 7/3/87 - | Greek Theatre |
| 14 | 302-938 | April 21, 1988 | Bill Graham | | Arlene Owseichik | David Sanborn/Spyro Gyra/Pat Metheny | 8/13/87 + 8/22/87 + 8/23/87 | Greek Theatre |
| 15 | 302-936 | April 18, 1988 | Bill Graham | | Arlene Owseichik | Bob Dylan/Grateful Dead | 7/24/87 - | Calaveras County Fairgrounds |
| 16 | 302-933 | April 18, 1988 | Bill Graham | | Arlene Owseichik/Glen Wexler | Grateful Dead/Santana/David Lindley | 5/22/87 + 9/12/87 | Arco Arena (Arlene,Oak.,LA) |
| 17 | 302-929 | April 18, 1988 | Bill Graham | | Arlene Owseichik | Y + T | 8/16/87 + 8/22/87 | Arco Arena (Arlene,Oak.,LA) |
| 18 | 302-937 | April 18, 1988 | Bill Graham | | Arlene Owseichik | Tom Waits | 11/15/87 + 11/16/87 | Warfield Theatre |
| 19 | 302-928 | April 18, 1988 | Bill Graham | | Arlene Owseichik | Manhattan Transfer/Lasit | 12/11/87 - 12/17/87 | Warfield/Flint Center |
| 20 | 302-927 | April 18, 1988 | Bill Graham | | Arlene Owseichik | Exodus | 2/26/88 - | Warfield Theatre |
| 21 | 312-730 | May 23, 1988 | Bill Graham | | Arlene Owseichik | Pink Floyd | 4/20/88 - 4/23/88 | Hughes Stadium/Oakland Stadium |
| 22 | 330-906 | August 23, 1988 | Bill Graham | | Whit Clifton/Rickie McGee Enck/John Koch | Jerry Garcia Band/Hot Tuna | 7/9/88 - | Frost Amphitheatre |
| 23 | 328-553 | August 23, 1988 | Bill Graham | | Ken Friedman (777) | Joe Satriani/Strunz & Farah | 7/10/88 - | Greek Theatre |
| 24 | 324-582 | October 4, 1988 | Bill Graham | | Arlene Owseichik | Bryan Ferry | 9/3/88 - 9/15/88 | Greek Theatre |
| 25 | 330-904 | November 21, 1988 | Bill Graham | | Arlene Owseichik | Eric Clapton/Buckwheat Zydeco | 9/21/88 - 9/20/88 | Shoreline/Arena/Portland Coliseum |
| 26 | 344-517 | January 17, 1989 | Bill Graham | | Elsa Bauman | Prince | 11/10/88 + 11/11/88 | Oakland Coliseum |
| 27 | 333-200 | January 17, 1989 | Bill Graham | | Arlene Owseichik | Little Feat/B.Raitt/D.Lindley/J.Neville | 12/21/88 - | Henry J. Kaiser Auditorium |
| 28 | | | | | Arlene Owseichik | Keith Richards/Ivan Neville | 12/13/88 - | Henry J. Kaiser Auditorium |
| 29/new | 355-751 | January 17, 1990 | Bill Graham | | Arlene Owseichik/Ken Friedman (photo) | Huey Lewis + the News/Tower of Power | 12/31/88 - | Aco Arena |
| 30* | 1215163 | January 23, 2003 | BGP/Ken Friedman | | | | | |
| 31** | 355-657 | January 17, 1989 | Bill Graham | | Arlene Owseichik/Ken Friedman (photo) | Grateful Dead/Tom Tom Club | 12/31/88 - | Oakland Coliseum |
| 32 | 379-752 | September 18, 1989 | Bill Graham | Title: The Cure at Shoreline | Randy Tuten/William Bostedt/Jerry Pompili | The Who | 8/26/89 + 8/26/89 | Oakland Stadium |
| 33 | 374-224 | November 7, 1989 | Bill Graham | | Arlene Owseichik | The Cure/Shelleyan Orphan | 8/28/89 + 9/10/89 | Oak. Coliseum/Shoreline |
| 33-A | 372-145 | November 7, 1989 | Bill Graham | Title: EGP 33-A Title Rolling Stones @ Oakland | Donna Larkin/Ron Larson | The Rolling Stones | 11/4/89 + 11/5/89 | Oakland Stadium |
| 34 | 385-530 | February 13, 1990 | Bill Graham | | Arlene Owseichik | The Fishing Stones | 2/2/90 - | Warfield Theatre |
| 35 | 391-516 | March 12, 1990 | Bill Graham | | Rick Griffin | Aerosmith/Skid Row | 2/8/90 - 2/14/90 | Lakefront Arena/Shoreline Arena... |
| 36 | 395-739 | April 5, 1990 | Bill Graham | | David Singer | Paul McCartney | 3/31/90 + 4/1/90 | Memorial Stadium (Berkeley) |
| 37 | 439-333 | January 8, 1991 | Bill Graham | | Arlene Owseichik/Ken Friedman (photo) | Grateful Dead/Branford Marsalis | 12/21/90 - | Oakland Coliseum |
| 38 | 441-949 | March 5, 1991 | Bill Graham | | Arlene Owseichik | New Kids on the Block | 2/10/91 + 2/25/91 | Bladek/ Arena (H) |
| 39 | 445-992 | March 12, 1991 | Bill Graham | | Arlene Owseichik | Sting/Kennedy Rose/Vox | 2/1/91 + 2/3/91 | BCT/Wiltern |
| 40 | 445-064 | May 7, 1991 | Bill Graham | | Elsa Bauman | Grateful Dead/Santana | 2/4/91 + 4/25/91 | Sam Boyd Stadium (NV) |
| 41 | | | | NOT FOUND | Gary/Thomas | Guns n' Roses | 5/6/91 - | Warfield Theatre |
| 42 | | | | | | | | |
| 43 | 465-115 | July 22, 1991 | Bill Graham | 1st Publication July 31, 1991 | Arlene Owseichik/Peter Barsotti_ Waldroller | Jackson Browne/J.Cocker/Allman Bros. | 7/16/91 + 7/21/91 | Tahoe |
| 44 | 450-671 | July 12, 1991 | Harry Rosit | | Harry Rosit | The Black Crowes/Jellyfish | 6/5/91 + 6/7/91 | Warfield Theatre |
| 44 | 460-528 | 18-Jun-91 | Bill Graham | 1st Publication June 5, 1991 | | The Black Crowes | | |
| 45 | 451-451 | June 5, 1991 | Bill Graham | | Arlene Owseichik | Elvis Costello/Sam Phillips | 5/20/91 + 6/4/91 | Wiltern/Greek |
| 46 | 465-132 | July 23, 1991 | Bill Graham | | Arlene Owseichik/Peter Barsotti/Jeff Lockhart | Jerry Garcia Band/Jimmy Cliff | 6/24/91 + 6/25/91 | Square Valley Ski Resort |
| 47 | 475-370 | Sept. 16, 1991 | Bill Graham | | Harry Rossit | Harry Connick Jr. | 8/29/91 + 9/1/91 | Orpheum Theatre |
| 48 | 474-451 | October 17, 1991 | Bill Graham | | Elsa Bauman | Morrissey/Owens/Phil/Fish No More | 10/12/91 - | Oakland Stadium |
| 49 | 476-658 | October 22, 1991 | Bill Graham | | Arlene Owseichik/Ken Friedman (photo) | Jerry Garcia Band/Blues Traveler | 11/15/91 - | Madison Square Garden |

## SHOW CODES, POSTERS, 70's and 80's

| Vol# | REG.DATE | CLAIMANT | CLAIMANT (code) | | SPECIAL NOTES | ARTIST | PRIMARY | SHOW/DATE | VENUE |
|---|---|---|---|---|---|---|---|---|---|
| 442-201 | April 8, 1991 | Bill Graham | COW731120 | WINGED DOG BY RADIO RED SPEED WAGON @ OCS | 9/01/881 Pub. date | David Singer | The Who | 11/20/73 - | Cow Palace |
| 442-205 | April 8, 1991 | Bill Graham | WIN720928 | LEOPARD HOLDING BARSTOW Leopard@OCS@9-15-93 | SILK SCREEN DESIGN/10-63 10-63 1st Pub. | 777 | Allman Brothers Band | 9/28/73 - (?) | Winterland |
| 460-141 | October 16, 1990 | Bill Graham | KEZ730923 | MANDALA WHEEL/GRATEFUL DEAD SHORELINE | T-SHIRT ART WORK-10/21/87 show date | Randy Tuten | Doobie Brothers/Santana/Neil Young | 9/23/73 - | Kezar Stadium |
| 460-142 | October 16, 1990 | Bill Graham | COW730715 | TEENAGERS AT CONCESSION CTR? THE WHO @ DOG DEADHEAD/67 SHIRT ARTWORK/GUAN /,'87 1st Pub. | | Alton Kelley/Stanley Mouse/Randy Tuten/Crazy Arab | The Rolling Stones | 7/15/75 - 7/16/75 | Cow Palace |
| 460-146 | October 16, 1990 | Bill Graham | OCS731059 | SCORPION | T-SHIRT ART WORK-disk screen design/7/25/87 1st Pub. | Philip Garris | The Who/Dead | 11/05/75 - | Winterland |
| 460-140 | October 16, 1990 | Bill Graham | WIN781125 - The Last Waltz (Two posters made) | | T-SHIRT ART WORK-disk screen design/7/22/85 1st Pub. | Cool (A) | The Band/Bob Dylan | 10/09/78 - 10/10/78 | Oakland Stadium |
| 460-142 | October 16, 1990 | Bill Graham | OCS770723 | SPACE HEAD DOG/Journey @ OCS 720397 | T-SHIRT ART WORK-disk screen design/7/22/85 1st Pub. | Randy Tuten/William Bostedt | Led Zeppelin | 11/05/75 - | Winterland |
| 460-143 | October 16, 1990 | Bill Graham | WIN751231 - Closing of Winterland (Blue Reef) | FLYING DOG DOG/Journey @ OCS 720498 | | Cool (A) | Grateful Dead/Blues Brothers | 7/23/77 - 7/24/77 | Oakland Stadium |
| 460-145 | October 16, 1992 | Bill Graham | WAR840225 | DOG WITH TOP HAT THRU DRUMHEAD/Blue/Dyer Cut @OCS@7-ch-87 -T-SHIRT ARTWORK/70/87 1st Pub. | | Alton Kelley/Stanley Mouse | Grateful Dead | 12/31/78 - | Winterland |
| 374-225 | July 18, 1989 | Bill Graham | FRC890510 - Electric on the Eel Eel (Two posters) | HOWLING DOG/downey @ OCS /5-28-85 | T-SHIRT ART WORK-disk screen design/92/88 1st Pub. | Dennis Larkins (Eel Special) | Jerry Garcia Band/Dr. John | 6/10/89 - | Frenchs Camp |
| 370-251 | September 18, 1994 | Bill Graham | CON800810 - | DOGS WITH POLICE MOTORCYCLE-THE POLICE @ OCS 8-10-83/T-SHIRT ART WORK/95/85 1st Pub. | 4/22-23/1988 Art work for T-shirt | Thos Chapman (A) | Allman Brothers Band | 8/10/89 - | Concord Pavilion |

## SILK SCREEN DESIGNS FOR T-SHIRTS AND OTHER

| Vol# | REG.DATE | CLAIMANT | CLAIMANT | | SPECIAL NOTES | ARTIST | PRIMARY |
|---|---|---|---|---|---|---|---|
| 420-101 | July 23, 1990 - | Bill Graham | "Use Your Brain" | TOTAL 1 Registration | | | ART WORK FOR BUTTON |
| 420-102 | July 23, 1990 - | Bill Graham | "Use Your Brain" | | | | |

**BLK SCREEN DESIGNS FOR T SHIRTS — TOTAL 24 Registrations**

| Vol# | REG.DATE | CLAIMANT | | SPECIAL NOTES |
|---|---|---|---|---|
| 446-203 | May 10, 1991 | Bill Graham | DOGS PLAYING CARDS/Sea Dyam & Grateful Dead OCS 7-24-87 T SHIRT ARTWORK /7-29-87 1st PUB | T-SHIRT ARTWORK 10-5-87 1st Pub. |
| 471-179 | May 10, 1991 | Bill Graham | 4 DOGS in a TRIANGLE/ U.S @ OCS 11/14-15/87 | T-SHIRT ARTWORK SILK SCREEN DESIGN 10/01/87 |
| 446-209 | May 10, 1991 | Bill Graham | Pink Floyd @ Hughes Stadium 4/29/88 | T-SHIRT ARTWORK SILK SCREEN FOR T-SHIRT 4-15-89 PUB DATE |
| 446-208 | May 10, 1991 | Bill Graham | 6 DOGS @ BARGSTON TRY DOG | 4/29/1988 SILK SCREEN FOR T-SHIRT/4-15-89 PUB DATE |
| 446-710 | May 10, 1991 | Bill Graham | 6 DOGS SITTING ON DOGS/New Kids on the Block | T-SHIRT ARTWORK-disk screen design/22/95 1st Pub. |
| 446-711 | May 10, 1991 | Bill Graham | at OCS 8/06/1989 Note** (a) notice RSP | SILK SCREEN DESIGN/05-92 1st Pub. |
| 446-712 | May 10, 1991 | Bill Graham | DOG WITH ROLLING STONES WITH MARBLES | |
| 446-713 | May 10, 1991 | Bill Graham | ROLLING STONES/7 OCS 11/4-5/89 | SILK SCREEN DESIGN/11-01-89 1st Pub. |
| 446-714 | May 10, 1991 | Bill Graham | DOGS BEHIND BARS | |
| 446-715 | May 10, 1991 | Bill Graham | WHO 25TH ANNIVERSARY @ OCS 8/22-23/89 | SILK SCREEN DESIGN/8-25-89 1st Pub. |
| 446-716 | May 10, 1991 | Bill Graham | DOG PLAYING GUITAR FRONT OF FLAG | |
| 446-717 | May 10, 1991 | Bill Graham | SCORPIONS AT OCS 8/20/89 | SILK SCREEN DESIGN/8-25-89 1st Pub. |
| 446-718 | May 10, 1991 | Bill Graham | DOG PLAYING GUITAR FRONT OF FLAG | |
| 446-719 | May 10, 1991 | Bill Graham | DOG SINGING INTO MICROPHONE | SILK SCREEN DESIGN/5-13-91/Pub. 1/01/1985 |
| 446-720 | May 10, 1991 | Bill Graham | SIMON & GARFUNKLE @ OCS 8/20/1989 | SILK SCREEN DESIGN/5-13-91 1st Pub. |
| 446-721 | May 10, 1991 | Bill Graham | WHO AS DOGS @ OCS/WHO ON THE GREEN | SILK SCREEN DESIGN 8/06/1989 1st Pub. |
| | | | | 11/16/1989 PUB. DATE. SILK SCREEN-D. LARKINS |

## FILLMORE EAST SERIES

| FMRF# | VA# | FME SERIES | REG. DATE | CLAIMANT | SPECIAL NOTES | ARTIST | PERFORMER | SHOW DATE | VENUE |
|---|---|---|---|---|---|---|---|---|---|
| 0 | | | | | | | | | |
| 1 | | | | | | | | | |
| 2 | | | | | | Jimms Nelson | Richie Havens/The Troggs | 3/29/68 + 3/30/68 | Fillmore East |
| 3 | | 442-632 | April 8,1991 | Bill Graham | | Helen Hersh | The Who/Buddy Guy/Free Spirits | 4/5/68 + 4/6/68 | Fillmore East |
| 4 | | 442-628 | April 8,1991 | Bill Graham | | Jon Stahl | Paul Butterfield Blues Band | 4/12/68 + 4/13/68 | Fillmore East |
| 5 | | 442-631 | April 8,1991 | Bill Graham | | Helen Hersh | Mothers of Invention/James Cotton | 4/19/68 + 4/20/68 | Fillmore East |
| 6 | | 442-631 | April 8,1991 | Bill Graham | | David Byrd | Traffic/Blue Cheer/Iron Butterfly | 4/26/68 + 4/27/68 | Fillmore East |
| 7 | | 442-629 | April 8,1991 | Bill Graham | | David Byrd | Jefferson Airplane/Arthur Brown | 5/3/68 + 5/4/68 | Fillmore East |
| 8 | | 466-144 | April 8,1991 | Bill Graham | | David Byrd | Jimi Hendrix Experience | 5/10/68 - | Fillmore East |
| 9 | | | | | Handbill | David Byrd | Autosalvage/Group Therapy | 5/11/68 - | Fillmore East |
| 10 | | 435-948 | Oct. 10, 1990 | Bill Graham | POSTCARD May 20, 1968 date Publication | David Byrd/Eegro (?) | Ravi Shankar/Alla Rakha | 5/24/68 - | Fillmore East |
| 11 | | 442-640 | April 8,1991 | Bill Graham | Final Concerts | David Byrd | The Who | 10/20/69 - 10/25/69 | Fillmore East |
| 12 | | | | | | David Byrd | Leon Russell/Taj Mahal/B.B. King | 5/20/71 - 6/27/71 | Fillmore East |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | Other FME Poster ... | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | FME 680006 | Charles Brandoni/Linda Eastman | Big Brother/Tim Buckley/Albert King | 3/8/69 - | Fillmore East |
| 19 | | | | | FME 680022 | Jimms Nelson | The Doors/Ara nova/Crome Syrcus | 3/22/69 - | Fillmore East |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |

# EXHIBIT B

080400826

‖‖‖‖‖ 080400826 ‖‖‖‖‖

**RECEIVED**

JUL 29 1996

**DOCUMENT SECTION**

**DOCUMENT COVER SHEET**
For Recordation of Documents
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION
(Assigned by Copyright Office)

| JULY | 29 | 1996 |
|------|-----|------|
| Month | Day | Year |

Volume VOL 3266 PAGE 330

Volume VOL 3266 PAGE 338

DO NOT WRITE ABOVE THIS LINE.

REMITTANCE

**To the Register of Copyrights:**
*Please record the accompanying original document or copy thereof.*   FUNDS RECEIVED

**1** NAME OF THE PARTY OR PARTIES TO THE DOCUMENT, AS THEY APPEAR IN THE DOCUMENT.

Party 1: Nicholas P. Clainos
(assignor, grantor, etc.)

(address)

Party 2: Bill Graham Enterprises
(assignee, grantee, etc.)

(address)

**2** DESCRIPTION OF THE DOCUMENT:
☒ Transfer of Copyright    ☐ Termination of Transfer(s) [Section 304]    ☐ Transfer of Mask Works
☐ Security Interest         ☐ Shareware                                   ☐ Other
☐ Change of Name of Owner  ☐ Life, Identity, Death Statement [Section 302]

**3** TITLE(S) OF WORK(S), REGISTRATION NUMBER(S), AUTHOR(S), AND OTHER INFORMATION TO IDENTIFY WORK.
Title   See attached
Registration Number    Author

Additional sheet(s) attached:
☐ Yes
☐ No
If so, how many?

**4** ☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

**5** Number of titles in Document    281

**6** Amount of fee enclosed or authorized to be charged to a
Deposit Account  $310.

**7** Account number
Account name

**8** Date of execution and/or effective date of Accompanying
document   August   1   1995
(month)   (day)   (year)

**9** AFFIRMATION:* I hereby affirm to the Copy-
right Office that the information given on this
form is a true and correct representation of the
accompanying document. This affirmation will
not suffice as a certification of a photocopy signa-
ture on the document.

Signature
March 1, 1996
Date

**10** CERTIFICATION:* Complete this certification if a photo-
copy of the original signed document is submitted in lieu of
a document bearing the actual signature.
I certify under penalty of perjury under the laws of the
United States of America that the accompanying document
is a true copy of the original document.

Signature
Bill Graham Enterprises
Duly Authorized Agent of:
March 1, 1996
Date

MAIL
RECORDA-
TION TO:

Name ▼
Jerry Pompili

Number/Street/Apartment Number ▼
260 5th Street

City/State/ZIP ▼
San Francisco, CA 94103

• Complete all necessary spaces
• Sign your cover sheet in space 9

1. Two copies of this Document Cover Sheet
2. Fee in check or money order
   payable to Register of Copyrights
3. Document

VOL 9266 PAGE 330

ASSIGNMENT

This Assignment is executed as of August 1, 1995, by NICHOLAS P. CLAINOS, as Executor of the Will of William Graham ("Assignor").

WHEREAS, certain copyrights, tradenames, trademarks and servicemarks used by BILL GRAHAM ENTERPRISES, INC., BILL GRAHAM PRESENTS, INC., BILL GRAHAM MANAGEMENT, INC., SHORELINE AMPHITHEATRE, LTD., FILLMORE FINGERS, INC. and/or ARG, INC. and their dba BILL GRAHAM PRESENTS (collectively, the "Bill Graham Companies") were paid for and belong to BILL GRAHAM ENTERPRISES, INC. ("BGE"), but were claimed by and/or registered in the name of BILL GRAHAM, also known as WILLIAM GRAHAM and WOLFGANG GRAJONCA (the "Decedent"); and

WHEREAS, Assignor now desires to confirm BGE's ownership of such copyrights, tradenames, trademarks and servicemarks;

NOW, THEREFORE, Assignor hereby assigns, transfers and conveys to BGE ("Assignee") any and all right, title and interest of the Decedent in any and all copyrights, tradenames, trademarks and servicemarks claimed by or registered in the name of the Decedent, other than the copyright to the Decedent's autobiography, Bill Graham Presents, published in 1992 by Doubleday and Company, including tapes of interviews that formed the basis for such autobiography.

Assignor hereby agrees to do all things and to take all steps necessary to effectuate this Assignment.

This Assignment shall be binding upon and shall inure to the benefit of the parties and their respective successors and assigns.

Nicholas P. Clainos, Executor of
the Will of William Graham

VOL 3266 PG 531

### ACCEPTANCE OF ASSIGNMENT

Assignee hereby accepts this Assignment and agrees to perform, and to indemnify, defend and hold Assignor harmless from, any and all obligations and liabilities with respect to the assets assigned accruing after the date of this Assignment.

This Assignment shall be binding upon and shall inure to the benefit of the parties and their respective successors and assigns.

Bill Graham Enterprises, Inc.

By _____
Gregg W. Perloff

Its Co-President

State of California      )
                         )
County of San Francisco  )

On _August 31_____, 1995, before me, _M.E. PENA_____ _NOTARY PUBLIC_____, a Notary Public for the State of California, personally appeared NICHOLAS P. CLAINOS, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal

_Maria Elena Pena_____
       (Signature)

MARIA ELENA PENA
COMM. # 981157
Notary Public — California
SAN FRANCISCO COUNTY
My Comm. Expires DEC 21, 1996
250 5TH Street San Francisco, CA 84131

LUXIEP.PSD

VOL3766 PG332

| Posters | VA # | Date of Registration |
|---------|------|---------------------|
| 046 | 470 356 | 4/8/91 |
| 047 | 448 892 | 4/8/91 |
| 048 | 448 891 | 4/8/91 |
| 050 | 448 890 | 4/8/91 |
| 051 | 448 889 | 4/8/91 |
| 053 | 442 638 | 4/8/91 |
| 054 | 442 637 | 4/8/91 |
| 055 | 448 888 | 4/8/91 |
| 056 | 448 871 | 4/8/91 |
| 057 | 442 647 | 4/8/91 |
| 058 | 448 870 | 4/8/91 |
| 059 | 442 620 | 4/8/91 |
| 060 | 442 617 | 4/8/91 |
| 062 | 448 869 | 4/8/91 |
| 063 | 448 930 | 4/8/91 |
| 064 | 442 625 | 4/8/91 |
| 065 | 448 861 | 4/8/91 |
| 066 | 448 932 | 4/8/91 |
| 067 | 442 618 | 4/8/91 |
| 068 | 442 633 | 4/8/91 |
| 069 | 442 639 | 4/8/91 |
| 070 | 448 862 | 4/8/91 |
| 071 | 448 863 | 4/8/91 |
| 072 | 448 864 | 4/8/91 |
| 073 | 442 624 | 4/8/91 |
| 074 | 448 865 | 4/8/91 |
| 075 | 448 866 | 4/8/91 |
| 076 | 448 867 | 4/8/91 |
| 077 | 448 931 | 4/8/91 |
| 078 | 448 868 | 4/8/91 |
| 079 | 448 860 | 4/8/91 |
| 080 | 448 859 | 4/8/91 |
| 081 | 448 858 | 4/8/91 |
| 082 | 442 635 | 4/8/91 |
| 083 | 448 857 | 4/8/91 |
| 084 | 448 805 | 4/8/91 |
| 085 | 448 856 | 4/8/91 |
| 086 | 448 855 | 4/8/91 |
| 087 | 442 627 | 4/8/91 |
| 088 | 448 854 | 4/8/91 |
| 089 | 442 645 | 4/8/91 |

1

CTR 001214

| | | |
|---|---|---|
| 090 | 442 646 | 4/8/91 |
| 091 | 448 853 | 4/8/91 |
| 092 | 448 852 | 4/8/91 |
| 093 | 448 851 | 4/8/91 |
| 094 | 448 850 | 4/8/91 |
| 095 | 442 640 | 4/8/91 |
| 096 | 448 843 | 4/8/91 |
| 097 | 442 619 | 4/8/91 |
| 098 | 448 894 | 4/8/91 |
| 099 | 442 644 | 4/8/91 |
| 100 | 442 634 | 4/8/91 |
| 101 | 448 936 | 4/8/91 |
| 102 | 448 935 | 4/8/91 |
| 103 | 448 899 | 4/8/91 |
| 104 | 448 898 | 4/8/91 |
| 105 | 442 609 | 4/8/91 |
| 106 | 442 642 | 4/8/91 |
| 107 | 448 847 | 4/8/91 |
| 108 | 448 846 | 4/8/91 |
| 109 | 448 845 | 4/8/91 |
| 110 | 442 616 | 4/8/91 |
| 111 | 470 355 | 4/8/91 |
| 112 | 448 844 | 4/8/91 |
| 113 | 442 648 | 4/8/91 |
| 114 | 448 843 | 4/8/91 |
| 115 | 448 900 | 4/8/91 |
| 116 | 448 842 | 4/8/91 |
| 117 | 448 833 | 4/8/91 |
| 118 | 448 834 | 4/8/91 |
| 119 | 442 611 | 4/8/91 |
| 120 | 448 841 | 4/8/91 |
| 121 | 448 840 | 4/8/91 |
| 122 | 448 839 | 4/8/91 |
| 123 | 442 835 | 4/8/91 |
| 124 | 448 896 | 4/8/91 |
| 125 | 448 838 | 4/8/91 |
| 126 | 448 837 | 4/8/91 |
| 127 | 442 807 | 4/8/91 |
| 128 | 442 808 | 4/8/91 |
| 129 | 448 836 | 4/8/91 |
| 131 | 448 821 | 4/8/91 |
| 132 | 473 953 | 4/9/91 |
| 133 | 442 626 | 4/8/91 |
| 134 | 473 952 | 4/9/91 |

2

| | | |
|---|---|---|
| 135 | 448 820 | 4/8/91 |
| 136 | 442 949 | 4/8/91 |
| 137 | 448 893 | 4/8/91 |
| 138 | 448 819 | 4/8/91 |
| 139 | 448 818 | 4/8/91 |
| 140 | 448 817 | 4/8/91 |
| 141 | 448 816 | 4/8/91 |
| 142 | 448 815 | 4/8/91 |
| 143 | 448 806 | 4/8/91 |
| 144 | 448 814 | 4/8/91 |
| 145 | 473 951 | 4/9/91 |
| 146 | 473 950 | 4/9/91 |
| 147 | 473 949 | 4/9/91 |
| 148 | 473 948 | 4/9/91 |
| 149 | 473 947 | 4/9/91 |
| 150 | 473 946 | 4/9/91 |
| 151 | 473 945 | 4/9/91 |
| 152 | 473 944 | 4/9/91 |
| 153 | 473 943 | 4/9/91 |
| 154 | 473 942 | 4/9/91 |
| 155 | 473 941 | 4/9/91 |
| 156 | 473 940 | 4/9/91 |
| 157 | 473 939 | 4/9/91 |
| 158 | 448 804 | 4/8/91 |
| 159 | 448 897 | 4/8/91 |
| 160 | 473 938 | 4/9/91 |
| 161 | 473 937 | 4/9/91 |
| 162 | 473 936 | 4/9/91 |
| 163 | 473 972 | 4/9/91 |
| 164 | 473 957 | 4/9/91 |
| 165 | 473 971 | 4/9/91 |
| 166 | 473 970 | 4/9/91 |
| 167 | 473 969 | 4/9/91 |
| 168 | 473 968 | 4/9/91 |
| 169 | 473 929 | 4/9/91 |
| 170 | 473 967 | 4/9/91 |
| 171 | 473 959 | 4/9/91 |
| 172 | 473 958 | 4/9/91 |
| 173 | 473 966 | 4/9/91 |
| 174 | 473 965 | 4/9/91 |
| 175 | 473 964 | 4/9/91 |
| 176 | 473 963 | 4/9/91 |
| 177 | 473 962 | 4/9/91 |
| 178 | 473 961 | 4/9/91 |
| 179 | 473 960 | 4/9/91 |

3

CTR 001216

| | | |
|---|---|---|
| 180 | 473 982 | 4/9/91 |
| 181 | 473 981 | 4/9/91 |
| 182 | 473 980 | 4/9/91 |
| 183 | 473 979 | 4/9/91 |
| 184 | 473 978 | 4/9/91 |
| 185 | 473 977 | 4/9/91 |
| 186 | 442 608 | 4/8/91 |
| 187 | 473 976 | 4/9/91 |
| 188 | 473 975 | 4/9/91 |
| 189 | 473 974 | 4/9/91 |
| 190 | 473 973 | 4/9/91 |
| 191 | 473 988 | 4/9/91 |
| 192 | 473 989 | 4/9/91 |
| 193 | 473 987 | 4/9/91 |
| 194 | 473 984 | 4/9/91 |
| 195 | 473 983 | 4/9/91 |
| 196 | 473 986 | 4/9/91 |
| 197 | 473 985 | 4/9/91 |
| 198 | 473 936 | 4/9/91 |
| 199 | 473 935 | 4/9/91 |
| 200 | 473 927 | 4/9/91 |
| 201 | 473 935 | 4/9/91 |
| 202 | 513 704 | 12/9/91 |
| 203 | 473 956 | 4/9/91 |
| 204 | 473 934 | 4/9/91 |
| 205 | 473 993 | 4/9/91 |
| 206 | 473 992 | 4/9/91 |
| 207 | 473 991 | 4/9/91 |
| 208 | 473 990 | 4/9/91 |
| 209 | 442 610 | 4/8/91 |
| 210 | 473 954 | 4/9/91 |
| 211 | 473 955 | 4/9/91 |
| 214 | 473 931 | 4/9/91 |
| 215 | 473 934 | 4/9/91 |
| 216 | 473 933 | 4/9/91 |
| 217 | 473 932 | 4/9/91 |
| 218 | 473 930 | 4/9/91 |
| 219 | 473 928 | 4/9/91 |
| 220 | 448 268 | 4/24/91 |
| 221 | 441 220 | 11/8/90 |
| 222 | 441 219 | 11/8/90 |
| 223 | 441 218 | 11/8/90 |
| 224 | 441 217 | 11/8/90 |
| 225 | 441 216 | 11/8/90 |

4

CTR 001217

| | | |
|---|---|---|
| 226 | 441 204 | 11/8/90 |
| 227 | 441 205 | 11/8/90 |
| 228 | 441 194 | 11/8/90 |
| 229 | 441 178 | 11/8/90 |
| 230 | 441 193 | 11/8/90 |
| 231 | 441 212 | 11/8/90 |
| 232 | 441 213 | 11/8/90 |
| 232A | 441 192 | 11/8/90 |
| 233 | 441 191 | 11/8/90 |
| 235 | 446 651 | 11/8/90 |
| 236 | 441 176 | 11/8/90 |
| 237 | 441 177 | 11/8/90 |
| 238 | 441 190 | 11/8/90 |
| 239 | 441 189 | 11/8/90 |
| 240 | 441 188 | 11/8/90 |
| 241 | 441 202 | 11/8/90 |
| 242 | 441 201 | 11/8/90 |
| 243 | 441 200 | 11/8/90 |
| 244 | 441 187 | 11/8/90 |
| 245 | 442 607 | 4/8/91 |
| 246 | 441 184 | 11/8/90 |
| 247 | 442 606 | 4/8/91 |
| 247A | 441 186 | 11/8/90 |
| 248 | 441 181 | 11/8/90 |
| 249 | 441 183 | 11/8/90 |
| 250 | 442 605 | 4/8/91 |
| 251 | 441 182 | 11/8/90 |
| 252 | 441 228 | 11/8/90 |
| 253 | 441 229 | 11/8/90 |
| 254 | 441 230 | 11/8/90 |
| 255 | 441 231 | 11/8/90 |
| 256 | 441 232 | 11/8/90 |
| 257/58 | 442 604 | 4/8/91 |
| 259 | 441 185 | 11/8/90 |
| 260 | 441 195 | 11/8/90 |
| 261 | 441 196 | 11/8/90 |
| 262 | 441 197 | 11/8/90 |
| 263 | 442 615 | 4/8/91 |
| 264 | 441 198 | 11/8/90 |
| 265 | 441 199 | 11/8/90 |
| 266/67 | 441 179 | 11/8/90 |
| 268 | 441 222 | 11/8/90 |
| 269 | 441 214 | 11/8/90 |
| 270 | 442 614 | 4/8/91 |
| 271 | 441 215 | 11/8/90 |

5

CTR 001218

VOL 3266 PAGE 337

| | | |
|---|---|---|
| 272 | 441 223 | 11/8/90 |
| 273/74 | 442 613 | 4/8/91 |
| 275 | 442 622 | 4/8/91 |
| 276A | 442 630 | 4/8/91 |
| 277 | 441 224 | 11/8/90 |
| 278 | 441 225 | 11/8/90 |
| 279 | 442 623 | 4/8/91 |
| 280 | 442 612 | 4/8/91 |
| 281 | 441 226 | 11/8/90 |
| 282 | 441 221 | 11/8/90 |
| 283 | 441 227 | 11/8/90 |
| 284 | 441 205 | 11/8/90 |
| 285 | 441 180 | 11/8/90 |
| 286 | 443 642 | 11/8/90 |
| 287 | 442 641 | 4/8/91 |
| 288 | 441 397 | 11/8/90 |
| 289 | 441 233 | 11/8/90 |
| BGP001 | 311 904 | 4/8/88 |
| BGP002 | 330 971 | 4/8/88 |
| BGP003 | 330 970 | 4/8/88 |
| BGP004 | 330 968 | 4/8/88 |
| BGP005 | 330 969 | 4/8/88 |
| BGP006 | 302 943 | 4/21/88 |
| BGP007 | 302 934 | 4/21/88 |
| BGP008 | 302 932 | 4/21/88 |
| BGP009 | 302 935 | 4/21/88 |
| BGP010 | 302 942 | 4/21/88 |
| BGP011 | 302 940 | 4/21/88 |
| BGP012 | 302 930 | 4/21/88 |
| BGP013 | 302 931 | 4/21/88 |
| BGP014 | 302 939 | 4/21/88 |
| BGP015 | 302 938 | 4/21/88 |
| BGP016 | 302 936 | 4/18/88 |
| BGP017 | 302 929 | 4/18/88 |
| BGP018 | 302 933 | 4/18/88 |
| BGP019 | 302 937 | 4/18/88 |
| BGP020 | 302 928 | 4/18/88 |
| BGP021 | 302 927 | 4/18/88 |
| BGP022 | 312 730 | 5/23/88 |
| BGP023 | 330 966 | 8/23/88 |
| BGP024 | 332 353 | 8/23/88 |
| BGP025 | 324 562 | 10/4/88 |
| BGP026 | 330 954 | 11/21/88 |
| BGP027 | 344 517 | 1/17/89 |

CTR 001219

| | | |
|---|---|---|
| BGP030 | 332 300 | 1/17/89 |
| BGP031 | 355 657 | 1/17/89 |
| BGP032 | 370 752 | 9/19/89 |
| BGP033 | 374 224 | 11/3/89 |
| BGP034 | 372 165 | 11/7/89 |
| BGP035 | 385 553 | 2/13/90 |
| BGP036 | 391 616 | 3/12/90 |
| BGP037 | 395 739 | 4/9/90 |
| BGP038 | 439 333 | 1/8/91 |
| BGP039 | 441 949 | 3/5/91 |
| BGP040 | 445 992 | 3/13/91 |
| BGP041 | 454 064 | 5/7/91 |
| BGP042 | 450 671 | 6/12/91 |
| BGP043 | 465 118 | 7/23/91 |
| BGP044 | 450 671 | 6/18/91 |
| BGP045 | 451 451 | 6/5/91 |
| BGP046 | 465 132 | 7/23/91 |
| BGP047 | 475 379 | 9/16/91 |
| BGP048 | 474 451 | 10/17/91 |
| BGP049 | 476 858 | 10/22/91 |

**Total Posters:**        283

**Fee:** 1 @$20        282 @ $290

**Total Fee:** $310.00

CTR 001220