Michael S. Elkin  (admitted *pro hac vice*)
Thomas Patrick Lane  (admitted *pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York  10166
Email: melkin@winston.com
Email: tlane@winston.com
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Erin R. Ranahan  (SBN 235286)
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
Email: eranahan@winston.com
(213) 615-1700 (Telephone)
(213) 615-1750 (Facsimile)

Attorneys for Defendants
BILL GRAHAM ARCHIVES LLC, d/b/a
WOLFGANG'S VAULT, NORTON LLC and
WILLIAM E. SAGAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ALEXANDER GRAHAM-SULT, an individual, and DAVID GRAHAM, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> NICHOLAS P. CLAINOS, an individual, RICHARD L. GREENE, an individual, LINDA McCALL, an individual, GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP, a limited liability partnership, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, NORTON LLC, a limited liability company, and WILLIAM E. SAGAN, an individual, <br><br> Defendants. | Case No. CV 10-4877 CW <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE HEARING DATES FOR (1) CASE MANAGEMENT CONFERENCE; (2) BGA DEFENDANTS' MOTION TO DISMISS; (3) GREENE DEFENDANTS' MOTION TO DISMISS; AND (4) DEFENDANT CLAINOS' MOTION TO STRIKE FROM MARCH 10, 2011 TO APRIL 7, 2011** <br><br> Current Hearing Date:   3/10/2011 <br> **Proposed New Hearing Date:  4/7/2011** <br> Time:  2:00 p.m. <br> Place:  Courtroom 2, 4th Floor <br><br> Complaint Filed:   October 27, 2010 |

LA:286740.3

The parties to the above entitled action, Plaintiffs Alexander Graham-Sult and David Graham ("Plaintiffs"), Defendants Richard L. Greene, Linda McCall, and Greene Radovsky Maloney Share & Hennigh LLP (the "Greene Defendants"), Nicholas Clainos ("Clainos"), and Defendants Bill Graham Archives LLC d/b/a Wolfgang's Vault, Norton LLC and William E. Sagan (the "BGA Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on October 27, 2010, Plaintiffs filed their initial Complaint [Dkt. 1];

WHEREAS, on November 24, 2010, the Court scheduled a Case Management Conference for February 15, 2011 [Dkt. 19];

WHEREAS, on December 17, 2010, the BGA Defendants filed a Motion to Dismiss, with a hearing date of February 10, 2010 ("BGA Motion") [Dkt. 23];

WHEREAS, on December 22, 2010, the Greene Defendants filed a Motion to Strike and a Motion to Dismiss, with a hearing date of March 10, 2011 ("Greene Motion") [Dkt. 27 and 28];

WHEREAS, on January 4, 2011, the Court served noticed that the Case Management Conference, the BGA Motion and the Greene Motion were all continued to March 10, 2011 at 2:00 p.m. [Dkt. 29];

WHEREAS, on January 10, 2011, Clainos filed a Motion to Strike, with a hearing date of March 10, 2011 ("Clainos Motion") [Dkt. 33];

WHEREAS, due to scheduling conflicts of the BGA Defendants, the Parties agree to continue the hearing date for the Case Management Conference, the BGA Motion, the Greene Motion and the Clainos Motion from March 10, 2011 to April 7, 2011, at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California 94612;

WHEREAS, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, to continue the Case Management Conference, the BGA Motion, the Greene Motion and the Clainos Motion from March 10, 2011 to April 7, 2011 at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California 94612;

Plaintiffs' oppositions to the BGA Motion, the Greene Motion and the Clainos Motion shall be filed and served by March 3, 2011;

Defendants' replies in support of the BGA Motion, the Greene Motion and the Clainos Motion shall be filed and served by March 24, 2011;

The deadlines flowing from the date of the Case Management Conference, including the Rule 26(f) meet and confer requirement, shall be calculated from the April 7, 2011 Case Management Conference, rather than the previously scheduled Case Management Conference;

Plaintiffs and any Defendants remaining in the case shall serve Rule 26 initial disclosures within ten court days of the April 7, 2011 hearings, so no later than April 21, 2011; and

No party shall serve discovery on another party until or after April 21, 2011, except by leave of court.

Dated: February 2, 2011.    CANNATA CHING & O'TOOLE LLP

By: /s/ Therese Y. Cannata
Therese Y. Cannata
Michael M. Ching
Carolyn A. Johnston
Attorneys for Plaintiffs
ALEXANDER GRAHAM-SULT and
DAVID GRAHAM

Dated: February 2, 2011.    COOPER WHITE & COOPER LLP

By: /s/ Jill Battilega Rowe
Jill Battilega Rowe
Scott Michael McLeod
William Hanson Gill Norman
Attorneys for Defendant
NICHOLAS P. CLAINOS

Dated: February 2, 2011.    HINSHAW & CULBERTSON

By: /s/ Cassidy E. Chivers
Ronald Edward Mallen
Cassidy E. Chivers
Attorneys for Defendants
RICHARD L. GREENE, LINDA McCALL and
GREENE RADOVSKY MALONEY SHARE &
HENNIGH LLP

Dated: February 2, 2011.                    WINSTON & STRAWN LLP

                                            By:  /s/ Erin R. Ranahan
                                                 Erin R. Ranahan
                                                 Michael S. Elkin
                                                 Thomas Patrick Lane
                                                 Attorneys for Defendants
                                                 BILL GRAHAM ARCHIVES LLC, d/b/a
                                                 WOLFGANG'S VAULT, NORTON LLC and
                                                 WILLIAM E. SAGAN

                                    * * *

In accordance with Civil L.R. 5-4 and General Order No. 45(X)(B), I, Erin R. Ranahan, attest under penalty of perjury under the laws of the United States of America that I have the concurrence of the other signatories to this document.

                                                 /s/ Erin R. Ranahan
                                                 Erin R. Ranahan

# [PROPOSED] ORDER

Pursuant to the Joint Stipulation entered between the Parties, IT IS HEREBY ORDERED that:

- The Case Management Conference, the BGA Motion, the Greene Motion and the Clainos Motion are continued from March 10, 2011 in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California 94612 at 2:00 p.m., to April 7, 2011 in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California 94612 at 2:00 p.m.;

- Plaintiffs' oppositions to the BGA Motion, the Greene Motion and the Clainos Motion shall be filed and served by March 3, 2011;

- Defendants' replies in support of the BGA Motion, the Greene Motion and the Clainos Motion shall be filed and served by March 24, 2011;

- The deadlines flowing from the Case Management Conference, including the Rule 26(f) meet and confer requirement, shall be calculated from the April 7, 2011 Case Management Conference, rather than the previously scheduled Case Management Conference;

- Plaintiffs and any Defendants remaining in the case shall serve Rule 26 initial disclosures within ten court days of the April 7, 2011 hearings, so no later than April 21, 2011;

- No party shall serve discovery on another party until or after April 21, 2011, except by leave of court.

Dated:  2/3/2011

_____
Hon. Claudia Wilken
United States District Court Judge