THERESE Y. CANNATA (SBN 88032)
CAROLYN A. JOHNSTON (SBN 121571)
RACHEL L. KENT (SBN 269992)
CANNATA, CHING & O'TOOLE LLP
100 Pine Street, Suite 1775
San Francisco, CA 94111
Telephone:  (415) 409-8900
Facsimile:  (415) 409-8904
Email: tcannata@ccolaw.com

Attorneys for Plaintiffs
ALEXANDER GRAHAM-SULT and DAVID GRAHAM

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ALEXANDER GRAHAM-SULT, an individual, and DAVID GRAHAM, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NICHOLAS P. CLAINOS, an individual, RICHARD L. GREENE, an individual, LINDA McCALL, an individual, GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP, a limited liability partnership, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, NORTON LLC, a limited liability company, and WILLIAM E. SAGAN, an individual,<br><br>　　　　　Defendants. | **Case No. CV 10-4877 CW**<br><br>ORDER RE: STIPULATION EXTENDING TIME FOR PLAINTIFFS' OPPOSITION TO (1) BGA DEFENDANTS' MOTION TO DISMISS; (2) GREENE DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE; AND (3) DEFENDANT CLAINOS' MOTION TO STRIKE TO MARCH 8, 2011 AND EXTENDING ALL DEFENDANTS' REPLIES TO MARCH 24, 2011 |

Plaintiffs ALEXANDER GRAHAM-SULT (aka Alex Graham) and DAVID GRAHAM

(collectively, the "stipulating plaintiffs") and defendants NICHOLAS CLAINSO, RICHARD L.

GREENE, LINDA McCALL, GREENE RADVOSKY MALONEY SHARE & HENNIGH

LLP, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, NORTON LLC, and

WILLIAM E. SAGAN (collectively "stipulating defendants") hereby submit the following proposed order pursuant to their stipulation filed February 28, 2011 (Docket No. 42).

## ORDER

IT IS HEREBY ORDERED that

1.  Plaintiffs' oppositions to the BGA Motion, the Greene Motion, and the Clainos Motion shall be filed and served by March 8, 2011;

2.  Defendants' replies in support of the BGA Motion, the Greene Motion, and the Clainos Motion shall be filed and served by March 24, 2011;

3.  Courtesy copies of all reply papers shall be lodged with the Court no later than 11:00 a.m. on March 25, 2011.

Dated:    March 3, 2011                    By: _____

Hon. Claudia Wilken
United States District Court Judge