IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER GRAHAM-SULT and DAVID GRAHAM,<br><br>           Plaintiffs,<br><br>     v.<br><br>NICHOLAS P. CLAINOS, an individual; RICHARD L. GREENE, an individual; LINDA MCCALL, an individual; GREENE RADOVSKY MALONEY SHARE & HENNINGH LLP, a limited liability partnership; BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company; NORTON LLC, a limited liability company; and WILLIAM E. SAGAN, an individual<br><br>           Defendants.<br>_____/ | No. C 10-04877 CW<br><br>ORDER STRIKING PARTIES' LETTERS FILED WITHOUT LEAVE (Docket Nos. 81-83) |

    Plaintiffs Alexander Graham-Sult and David Graham and Defendant Nicholas Clainos have filed letters on various issues.[1] These letters and related filings violate Civil L.R. 7-3(d), which provides that, subject to two exceptions, once "a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval." Accordingly, the Court sua sponte strikes the letters and related filings, which appear at Docket Nos. 81-83, from the record.

    Although Plaintiffs seek leave in their letter to proffer

---

[1] Defendants Richard L. Greene, Linda McCall and Greene Radovsky Maloney Share & Henningh LLP also have filed a letter regarding the propriety of granting a non-moving party leave to amend a complaint in light of an anti-SLAPP motion to strike. However, these Defendants have sought leave to do so.

1  evidence in opposition to Defendants' motions to strike,
2  Plaintiffs' request is not presented in a motion and is,
3  accordingly, not properly before the Court.  Civil L.R. 7-1(a).
4  Within four days of the date of this Order, Plaintiffs may file an
5  administrative motion, pursuant to Civil L.R. 7-11, seeking leave
6  to supplement the record.  Defendants may respond in accordance
7  with Civil L.R. 7-11(b).  Also within four days of the date of this
8  Order, Plaintiffs may file an opposition, conforming to the same
9  Local Rule, to the Greene Defendants' letter.
10       IT IS SO ORDERED.

12 Dated: April 12, 2011

   CLAUDIA WILKEN
   United States District Judge

2