THERESE Y. CANNATA (SBN 88032)
CAROLYN A. JOHNSTON (SBN 121571)
RACHEL L. KENT (SBN 269992)
CANNATA, CHING & O'TOOLE LLP
100 Pine Street, Suite 1775
San Francisco, CA 94111
Telephone:  (415) 409-8900
Facsimile:   (415) 409-8904
Email: tcannata@ccolaw.com

Attorneys for Plaintiffs
ALEXANDER GRAHAM-SULT and DAVID GRAHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEXANDER GRAHAM-SULT, an individual, and DAVID GRAHAM, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>NICHOLAS P. CLAINOS, an individual, RICHARD L. GREENE, an individual, LINDA McCALL, an individual, GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP, a limited liability partnership, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT , a limited liability company, NORTON LLC, a limited liability company, and WILLIAM E. SAGAN, an individual,<br><br>    Defendants.<br>_____/ | CASE NO.  CV 104877 CW<br><br>**DECLARATION OF CAROLYN A. JOHNSTON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SUPPLEMENT THE RECORD**<br>_____/ |

I, Carolyn A. Johnston, declare:

1. I am an attorney licensed to practice law in the State of California.  I am of counsel to the firm of Cannata Ching & O'Toole LLP, attorneys of record for plaintiffs in this case.  I have personal knowledge of the facts set forth herein, and can testify competently thereto.

2. On April 13, 2011, I emailed counsel for all of the defendants herein, asking them if they would stipulate to an order, pursuant to Civil L.R. 7-11, permitting plaintiffs to supplement

the record by filing Philip Feldman's declaration. Counsel for Mr. Clainos and for the attorney defendants responded that they would not agree to the proposed stipulation. Counsel for the BGA defendants have not responded to my email.

       3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 18th day of April at San Francisco, California.

                                            /s/ Carolyn A. Johnston
                                            CAROLYN A. JOHNSTON

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415) 409-8900 ■ FAX: (415) 409-8904

720232 pldg DEC.supp record 4 18-11.caj .wpd

**2**
JOHNSTON DECLARATION RE PLAINTIFFS' MOTION TO SUPPLEMENT RECORD