THERESE Y. CANNATA (SBN 88032)
CAROLYN A. JOHNSTON (SBN 121571)
RACHEL L. KENT (SBN 269992)
CANNATA CHING & O'TOOLE LLP
100 Pine Street, Suite 1775
San Francisco, CA 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904
Email: tcannata@ccolaw.com

Attorneys for Plaintiffs
ALEXANDER GRAHAM-SULT and DAVID GRAHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER GRAHAM-SULT, an individual, and DAVID GRAHAM, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NICHOLAS P. CLAINOS, an individual, RICHARD L. GREENE, an individual, LINDA McCALL, an individual, GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP, a limited liability partnership, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, NORTON LLC, a limited liability company, and WILLIAM E. SAGAN, an individual,<br><br>Defendants. | Case No. CV 104877 CW<br><br>PROPOSED ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SUPPLEMENT THE RECORD<br><br>Complaint Filed: October 27, 2010 |

Pursuant to Civil L.R. 7-11 and this Court's April 12, 2011 Order, plaintiffs Alexander Graham-Sult and David Graham filed their Administrative Motion to Supplement the Record on April 18, 2011. Defendants _____ filed their oppositions on April __, 2011. Good cause appearing, after full consideration of the papers and evidence filed by plaintiffs and defendants, the Court grants plaintiffs' motion, and orders that plaintiffs are

1

PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD

permitted to file the Declarations of Philip Feldman and Janet Lehua, dated April 18, 2011, in the case file. The Court will deem Mr. Feldman's and Ms. Lehua's Declarations as part of the record to be considered in connection with the Special Motions to Strike the Complaint filed herein by Nicholas P. Clainos, Richard L. Greene, Linda L. McCall, and Greene Radovsky Maloney Share & Henningh LLP.

It is SO ORDERED.

Dated: April ___, 2011
_____
The Honorable Claudia Wilken
Judge of the United States District Court

CANNATA CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 PINE STREET, SUITE 1775, SAN FRANCISCO CA, 94111
TEL: 415.409.8900 – FAX: 415.409.8904

2
PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD