1  RONALD E. MALLEN (No. 40928)
   rmallen@hinshawlaw.com
2  CASSIDY E. CHIVERS (No. 203043)
   cchivers@hinshawlaw.com
3  CHRISTINA A. LEE (No. 257905)
   clee@hinshawlaw.com
4  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
5  San Francisco, CA  94111
   Telephone:   415/362-6000
6  Facsimile:    415/834-9070

7  JEROME B. FALK, JR. (No. 39087)
   jfalk@howardrice.com
8  JONATHAN W. HUGHES (No. 186829)
   jhughes@howardrice.com
9  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
10 A Professional Corporation
   Three Embarcadero Center, 7th Floor
11 San Francisco, California  94111-4024
   Telephone:   415/434-1600
12 Facsimile:    415/677-6262

13 Attorneys for Defendants
   RICHARD L. GREENE, LINDA McCALL,
14 GREENE RADOVSKY MALONEY SHARE &
   HENNIGH LLP, a limited liability partnership
15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                     OAKLAND DIVISION

19 ALEXANDER GRAHAM-SULT, and DAVID    | No. CV 10-4877 CW
   GRAHAM,
20                                     | Action Filed: October 27, 2010
                    Plaintiffs,        | Judgment Entered:  June 27, 2011
21
22    v.                               | STIPULATION AND ~~PROPOSED~~ ORDER
                                       | EXTENDING THE TIME FOR FILING THE
23 NICHOLAS P. CLAINOS, RICHARD L.     | MOTION FOR ATTORNEYS FEES
   GREENE, LINDA McCALL, GREENE        | [CIVIL L.R. 54-5]
24 RADOVSKY MALONEY SHARE &
   HENNIGH LLP, BILL GRAHAM ARCHIVES   | Judge:       Hon. Claudia Wilken
25 LLC, d/b/a WOLFGANG'S VAULT, NORTON
   LLC, and WILLIAM E. SAGAN,
26
                    Defendants.
27
28

STIP. TO EXTEND TIME FOR MOTION FOR ATTORNEYS FEES    CV 10-4877 CW

-1-

Pursuant to Civil Local Rules 7-12 and 54-5, Plaintiffs Alexander Graham-Sult and David Graham and Defendants Nicholas P. Clainos, Richard L. Greene, Linda McCall, Greene Radovsky Maloney Share & Hennigh LLP, Bill Graham Archives LLC, d/b/a Wolfgang's Vault, Norton LLC, and William E. Sagan, by and through their respective counsel of record, stipulate and request as follows:

WHEREAS, Plaintiffs filed their Complaint on October 27, 2010;

WHEREAS, Defendants Nicholas P. Clainos, Richard L. Greene, Linda McCall, Greene Radovsky Maloney Share & Hennigh LLP, filed special motions to strike the claims against them under California Code of Civil Procedure Section 425.16, and all Defendants filed motions to dismiss the claims against them;

WHEREAS, on June 24, 2011, the Court granted the special motions to strike of Defendants Nicholas P. Clainos, Richard L. Greene, Linda McCall, Greene Radovsky Maloney Share & Hennigh LLP, and denied as moot their motions to dismiss, and granted the motion to dismiss of Bill Graham Archives LLC, d/b/a Wolfgang's Vault, Norton LLC, and William E. Sagan

WHEREAS, on June 27, 2011, the Court entered judgment in the action;

WHEREAS, Defendants have expressed to Plaintiffs their intent to file motions for attorneys fees pursuant to Civil Local 54-5;

WHEREAS, pursuant to Civil Local Rule 54-5, counsel for the moving parties are required to attempt in good faith to meet and confer with Plaintiffs' counsel to attempt to resolve any disputes with respect to the motions;

WHEREAS, during the week of July 5, 2011, counsel for Defendants' commenced efforts to meet and confer with Plaintiffs' counsel, providing estimates of defendants' fees incurred for the motions that give rise to the anticipated motions for attorneys' fees. Plaintiffs' counsel has requested further detail about the claimed fees, and defense counsel has agreed to provide it.

WHEREAS, pursuant to Civil Local Rule 54-5 the fee motions are currently due on Monday, July 11, 2011;

WHEREAS, counsel for the parties agree that an extension of the time to file the motions is

necessary to allow sufficient time to conduct a meaningful attempt to resolve disputes in connection with the motion; and

WHEREAS, counsel for the parties have agreed to set all three fee motions for hearing on September 22, 2011, at 2:00 p.m.;

THEREFORE, the parties, by and through their counsel of record, stipulate and agree:

The time to file motions for attorneys' fees should be extended to July 25, 2011.

The hearing on the motions shall be set for September 22, 2011 at 2:00 p.m.

**IT IS SO STIPULATED.**

DATED: July 11, 2011.

HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By:    */s/Jerome B. Falk, Jr.*
      JEROME B. FALK, JR.

Attorneys for Defendants RICHARD L. GREENE, LINDA McCALL, GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP

DATED: July 11, 2011.

WINSTON & STRAWN, LLP

By:    */s/Erin Ranahan*
      ERIN RANAHAN

Attorneys for Defendants BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, NORTON LLC, and WILLIAM E. SAGAN

DATED: July 11, 2011.

COOPER, WHITE & COOPER, LLP

By:    */s/William Norman*
      WILLIAM NORMAN

Attorneys for Defendants NICHOLAS P. CLAINOS

DATED: July 11, 2011.

CANNATA, CHING & O'TOOLE, LLP

By: ____/s/Therese Cannata____
       THERESE CANNATA

Attorneys for Plaintiffs ALEXANDER GRAHAM-SULT, and DAVID GRAHAM

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July **12**, 2011.

By: _____
       HON. CLAUDIA WILKEN. JUDGE
       UNITED STATES DISTRICT COURT