THERESE Y. CANNATA (SBN 88032)
MICHAEL M. CHING (SBN 209426)
CAROLYN A. JOHNSTON (SBN 121571)
CANNATA, CHING & O'TOOLE LLP
100 Pine Street, Suite 1775
San Francisco, CA 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904
Email: tcannata@ccolaw.com

Attorneys for Plaintiffs
ALEXANDER GRAHAM-SULT and DAVID GRAHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEXANDER GRAHAM-SULT, an individual, and DAVID GRAHAM, an individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>NICHOLAS P. CLAINOS, an individual, RICHARD L. GREENE, an individual, LINDA McCALL, an individual, GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP, a limited liability partnership, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT , a limited liability company, NORTON LLC, a limited liability company, and WILLIAM E. SAGAN, an individual,<br><br>  Defendants.<br>_____/ | CASE No.  CV 10-4877 CW<br><br>Action Filed: October 27, 2010<br>Judgment Entered: June 27, 2011<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR FILING AN OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES [CIVIL L.R. 54-5]**<br>_____/ |

 Plaintiffs Alexander Graham-Sult (aka Alex Graham) and David Graham (collectively "plaintiffs") and defendants Defendants Nicholas P. Clainos, Richard L. Greene, Linda McCall, Greene Radovsky Maloney Share & Hennigh LLP, Bill Graham Archives LLC, d/b/a Wolfgang's Vault, Norton LLC, and William E. Sagan, stipulate, through their attorneys, as follows:

1. On June 24, 2011, the Court granted the special motions to strike of defendants Nicholas P. Clainos, Richard L. Greene, Linda McCall, Greene Radovsky Maloney Share & Hennigh LLP, and denied as moot their motions to dismiss, and granted the motion to dismiss of Bill Graham Archives LLC, d/b/a Wolfgang's Vault, Norton LLC, and William E. Sagan;

2. On June 27, 2011, the Court entered judgment in the action;

3. Defendants expressed to plaintiffs their intent to file motions for attorneys' fees pursuant to Civil Local Rule 54-5;

4. During the week of July 5, 2011, counsel for defendants commenced efforts to meet and confer with plaintiffs' counsel, providing estimates of defendants' fees incurred for the motions that give rise to the anticipated motions for attorneys' fees. Plaintiffs' counsel has requested further detail about the claimed fees, and counsel for defendants agreed to provide it.

5. On July 11, 2011, defendants filed motions for attorneys' fees pursuant to Civil Local Rule 54-5, which provides the information plaintiffs' counsel requests, and filed costs memoranda. For the attorneys' fee motion, defendants noticed a hearing date of September 22, 2011.

6. On July 13, 2011, the court vacated the hearing date of September 22, 2011, indicating that the matter will be deemed submitted after briefing, and ordered that plaintiffs file their opposition to defendants' motions on July 25, 2011;

7. The parties agree that an extension of the time to file the oppositions and reply briefs to the motions is necessary to allow sufficient time to conduct a meaningful attempt to resolve disputes in connection with the motions;

8. Counsel for plaintiffs, Therese Cannata, has advised defense counsel that she is scheduled to appear as lead counsel in an administrative law evidentiary proceeding in Yreka, California on July 18 and 19, 2011, and at a hearing for a preliminary injunction in the U.S. District Court, Eastern District of California on July 20, 2011. Her associate, Rachel Kent, is assisting at both hearings. Also, her firm is moving its offices from July 22 through July 25, 2011. Counsel indicates that it will be difficult to properly respond to three significant attorneys' fees motions given these events.

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415)409-8900 ▪ FAX: (415)409-8904

Reply FINAL.wpd                                                   - 2 -                        Stipulation & Order re Exxtens Time re Opp &
**STIPULATION TO EXTEND TIME FOR PLAINTIFFS' OPPOSITION**

9. The parties have agreed upon the following briefing schedule if this Court approves it:

    a. Plaintiffs shall have until August 5, 2011 file opposition papers in response to defendants' motions for attorney's fees and objections, if any, to the memoranda of cost filed by defendants.

    b. Defendants shall have an extension of time to August 19, 2011, to file reply papers.

**IT IS SO STIPULATED.**

Dated: July 14, 2011      CANNATA, CHING & O'TOOLE LLP

/s/ Therese Y. Cannata
THERESE Y. CANNATA
Attorneys for Plaintiffs

Dated: July 14, 2011      COOPER, WHITE & COOPER LLP

/s/ William H.G. Norman
WILLIAM H.G. NORMAN
Attorneys for Defendant Nicholas P. Clainos

Dated: July 14, 2011      HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

/s/ Jerome B. Falk
JEROME B. FALK, JR.
Attorneys for Defendants RICHARD L. GREENE LINDA McCALL, GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP

Dated: July 14, 2011      WINSTON AND STRAWN, LLP

/s/ Erin Ranahan
ERIN RANAHAN
Attorneys for Defendants BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, NORTON LLC, and WILLIAM E. SAGAN

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415)409-8900 ∙ FAX: (415)409-8904

1
2    **PURSUANT TO STIPULATION, IT IS SO ORDERED**.
3
     Dated: July __**18**__, 2011
4
5
6                                    By: _/s/ Claudia Wilken_____
                                         HON. CLAUDIA WILKEN, JUDGE
7                                        UNITED STATES DISTRICT COURT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415) 409-8900 ■ FAX: (415) 409-8904

Reply FINAL.wpd
- 4 -
Stipulation & Order re Exxtens Time re Opp &

**STIPULATION TO EXTEND TIME FOR PLAINTIFFS' OPPOSITION**