JAMES M. WAGSTAFFE (95535)
Email: wagstaffe@kerrwagstaffe.com
IVO LABAR (203492)
Email: labar@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Defendant
NICHOLAS P. CLAINOS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ALEXANDER GRAHAM-SULT, an individual, and DAVID GRAHAM, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> NICHOLAS P. CLAINOS, an individual, RICHARD L. GREENE, an individual, GREENE RADOVSKY MALONEY SHARE & HENNINGH LLP, a limited liability partnership, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, NORTON LLC, a limited liability company, and WILLIAM E. SAGAN, an individual, <br><br> Defendants. | Case No. CV 10 4877 CW <br><br> [~~PROPOSED~~] ORDER GRANTING NOTICE OF SUBSTITUTION OF COUNSEL |



1

<h1 style="text-align:center">[PROPOSED] ORDER</h1>

2       Defendant Nicholas P. Clainos hereby substitutes the law firm of Kerr & Wagstaffe LLP,

3   100 Spear Street, Suite 1800, San Francisco, California 94105, Tel: (415) 371-8500, Fax: (415)

4   371-0500, as its counsel of record in this action.  All notices, pleadings, and other papers filed or

5   served hereafter in this matter should be directed to Kerr & Wagstaffe LLP.

6       Defendant will no longer be represented in this matter by the law firm of Cooper, White

7   & Cooper LLP.  Notices, pleadings, and other papers filed or served in this matter should no

8   longer be directed to Cooper, White & Cooper LLP.

9

10      **IT IS SO ORDERED.**

11

12   DATED: September 16 , 2011

13

14   _____
     Hon. Claudia Wilken

15   **UNITED STATES DISTRICT COURT**

16

17

18

19

20

21

22

23

24

25

26

27

28



1