1 | Michael S. Elkin (admitted *pro hac vice*)
2 | Thomas Patrick Lane (admitted *pro hac vice*)
  | **WINSTON & STRAWN LLP**
  | 200 Park Avenue
3 | New York, New York 10166
  | Email: melkin@winston.com
4 | Email: tlane@winston.com
  | (212) 294-6700 (Telephone)
5 | (212) 294-4700 (Facsimile)

6 | Erin R. Ranahan (SBN: 235286)
  | Drew A. Robertson (SBN: 266317)
7 | **WINSTON & STRAWN LLP**
  | 333 S. Grand Avenue, 38th Floor
8 | Los Angeles, California 90071
  | Email: eranahan@winston.com
9 | Email: darobertson@winston.com
  | (213) 615-1700 (Telephone)
10 | (213) 615-1750 (Facsimile)

11 | Attorneys for Defendants
   | BILL GRAHAM ARCHIVES LLC, d/b/a
12 | WOLFGANG'S VAULT, NORTON LLC and
   | WILLIAM E. SAGAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ALEXANDER GRAHAM-SULT, an individual, and DAVID GRAHAM, an individual,<br><br>       Plaintiffs,<br><br>       v.<br><br>NICHOLAS P. CLAINOS, an individual, RICHARD L. GREENE, an individual, LINDA McCALL, an individual, GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP, a limited liability partnership, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, NORTON LLC, a limited liability company, and WILLIAM E. SAGAN, an individual,<br><br>       Defendants. | **Case No. CV 10-4877 CW**<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL**<br><br>**[ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND DECLARATION OF ERIN R. RANAHAN ORDER FILED CONCURRENTLY HEREWITH]** |

Upon consideration of the Administrative Motion to File Under Seal Unredacted Declaration of Erin R. Ranahan Regarding Documentation of "Fees on Fees" in Support of Defendants' Motion for Attorneys' Fees and Costs, Pursuant to March 23, 2012 Court Order (Dkt. No. 142) ("Motion to File Under Seal") filed by Bill Graham Archives LLC, Norton LLC, and William E. Sagan (the "BGA Defendants"), and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The BGA Defendants' Motion to File Under Seal is GRANTED; and
2. In accordance with General Order 62, within four days of the date of this Order, the BGA Defendants shall file Under Seal the unredacted Declaration of Erin R. Ranahan.

SO ORDERED.

Dated: 4/5/2012

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

1

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CV 10-4877 CW