IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER GRAHAM-SULT and DAVID GRAHAM,<br><br>    Plaintiffs,<br><br>  v.<br><br>NICHOLAS P. CLAINOS, RICHARD L. GREENE, LINDA McCALL, GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, NORTON LLC and WILLIAM E. SAGAN,<br><br>    Defendants.<br>_____/ | No. C 10-4877 CW<br><br>ORDER STAYING EXECUTION OF JUDGMENT |

    In its March 21, 2013 order, the Court conditionally granted Plaintiffs Alexander Graham-Sult and David Graham's motion to stay execution of the fee award. The Court ordered that the stay would be granted upon notice to the Court that Plaintiffs had posted a supersedeas bond in the amount of $750,000. On March 27, 2013, Plaintiffs filed a notice of posting supersedeas bond on appeal. A copy of the bond in the amount of $750,000 was attached to the notice, and Plaintiffs indicate that the original bond is on file with the Clerk of this Court.

    Accordingly, the Court stays enforcement of its order dated March 23, 2012 granting Defendants' motions for attorneys' fees

and costs. (Docket No. 142). The stay is effective as of this date and shall remain in effect during the pendency of the appeal of the attorneys' fees award (Ninth Circuit Docket No. 12-15892).

IT IS SO ORDERED.

Dated: 4/1/2013

CLAUDIA WILKEN
United States District Judge