**KATTEN MUCHIN ROSENMAN LLP**
Zia F. Modabber (SBN 137388)
zia.modabber@kattenlaw.com
Rebecca F. Ganz (SBN 265199)
rebecca.ganz@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471

Attorneys for Defendant
NICHOLAS P. CLAINOS

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER GRAHAM-SULT, an individual, and DAVID GRAHAM, an individual,<br><br>             Plaintiffs,<br><br>      vs.<br><br>NICHOLAS P. CLAINOS, an individual, RICHARD L. GREENE, an individual, LINDA McCALL, an individual, GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP, a limited liability partnership, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, NORTON LLC,  a limited liability company, and WILLIAM E. SAGAN, an individual,<br><br>             Defendants. | Case No. 4:10-cv-04877-CW<br><br>**ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL BY DEFENDANT NICHOLAS P. CLAINOS** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**ORDER**

Having considered the Motion for Order Permitting Withdrawal and Substitution of Counsel by Nicholas P. Clainos, and good cause appearing, the Court hereby orders that James M. Wagstaffe, Ivo M. Labar and Nancy Tompkins of Kerr & Wagstaffe LLP be permitted to withdraw as counsel of record and Zia F. Modabber and Rebecca F. Ganz of Katten Muchin Rosenman LLP may appear as substitute counsel of record for defendant Nicholas P. Clainos.  The Court's ECF system shall be updated to reflect these changes.

**IT IS SO ORDERED.**

DATED: __2/10/2014__                    _____
                                                                    The Honorable Claudia Wilken
                                                                    United States District Judge

1

ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL
CASE NO. 4:10-CV-04877-CW