THERESE Y. CANNATA (SBN 88032)
KIMBERLY A. ALMAZAN (SBN 288605)
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904
tcannata@ccolaw.com

Attorneys for Plaintiffs
ALEXANDER GRAHAM-SULT and DAVID GRAHAM

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ALEXANDER GRAHAM-SULT, an individual and DAVID GRAHAM, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NICHOLAS P. CLAINOS, an individual, RICHARD L. GREENE, an individual, LINDA McCALL, an individual, GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP, a limited liability partnership, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, NORTON LLC, a limited liability company, and WILLIAM E SAGAN, an individual,<br><br>Defendants. | Case No. 4:10-cv-04877-CW<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER REQUESTING NEW CASE MANAGEMENT CONFERENCE DATE**<br><br>Judge: Hon. Claudia Wilken |

Plaintiffs ALEXANDER GRAHAM-SULT, an individual, and DAVID GRAHAM, an individual ("plaintiffs"), and defendants NICHOLAS P. CLAINOS, an individual, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, NORTON LLC, a limited liability company, and WILLIAM E SAGAN, an individual ("defendants") by and through their respective counsel, stipulate and agree as follows.

A. WHEREAS, on April 28, 2014, the Clerk of this Court gave notice that a Case Management Conference had been scheduled for May 21, 2014 at 2:00 p.m.

B. WHEREAS, counsel for plaintiff, Therese Y. Cannata, is unavailable on May 21, 2014 at 2:00 p.m. to appear at the Case Management Conference due to a previous commitment. *See* Cannata Decl., filed concurrently, at ¶2.

C. WHEREAS, the parties met and conferred about re-scheduling the Case Management Conference.

Now, therefore, it is hereby stipulated and agreed, by and among the parties hereto through their undersigned attorneys of record, subject to the approval of the Court, as follows:

The parties hereby agree to continue the Case Management Conference from May 21, 2014 at 2:00 p.m. to **June 4, 2014** at 2:00 p.m. Correspondingly, the parties agree to move the deadline for the Case Management Statement from May 14, 2014 to **May 28, 2014**.

Dated: May 9, 2014

**CANNATA, CHING & O'TOOLE LLP**

By: /s/ Therese Y. Cannata
THERESE CANNATA
Attorneys for Plaintiffs ALEXANDER GRAHAM-SULT and DAVID GRAHAM

Dated: May 9, 2014

**WINSTON & STRAWN**

By: /s/ Erin Ranahan
ERIN RANAHAN
Attorneys for Defendants BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, NORTON LLC, and WILLIAM E. SAGAN
(Per Local Rule 5-1(i)(3), Ms. Ranahan's concurrence in the filing of this document was obtained on 5.9.14.)

Dated: May __, 2014

**KATTEN MUCHIN ROSEMAN LLP**

By: ______________
ZIA MODABBER
Attorneys for Defendant NICHOLAS P. CLAINOS

A. WHEREAS, on April 28, 2014, the Clerk of this Court gave notice that a Case Management Conference had been scheduled for May 21, 2014 at 2:00 p.m.

B. WHEREAS, counsel for plaintiff, Therese Y. Cannata, is unavailable on May 21, 2014 at 2:00 p.m. to appear at the Case Management Conference due to a previous commitment. *See* Cannata Decl., filed concurrently, at ¶2.

C. WHEREAS, the parties met and conferred about re-scheduling the Case Management Conference.

Now, therefore, it is hereby stipulated and agreed, by and among the parties hereto through their undersigned attorneys of record, subject to the approval of the Court, as follows:

The parties hereby agree to continue the Case Management Conference from May 21, 2014 at 2:00 p.m. to **June 4, 2014** at 2:00 p.m. Correspondingly, the parties agree to move the deadline for the Case Management Statement from May 14, 2014 to **May 28, 2014**.

Dated: May __, 2014

**CANNATA, CHING & O'TOOLE LLP**

By: ______________________
THERESE CANNATA
Attorneys for Plaintiffs ALEXANDER GRAHAM-SULT and DAVID GRAHAM

Dated: May __, 2014

**WINSTON & STRAWN**

By: ______________________
ERIN RANAHAN
Attorneys for Defendants BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, NORTON LLC, and WILLIAM E. SAGAN

Dated: May 8, 2014

**KATTEN MUCHIN ROSEMAN LLP**

By: ______________________
ZIA MODABBER
Attorneys for Defendant NICHOLAS P. CLAINOS

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: May 12, 2014

CLAUDIA WILKEN
United States District Judge



THERESE Y. CANNATA (SBN 88032)
KIMBERLY ALMAZAN (SBN 288605)
CANNATA, CHING & O'TOOLE LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904

Attorneys for Plaintiffs
ALEXANDER GRAHAM-SULT
and DAVID GRAHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ALEXANDER GRAHAM-SULT, an individual, and DAVID GRAHAM, an individual,

Plaintiffs,

v.

NICHOLAS P. CLAINOS, an individual, RICHARD L. GREENE, an individual, LINDA McCALL, an individual, GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP, a limited liability partnership, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, NORTON LLC, a limited liability company, and WILLIAM E. SAGAN, an individual,

Defendants.
_______________________________/

CASE NO. 4:10-cv-04877-CW

**DECLARATION OF THERESE Y. CANNATA IN SUPPORT OF REQUEST FOR A NEW CASE MANAGEMENT CONFERENCE DATE**
_______________________________/

Judge: Hon. Claudia Wilken

I, THERESE Y. CANNATA, hereby declare as follows:

1. I am an attorney at law, duly licensed to practice before all Courts of the State of California, and am in good standing with the State Bar of California. I am a member of the law firm of Cannata, Ching & O'Toole, LLP, attorneys of record for plaintiffs Alexander Graham-Sult and David Graham. I make this declaration based upon my personal knowledge, except where indicated upon information and belief. If called upon to testify as to the truth of the



CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 350
San Francisco, CA 94111
TEL: (415)409-8900 ▪ FAX: (415)409-8904

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 350
San Francisc o, CA 94111
TEL: (415)409-8900 ▪ FAX: (415)409-8904

matters set forth herein, I could and would do so based upon my own personal knowledge, and as to those matters stated upon information and belief, I believe them to be true.

2. On May 21, 2014, I have an all-day teaching obligation for the National Institute of Trial Advocacy located at the Sierra Club in San Francisco, California. This teaching obligation was scheduled before this Court provided its April 28, 2014 notice of the May 21, 2014 Case Management Conference.

3. On May 6, 2014, my assistant, Mr. Lindarto, contacted the Clerk of this Court, Ms. Riley, in order to obtain possible new dates for the Case Management Conference. I an informed and believe the Ms. Riley stated that Judge Wilken generally handles Case Management Conferences every Wednesday at 2:00 p.m., but that Mr. Lindarto should check the Court's schedule to ensure that the Court is available on the new date. I am informed and believe that Mr. Lindarto checked the Court's calendar and determined that the Court and my office were both available on Wednesday, June 4, 2014 at 2:00 p.m. As such, this is the date we proposed to all counsel for the new Case Management Conference.

4. Since returning to the trial court from the Ninth Circuit, there have been no previous time modifications in this case, whether by stipulation or Court order.

5. I do not anticipate that this requested time modification will have any effect on the schedule for this case.

Dated: May 9, 2014

CANNATA, CHING & O'TOOLE LLP

/s/ Therese Y. Cannata
THERESE Y. CANNATA
Attorneys for Plaintiffs Alexander Graham-Sult and David Graham