THERESE Y. CANNATA (SBN 88032)
KIMBERLY A. ALMAZAN (SBN 288605)
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904
tcannata@ccolaw.com

Attorneys for Plaintiffs
ALEXANDER GRAHAM-SULT and DAVID GRAHAM

ALEXANDER GRAHAM-SULT, an individual and DAVID GRAHAM, an individual,

Plaintiffs,

v.

NICHOLAS P. CLAINOS, an individual, RICHARD L. GREENE, an individual, LINDA McCALL, an individual, GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP, a limited liability partnership, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, NORTON LLC, a limited liability company, and WILLIAM E SAGAN, an individual,

Defendants.

Case No. CV 104877 CW

**STIPULATION AND ~~[PROPOSED]~~ ORDER RELEASING THE BOND AND DISCHARGING INTERNATIONAL FIDELITY INSURANCE COMPANY FROM LIABILITY**

Judge: Hon. Claudia Wilken

A. WHEREAS, INTERNATIONAL FIDELITY INSURANCE COMPANY ("IFIC") issued Supersedeas Bond No. 0604291 in the original amount of $750,000 (the "Bond"), representing an undertaking given by plaintiffs Alexander Graham-Sult and David Graham ("Plaintiffs") pursuant to Fed. R. Civ. P. 62(d) and per the Court's order dated March 21, 2013, in order to stay enforcement of the judgment entered in favor of all defendants in this case ("Judgment").

B. WHEREAS, Plaintiffs filed an appeal of the Judgment in the Ninth Circuit Court of Appeals.

C. WHEREAS, Plaintiffs' appeal was successful as to defendants Nicholas P.

Clainos ("Clainos"), in part, and Bill Graham Archives, LLC, d/b/a Wolfgang's Vault, Norton LLC and William E. Sagan ("the BGA Defendants"), in part. Plaintiffs' appeal was unsuccessful as to defendants Richard L. Greene, Linda McCall and Greene Radovsky Maloney Share & Hennigh LLP ("Greene Defendants"). All defendants are collectively referred to herein as the "Obligees."

D. WHEREAS, on February 14, 2014, the Ninth Circuit Court of Appeal issued a "MANDATE."

E. WHEREAS, on February 28, 2014, the Greene Defendants, by and through their attorneys of record, demanded that IFIC pay $338,226.90 as full payment of the Judgment (the "Demand"), with interest accruing each day until and including March 28, 2014 (the amount Plaintiffs owe the Greene Defendants, including interest, as of and including March 28, 2014 is 340,436.94). The remainder of the bond ($409,563.06) shall be released to Plaintiffs.

F. WHEREAS, IFIC has agreed to pay the Demand to the Greene Defendants, via their attorneys, by wire transfer.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, BY AND AMONG THE PARTIES HERETO THROUGH THEIR UNDERSIGNED ATTORNEYS OF RECORD, SUBJECT TO THE APPROVAL OF THIS COURT, AS FOLLOWS:

1. IFIC will pay the Demand to the Greene Defendants, via their attorney, by wire transfer as soon as the Greene Defendants provide a letter to IFIC stating that they each (1) approve the amount to be paid to them ($340,436.94), (2) confirm that they consent to the approved amount being paid to them via wire directly into Hinshaw & Culbertson's client trust account and (3) confirm the wiring/account information.

2. When payment is made by IFIC as committed to by this Stipulation, and the wire transfer has cleared the bank on which it is drawn, the Greene Defendants shall have no other or further remedies or rights against IFIC relating to the Bond, or any portion thereof.

3. Clainos and the BGA Defendants shall have no other or further remedies or rights against IFIC relating to the Bond, or any portion thereof.

4. This Stipulation may be executed in counterparts, all of which together shall be deemed to be one and the same instrument.

5. Nothing in this Stipulation is intended to waive, abridge, alter, impair or modify any rights that IFIC might possess against Plaintiffs and others for indemnity and other relief.

Dated: May __, 2014

**CANNATA, CHING & O'TOOLE LLP**

By: ______________________________
THERESE CANNATA
Attorneys for Plaintiffs ALEXANDER GRAHAM-SULT and DAVID GRAHAM

Dated: May __, 2014

**HINSHAW & CULBERTSON LLP**

By: ______________________________
CASSIDY E. CHIVERS
Attorneys for Defendants RICHARD GREENE, LINDA MCCALL, and GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP'S

**ORDER**

Good cause therefore appearing from the foregoing Stipulation, **IT IS SO ORDERED**.

DATED: ____________, 2014

______________________________
CLAUDIA WILKEN
United States District Judge

3. Clainos and the BGA Defendants shall have no other or further remedies or rights against IFIC relating to the Bond, or any portion thereof.

4. This Stipulation may be executed in counterparts, all of which together shall be deemed to be one and the same instrument.

5. Nothing in this Stipulation is intended to waive, abridge, alter, impair or modify any rights that IFIC might possess against Plaintiffs and others for indemnity and other relief.

Dated: May 12, 2014

**CANNATA, CHING & O'TOOLE LLP**

By: ______________________
THERESE CANNATA
Attorneys for Plaintiffs ALEXANDER GRAHAM-SULT and DAVID GRAHAM

Dated: May 12, 2014

**HINSHAW & CULBERTSON LLP**

By: ______________________
CASSIDY E. CHIVERS
Attorneys for Defendants RICHARD GREENE, LINDA MCCALL, and GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP'S

**ORDER**

Good cause therefore appearing from the foregoing Stipulation, **IT IS SO ORDERED.**

DATED: May 13, 2014

CLAUDIA WILKEN
United States District Judge