IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER GRAHAM-SULT and DAVID GRAHAM,<br><br>    Plaintiffs,<br><br>  v.<br><br>NICHOLAS P. CLAINOS, RICHARD L. GREENE, LINDA McCALL, GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, NORTON LLC and WILLIAM E. SAGAN,<br><br>    Defendants.<br>_____/ | No. C 10-4877 CW<br><br>ORDER GRANTING IN PART AND DENYING IN PART THE PARTIES' STIPULATION TO ENLARGE TIME AND CONTINUE TRIAL<br><br>(Docket No. 207) |

    The parties to the above-titled action came before the Court on June 4, 2014 for a case management conference. Based on that conference, the Court issued a minute order and a case management order setting forth deadlines for discovery and pretrial filings and establishing a trial date. (Docket No. 191). The matter comes before the Court on the parties' stipulation to enlarge time for discovery and to continue the trial date. (Docket No. 207). Having reviewed the filing, the Court now grants the parties' stipulation in part and denies it in part.

    The Court grants the stipulation to reset dates related to discovery and expert witnesses. The deadline to complete fact

discovery shall be extended to July 1, 2015. The deadline to disclose identities and reports of expert witnesses shall be extended to August 4, 2015. The deadline to complete expert discovery shall be extended to September 18, 2015.

The Court denies the stipulation with respect to the remaining deadlines. Excepting the three deadlines adjusted above, the prospective deadlines as set forth in the Court's June 4, 2014 minute entry and case management order remain in place.

IT IS SO ORDERED.

Dated: March 20, 2015

CLAUDIA WILKEN
United States District Judge