IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER GRAHAM-SULT and DAVID GRAHAM,<br><br>      Plaintiffs,<br><br>  v.<br><br>NICHOLAS P. CLAINOS, RICHARD L. GREENE, LINDA McCALL, GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, NORTON LLC and WILLIAM E. SAGAN,<br><br>      Defendants.<br>_____/ | No. CV 10-4877 CW<br><br>ORDER FOR FURTHER BRIEFING ON BGA DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS |

    Defendants Bill Graham Archives LLC, Norton LLC and William E. Sagan (collectively, BGA Defendants) have filed a motion for attorneys' fees and costs under the Copyright Act, 17 U.S.C. § 505.  In support of their motion, BGA Defendants have filed redacted billing statements, completely eliminating any description of the work performed.  BGA Defendants state that these redactions are necessary to protect attorney-client privilege and that they will submit unredacted statements for in camera review upon request of the Court.

    As noted by Plaintiffs, "the fee applicant bears the burden of establishing entitlement to an award and documenting the appropriate hours expended and hourly rates."  Hensley v. Eckerhart, 461 U.S. 424, 437 (1982).  While the Court appreciates

counsel's duty not to breach the attorney-client privilege, it is implausible that every entry contains privileged information. Moreover, Plaintiffs should have an opportunity to respond to those entries that are not privileged.[1]

Accordingly, within twenty-one days of the date of this order, BGA Defendants shall file their billing statements including the description of the work performed.  They may redact only information that is protected by the attorney-client privilege.  BGA Defendants shall file an administrative motion to file under seal any portions of their billing statements that they believe are sealable.  Within fourteen days of BGA Defendants' filing, Plaintiffs shall file a response of no more than five pages to the fee request.  BGA Defendants may file a reply of no more than three pages within one week thereafter.

IT IS SO ORDERED.

Dated:  May 3, 2016

CLAUDIA WILKEN
United States District Judge

---

[1] The Court recognizes that it granted BGA Defendants' previous motion for attorneys' fees even though the records filed in support of that motion attached fully redacted records. However, that motion sought just over $130,000 in fees, while the instant motion seeks nearly ten times that amount for work performed over the course of more than fifteen years.

2